FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 20 2018 ★

LONG ISLAND OFFICE

JJD:LTG:CMM:RAT
F.# 2014R00337

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RICHARD WALKER,
　also known as "Rob Walker,"

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. CR-18 0087
(T. 18, U.S.C., §§ 1001(a)(2),
1512(c)(2), 2 and 3551 et seq.)

WEXLER, J.

LINDSAY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Obstruction of Justice)

1.　　In or about and between August 2017 and the present, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICHARD WALKER, also known as "Rob Walker," together with others, did knowingly, intentionally and corruptly obstruct and impede, and attempt to obstruct and impede, an official proceeding, to wit: a federal grand jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

COUNT TWO
(False Statements)

2.　　On or about November 20, 2017, within the Eastern District of New York, the defendant RICHARD WALKER, also known as "Rob Walker," did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in a

matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), in that the defendant falsely stated and represented to FBI Special Agents that he never received money from John Doe, an individual whose identity is known to the Grand Jury, when in fact, as the defendant then and there well knew and believed, the defendant received $5,000 from John Doe.

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. # 2014R00337

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

RICHARD WALKER, ,

Defendant.

# INDICTMENT

(T. 18 U.S.C. §§ 1001(a)(2), 1512(c)(2), 2 and 3551 et seq.)

*A true bill.*

_____ /s/ Frank Petrello _____

Foreperson

*Filed in open court this* _____ *day.*

*of* _____ A.D. 20 _____

_____

Clerk

*Bail, $* _____

_____

***Catherine M. Mirabile, Lara Treinis Gatz & Raymond A. Tierney***
***Assistant U.S. Attorneys***