CMM
F.# 2014R00337

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RICHARD WALKER
    also known as "Rob Walker",

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING APPLICATION

18-CR-0087 (LDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2018 ★
LONG ISLAND OFFICE

        The government respectfully moves for the unsealing of the above-referenced case. An arrest warrant in the above-referenced case has been executed.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              UNITED STATES ATTORNEY
                              Eastern District of New York
                              610 Federal Plaza
                              Central Islip, New York 11722

                  By:   _____
                              Catherine M. Mirabile
                              Assistant U.S. Attorney
                              (631) 715-7850