AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 22 2018 ★

LONG ISLAND OFFICE

US _____
_Plaintiff_

v.

Richard Walker _____
_Defendant_

Case No. CR-18-87(JMA)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Walker _____

Date: 2/22/18

_____
_Attorney's signature_

Brian J. Griffin
_Printed name and bar number_

666 Old Country Rd
Garden City, NY 11530
_Address_

brian@foleygriffin.c[om]
_E-mail address_

516-741-1110
_Telephone number_

516-741-9171
_FAX number_