**BEFORE:** Anne Y. Shields, USMJ          **DATE:** 2/22/2018

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET #:** CR-18-87-JMA-ARL      **CAPTION:** USA v. Walker

**DEFENDANT:** Richard Walker    Deft. #1      **COUNSEL:** Brian J. Griffin
   X Present    __ Not Present    __ In custody    __ Bail      __ CJA    X Retained    __ Federal Defenders
                              X Self Surrender

**GOVERNMENT:** Raymond Tierney and Catherine Mirabile      **COURT REPORTER:** N/A

**INTERPRETER:** (sworn) - Language-

**COURTROOM DEPUTY:** JT    **PRETRIAL REPORT PREPARED BY:** Amanda Carlson
                                                                    X present    __ not present

**FTR:** 12:17-12:25

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2018 ★
LONG ISLAND OFFICE

| | |
|---|---|
| X | Case called. |
| X | Defendant arraigned on Counts **1 & 2** of the Indictment. |
| X | Defendants initial appearance. |
| X | Defendant waives public reading and **pleads not guilty Counts 1 & 2** of the Two (2) Count Indictment. |
| __ | Preliminary Hearing waiver executed. |
| X | **Speedy Trial Order Information:** Code Type: X-     Start Date: 2/22/2018 XSTART    Stop Date: 5/16/2018 XSTOP |
| __ | Waiver of Speedy Indictment executed:  Time excluded from _____ through _____ |
| X | Order Setting Conditions of Release and Bond executed for defendant. See bond for details. |
| __ | Temporary Order of Detention entered for defendant (s): |
| __ | Detention Hearing scheduled for: _____ |
| __ | Permanent Order of Detention entered for defendant. |
| __ | Rule 40 Hearing held. |
| __ | Removal Hearing scheduled for: _____ |
| X | **Status Conference** set for : **5/16/2018 at 11:00 a.m. before District Judge Joan M. Azrack.** |
| X | Defendant released on Bond. |
| __ | Defendant continues in custody. |

**OTHER:** _____