# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA,   [ ] **WAIVER OF SPEEDY TRIAL**
[ ] **ORDER OF EXCLUDABLE DELAY**

- against -

CR-18-87 (JMA)

Richard Kilke
Defendant.

-----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2018 ★
LONG ISLAND OFFICE

It is hereby stipulated that the time period from **2/22/18** to **5/16/18** be excluded in computing the time within which trial of the charges against the Defendant must commence.

The parties agree to the exclusion of the foregoing period for the purposes of:

[ ] engagement in continuing plea negotiations; and/or

[ ] arrangement for an examination of the Defendant pursuant to 18 U.S.C. § 4241 regarding mental or physical capacity; and/or

[✓] Discovery

Accordingly, the parties request the Court to approve this exclusion from Speedy Trial computations.

-------------------------------------------------------------------------------

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the United States Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

_____
Defendant

_____                _____
Attorney for Defendant                          Assistant United States Attorney

-------------------------------------------------------------------------------

The Court approves this Speedy Trial Waiver and finds that this action serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED**

Dated: **2/22/18**                              S/ Anne Y. Shields
Central Islip, NY 11722                         Anne Y. Shields
                                                **UNITED STATES MAGISTRATE JUDGE**