# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
---------------------------------
KELLY GUTHY
CHRIS MCDONOUGH. SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

April 18, 2018

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **RE:**    **United States v. Richard "Rob" Walker**
             **Docket No.: CR-18 -0087 (JMA)**

Dear Judge Azrack,

    Please be advised that this office represents Mr. Richard Walker in the above referenced matter. Please be further advised that Mr. Walker is currently released on a $200,000.00 bond.

    Our office writes this letter in the hopes that the Court will allow Mr. Walker to travel to San Diego, California on a personal vacation planned prior to his arrest. Mr. Walker would leave April 26, 2018 and return on April 30, 2018. We have spoken with Mr. Walker's Pretrial Officer, Marnie Gerardino, who consents to this request. Additionally, we have advised the Government of our request.

    Of course, should the Court require any further information, please do not hesitate to contact the undersigned directly.

                                  Very truly yours,

                                  /S/

                                Foley Griffin, LLP.

                                By: <u>Brian J. Griffin, Esq.</u>