BEFORE: JOAN M. AZRACK                             DATE: 5/16/2018
UNITED STATES DISTRICT JUDGE                       TIME: 5:00 PM (10 Mins.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. CR 18-87(JMA)**

**DEFENDANT: Richard Walker**                       **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL: Brian Griffin**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Ray Tierney, Catherine Mirabile**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger     COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 5/16/2018 through 6/27/2018.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for __.
☐ Briefing schedule set.
☒ A further status conference is scheduled for 6/27/2018 at 11:00 AM.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: Jury selection and trial is scheduled for 9/17/2018 at 9:30 AM. Defendant moves to modify bail to include travel within the tri-state area. Application granted.