BEFORE:  JOAN M. AZRACK                                        DATE:  6/27/2018
UNITED STATES DISTRICT JUDGE                          TIME:  11:00 AM (10 min)

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  18-CR-87 (JMA)**

**DEFENDANT: Richard Walker           DEF. #:  1**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL:  Brian Griffin**
☐ Federal Defender        ☐ CJA        ☒ Retained

**AUSA:  Catherine Mirabile, Artie McConnell**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi            COURTROOM DEPUTY: LMP

☒   Case Called.          ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 6/27/2018 through 7/26/2018.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
     ☐   Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled on 7/26/2018 at 11:30 AM.

Defendant     ☐   Released on Bond      ☐   Remains in Custody.

OTHER: Remaining discovery to be turned over by 7/13/2018.  Defendant to move by 7/20/2018; opposition by 8/3/2018; reply by 8/10/2018.