

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2014R00337

*610 Federal Plaza*
*Central Islip, New York 11722*

June 28, 2018

By ECF and Hand Delivery

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

>    Re:    United States v. Walker
>           Docket No. 18-CR-087 (JMA)

Dear Judge Azrack:

      The government respectfully submits this letter regarding the trial date in the above-captioned case, which is currently scheduled to begin on September 17, 2018.  The issue of the defendant's trial date was raised during the June 28, 2018 status conference in United States v. Mangano, 16-CR-540, which is also pending before Your Honor and scheduled to proceed to trial on October 8, 2018.

      The government respectfully requests that the defendant's September 17, 2018 trial date remain as scheduled, irrespective of the Mangano case's status.  As discussed during the June 27, 2018 status conference, trial on the instant matter is expected to be brief – the government currently plans to call six witnesses and complete its direct case within two to three days, with both parties envisioning the entire trial lasting less than a week.  Additionally, while both the Walker and Mangano defendants were formerly Nassau County public officials, the instant case and Mangano are entirely unrelated, with each matter having distinct facts, charges, witnesses and legal issues.  Accordingly, any concerns regarding potential juror conflation or prejudice can be adequately addressed during voir dire and by the Court's jury instructions.

For the foregoing reasons, and given that the parties to the instant case are prepared to proceed on September 17, 2018, the government respectfully requests that the trial date remain as scheduled.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
     Artie McConnell
     Assistant U.S. Attorneys
     631-715-7825

cc:     Brian John Griffin, Esq. (by ECF)
        Kevin Keating, Esq. (by E-Mail)
        John Carman, Esq. (by E-Mail)
        AUSA Catherine Mirabile (by E-Mail)
        AUSA Lara Treinis-Gatz (by E-Mail)