

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2014R00337

*610 Federal Plaza*
*Central Islip, New York 11722*

July 13, 2018

<u>By FedEx and ECF</u>

Brian John Griffin
Foley, Griffin, Jacobson, & Faria, LLP
666 Old Country Road, Suite 305
Garden City, NY 11530

    Re: United States v. Walker
      <u>Criminal Docket No. 18-087 (JMA)</u>

Dear Mr. Griffin:

   Enclosed please find the government's supplemental discovery and materials in accordance with Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500. Although the government is not required to produce § 3500 material until a witness has testified on direct examination at trial, the government is making these disclosures in advance of trial in order to avoid any unnecessary delay of the trial.

   Enclosed herein is a disc containing items Bates stamped 3500-AG-1 through 20, AG 1-12, and RW-VM 1. Also enclosed is an Index of the materials. The Index is not being filed electronically. This disc has been encrypted and password protected. The password has been provided to counsel by email. The government also reiterates its request for reciprocal discovery from the defendant.

The government reserves the right to supplement these disclosures with additional materials. They will be added as soon as practical as they become available.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Artie McConnell
Artie McConnell
Assistant U.S. Attorney
(631) 715-7825

Enclosures:   3500-AG-1-20; AG 1-12; and RW-VM 1
cc:   Clerk of the Court (JMA) (by ECF) (without enclosures)