BEFORE:  JOAN M. AZRACK                                    DATE:  7/26/2018
UNITED STATES DISTRICT JUDGE                         TIME: 3:00 PM (10 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 18-87 (JMA)**

**FILED
CLERK**

**DEFENDANT: Richard Walker**          **DEF. #: 1**

7/26/2018 4:02 pm

☒ Present     ☐ Not present     ☐ Custody     ☒ Bail

**DEFENSE COUNSEL: Brian Griffin**

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

☒ Federal Defender     ☐ CJA     ☐ Retained

**AUSA: Artie McConnell**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger          COURTROOM DEPUTY: LMP

- ☒ Case Called.          ☒ Counsel present for all sides.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☒ Waiver of speedy trial executed; time excluded from 7/26/2018 through 1/7/2019.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
  - ☐ Detention hearing scheduled for  .
- ☐ Bail hearing held. Disposition:
- ☒ Jury selection and trial adjourned to 1/7/2019 at 9:30 AM.

Defendant     ☐ Released on Bond     ☐ Remains in Custody.

OTHER:   Motion schedule amended as follows: Government response due 8/24/2018, reply due 9/21/2018.