

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:JAM
F.# 2014R00337

*610 Federal Plaza*
*Central Islip, New York 11722*

October 17, 2018

<u>By ECF and Hand Delivery</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Walker
                <u>Docket No. 18-CR-087 (JMA)</u>

Dear Judge Azrack:

      The government respectfully submits this letter to supplement its October 11, 2018 submission regarding the trial date in the above-captioned case, which is currently scheduled to begin on January 7, 2019.

      The government previously requested that the defendant's trial date be advanced to November 12, 2018. The defendant opposed this request in his October 11, 2018 letter and asked the Court to adhere to the "firm" trial date of January 7, 2018. While the government still believes that the case can and should be advanced to November, in the event the Court is not inclined to do so and is going to adhere to the January trial date, the government respectfully suggests that jury selection in the instant case be conducted the week of January 2, 2019, with opening statements proceeding on January 7, 2019, the following Monday. This will allow for resolution of the outstanding pretrial motions, and permit the instant trial to conclude prior to January 16, 2019, when jury selection is currently scheduled to begin in <u>United States v. Mangano</u>, 16-CR-540, which is also pending before Your Honor. As stated previously, the government currently plans to call approximately six witnesses and complete

its direct case within two to three days, with both parties envisioning the entire trial lasting less than a week.

    Thank you for your consideration of this request.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:  /s/
                Artie McConnell
                Assistant U.S. Attorneys
                631-715-7825

cc:  Brian John Griffin, Esq. (by ECF)
    Kevin Keating, Esq. (by E-Mail)
    John Carman, Esq. (by E-Mail)
    AUSA Catherine Mirabile (by E-Mail)
    AUSA Lara Treinis-Gatz (by E-Mail)