

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2014R00337

*610 Federal Plaza*
*Central Islip, New York 11722*

December 4, 2018

By FedEx and ECF

Brian John Griffin
Foley, Griffin, Jacobson, & Faria, LLP
666 Old Country Road, Suite 305
Garden City, NY 11530

      Re:    United States v. Walker
                Criminal Docket No. 18-087 (JMA)

Dear Mr. Griffin:

      Enclosed please find the government's supplemental discovery and materials in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein is a disc containing items Bates stamped RW-NC 15 through RW-NC 273, RW-TAX 1 through RW-TAX 301 and Verizon_RW 3380 through Verizon_RW 3539. Also enclosed is an Index of the materials. The Index is not being filed electronically. This disc has been encrypted and password protected. The government also reiterates its request for reciprocal discovery from the defendant.

                            Very truly yours,

                            RICHARD P. DONOGHUE
                            United States Attorney

              By:    /s/ Artie McConnell
                         Artie McConnell
                         Assistant U.S. Attorney
                         (631) 715-7825

Enclosures
cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)