BEFORE: JOAN M. AZRACK                         DATE: 4/10/19
UNITED STATES DISTRICT JUDGE                   TIME: 3:30 PM (40 min)

# CRIMINAL CAUSE FOR MOTION HEARING

**DOCKET NO. 18-CR-87 (JMA)**

**FILED
CLERK**

**DEFENDANT: Richard Walker**          **DEF. #: 1**
☒ Present     ☐ Not present     ☐ Custody     ☒ Bail

4/10/2019 4:09 pm

**DEFENSE COUNSEL: Brian Griffin**
☐ Federal Defender     ☐ CJA     ☒ Retained

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**AUSA: Artie McConnell**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi          COURTROOM DEPUTY: LMP

- ☒ Case Called.     ☒ Counsel present for all sides.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☒ Waiver of speedy trial executed; time excluded from 4/10/2019 through 6/3/2019.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
    - ☐ Detention hearing scheduled for  .
- ☐ Bail hearing held. Disposition:
- ☒ Jury selection and trial adjourned to 6/3/2019 at 9:30 AM.

Defendant     ☐ Released on Bond     ☐ Remains in Custody.

OTHER: Motion argued.  Decision reserved.