BEFORE: JOAN M. AZRACK  　　　　　　　　　　　DATE: 5/29/2019
UNITED STATES DISTRICT JUDGE  　　　　　　TIME: 3:00 PM (20 min)

# CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET NO. 18-cr-87 (JMA)**

**FILED
CLERK**

5/29/2019 3:26 pm

**DEFENDANT: Rob Walker**　　　　　　**DEF. #: 1**
☒ Present　☐ Not present　☐ Custody　☒ Bail

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENSE COUNSEL: Brian Griffin**
☐ Federal Defender　☐ CJA　☒ Retained

**AUSA: Artie McConnell**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Dominick Tursi　　　COURTROOM DEPUTY: LMP

☒　Case Called.　　☒　Counsel present for all sides.

☒　Defendant is sworn, informed of his rights, and waives trial.

☒　Defendant enters a plea of Guilty to Count 1 of the Indictment.

☒　The defendant explains the offense committed and the Government outlines the proof they would present at trial.

☒　Having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, the Court finds a factual basis for the plea and accepts it.

Sentencing:　☒　To be set by Probation.
　　　　　　　☐　Set for ＿ before Judge Azrack.

Defendant　☒　Released on Bond　☐　Remains in Custody.

OTHER:  Defendant's bail conditions modified to include travel within the continental United States.