# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO

---

KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

October 18, 2021

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **RE: United States v. Richard (Rob) Walker**
        **Docket No.: 18 -CR-087 (JMA)**

Dear Judge Azrack,

    As Your Honor may recall, this office represents Mr. Richard (Rob) Walker in the above referenced matter which is scheduled for sentencing on October 20, 2021 at 2:30pm.

    Please allow this letter to serve as our formal request for to adjourn the sentencing until November 18, 2021 at 11:00am. We have spoken with AUSA Artie McConnell who consents to this request.

    If the Court requires any further information, please do not hesitate to contact the undersigned directly.

                                  Very truly yours,

                                  Foley Griffin, LLP.
                                  By: Brian J. Griffin, Esq.

Cc: Via ECF
United States Attorney's Office
Attn: AUSA Artie McConnell