EXHIBIT A

Lolita Skripko

368 Merri Field Lane

Oceanside, N.Y.

Monday July 8th, 2019


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

    My name is Lolita Skripko and I am writing to you on behalf of Rob Walker. The aim of this letter is to present the good character of Mr. Rob Walker. I have not known Rob for as long as many, but I have witnessed a remarkable person in that short period of time. I have seen the skills and ability he has that allows him to excel in any job or situation. He has shown me a high degree of integrity, responsibility and ambition.

    I had the pleasure of meeting Rob through the many charities he has helped develop of be part of. He gets joy out of helping and making a difference. He recently helped me with my own charity event for children with Autism. He worked diligently with helping me get everything together in such a short amount of time. He has amazing social and communication skills that really made this event such a success.

    Rob is an all-around good person. He is always trying to do the right thing and is always willing to lend a hand. I can tell you that just from knowing Rob for a short amount of time, I can see why he is so loved, appreciated and well respected in his community. I hope that even through Rob was charged with breaking the law, you can review this letter and come to see that even though it was a serious mistake, it doesn't define who he is.


Sincerely,

Lolita Skripko

*[signature]*

Maria Quaresimo

West Oak Street

Farmingdale NY

9/2/2020

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I am writing on behalf of Rob Walker. Mr. Walker and I have known each other for many years. I met Mr. Walker when I was in elementary school. I was best friends with his sister at the time. I have known the Walker family basically all my life. Mr. Walker comes from an outstanding family dynamic. They are amazing people that would do anything for anyone. Mrs. Rose Walker is an amazing woman who I have seen, taught her children to be dedicated and be of good character. That is why I am writing to you today, to give you a little insight on the man Mr. Walker is.

Mr. Walker does many charity events. He has helped our friend's "Shoot out for Soldiers" event, which has raised money for the Veterans. He also does a toy drive every December for the children. During COVID-19, when everything was shut down and everyone's worlds turned upside down, he dressed up as the Easter Bunny and delivered canned goods and toys to people in his community. He would leave it out on their doorstep for no contact, but it gave the children something to get excited for and helped the families who were out of jobs with little to no income coming in.

When hearing about Mr. Walker being convicted of a crime, I was completely shocked and dumbfounded. This was so out of character for him and the way he was brought up. He has always respected the law and what it stood for. I know Mr. Walker is very remorseful for what he has done. He has had a serious lack of judgment, but I don't think that should define who he is. Written above was just a small fragment of what he has done for the people in his community. The community relies on Mr. Walker. I am asking you to consider this letter when making your ruling.

Respectfully,

Ms. Quaresimo

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

RE: UNITED STATES v. Richard "Rob" Walker

Dear the Honorable Judge Joan M. Azrack,

    The aim of this letter is to present the good and moral character of Mr. Richard "Rob" Walker. I know Mr. Walker both professionally and personally. I can confirm that he is careful, considerate, efficient and extremely dedicated to the well-being of his family, as well as the people in his community. Mr. Walker has accomplished many charity events for people in need. He has brought the community together many of times.

    Mr. Walker is well-regarded among everyone as a person of high integrity and honesty. He has always conducted himself with common sense and extreme compassion. During the worldwide pandemic "Coronavirus" outbreak, Mr. Walker had set up many food and goods drives all over his community. He also helped raise money for all people that were out of work and couldn't afford to pay their bills. Mr. Walker's love for children really shined through during this time. Easter Sunday, Rob dressed up as the Easter bunny and handed out canned goods to people in need as well as visited the children's home, just so they can get a glimpse of the Easter bunny outside their window and have some sense of normalcy.

    Though I am aware of what Mr. Walker has pleaded guilty to and even though it was an unfortunate situation, I do not believe he should be looked upon as anything other than extortionary. Mr. Walker had a lack of judgement and made a mistake; for which he has expressed to me many times that he is extremely sensitive to his transgression and is sorry for it. I hope this letter will give you an idea of his good character and help him get a second chance to prove this was an unusual occurrence.

Thank you for taking the time out to read this letter. I hope that in reading this, you have a small idea of just how good of a person Mr. Walker is and just how much his community, family and friends relay on him.

Respectfully,

*Peyton Datter*



The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

2:18-cr-00087-JMA

December 1, 2020

Dear Judge Azrack,

My name is Kristine Fitzpatrick and I am the founder and Executive Director for the League of YES.  The League of YES is a non profit baseball program for children with special needs.  We are an established program for the past 10 years.   We currently have over 300 children in the program and have over 1,000 young adults that volunteer each other through out the community.

Our volunteer program is very special.  We have young adult from middle school to college help the players at the field.  They assist the children at bat and navigate them around the base.  They keep the kids safe in the outfield and create new friendships.  This part of the program helps break the barrier of bully to children with special needs.

I've known Rob Walker for the past 15 years.  Rob Walker has always been a big supporter of my program.  He has always wanted to have our program in Nassau County as well but there were not any fields dedicated to the handicap community.  We needed to have ADA compliances with the dugouts, curbing and fencing.  The wheelchairs do not do well on grass and clay.  The tires get filled with mud and the parents would have to spend time cleaning them.  The field had to be either synthetic or asphalt.  In 2016 the county built a multipurpose handicap accessible synthetic turf field.  This was so amazing that not only my program can play at the field but other handicap sports as well.

For the past 4 years we have been changing the lives of so many children and their families while promoting kindness with our volunteers.

Rob Walker was our "Man of the Year" back in 2017 because of his kindness for the children.  He has brought awareness to parks and It's so great now to watch many children with disabilities have a chance to play all different sports.

Rob Walker has always been a hard worker kind person.  He does so much for others.  He is always the person that goes over and above to help.  I ask that you consider leniency for Rob Walker.

Thank you for your time.

All the best,

Kristine Fitzpatrick

PO Box 754162
Forest Hills NY 11375
(631) 278-6385
www.leagueofyes.com