EXHIBIT B

December 30, 2020


The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Re:   UNITED STATES v. RICHARD "ROB" WALKER
      2:18-CR-00087-JMA

Dear Judge Azrack:

My name is Elizabeth Walker and I am married to Rob Walker, and I am writing you this letter as a means of introducing you to him.  I know you have received plenty of letters from our friends and family including letters from people that Rob has helped out through the years, but I've been married to Rob for over 16 years and know him better than anyone.

Rob and I met in 2002, and it took him months before finally asking me out, and still needed the help of our friend for the final push to ask me.  We had our first date in 2002 and I remember coming home that night phoning my friend and telling her he is the one.  She of course thought I was crazy; I was only 22 at the time.  But it turns out I was right, and we were engaged by the 4th of July the following year and married within a year of our engagement.

We honeymooned in Hawaii for 10 days and came home to find out the news that my father had suffered a severe stroke the day we left for our honeymoon. He survived the stroke but unfortunately after having surgery performed on his carotid artery, he passed 3 days later, one month and a day after our wedding day.

I had never experienced a loss before, and unfortunately Rob had, having lost his father at the same age as I was, 24, only 5 years earlier in 1999.  Rob provided myself and my family with the support and comfort we all needed.  I could not imagine getting thru that time without him, and had learned my first marriage lesson, that it is ok for one of us to be strong for the two of us.

Our life took another turn several months later, and Rob won his first election to the NYS Assembly in a Special Election in May 2015.  This was quite a big change, days, and weeks away from each other for a young married couple was not easy, but we did our best to make it work.

From that point at his time in the Assembly, Rob always tried to put the people he represented first and wanted to do whatever he could to help his community. Rob eventually went on to become the Chief Deputy County Executive having a bigger community to help besides the residents of Hicksville and his Assembly District.  In his tenure he dealt with many hurdles, yet no

matter the issues, emergencies, and conflicts, he handled them head on in a communicative manner.  He always wanted to find the best solution for everyone and by doing so he earned the respect from not only his colleagues but representatives of all parties.

On a personal note, I must admit that this was not easy for me, and I feel that I need to be honest; I felt that Rob had put his career, and what he felt was the right thing ahead of us.  This was very hard and perhaps also selfish of me in a way, to give him away in a sense.  Yet somehow, I knew it is what he was meant to do.  His job was not easy; but we promised when things were done, we would have our time.

Although all of this says a lot about Rob and what he has done, it is not who he truly is.  Rob is a big kid, he is the first one to get on the floor and play with the kids, the first to plan a family trip, the first to try and get friends together to share an amazing experience, or to just have a game night at home with our friends.  This is the Rob that you need to know about.  He is a jokester and a prankster.  He is a huge Disney fan, and we have been fortunate to share many Disney trips with our entire family.  Rob will do his best to make any event, whether small or large special to someone.  Rob loves to make people smile and make people happy.

We unfortunately did not have children, it never seemed to be the right time for us, but we were fortunate to be blessed with 8 amazing nieces and nephews, that not only do we think the world of, but they also think the world of us.  I am aware that some of them have provided you with letters letting them know what an amazing uncle Rob is to them.  Some of our nieces and nephews are too young to understand what has been happening, and we still are having trouble with having to explain that Uncle Rob has made a terrible mistake and have to explain what those consequences may be.  It breaks Rob's heart to have to tell them, and for our siblings to have to answer a lot of questions that their young curious minds will have. Our family is the most important thing in our lives.  It always has been and always will be.

We firmly believe that your family is all that matters in this life.  We try not to miss anything with them and are thankful to live within a 5-block radius of some of them, and with the farthest family members only being two towns away.  We are fortunate to see each other quite regularly and provide a safety amongst us.   We have been able to take care of each other through all of life's ups and downs.  We have all been together for first steps, first words, Communions, vacations, graduations, recitals, concerts etc.  Unfortunately, we have also seen our family battle loss, we have sat with each other for hours during chemo treatments when at different times, my sister-in-law, my mother-in-law and my mother battled cancer.  We strive to always be there for them no matter the highs and lows life can throw at them.

Rob's indictment was something entirely new to me, to everyone.  There were so many questions, but my immediate concern was how do we explain everything to our family;  how can we protect them; how do we explain the media coverage; how do we attempt to shield our young nieces and nephews from comments?  Rob had to admit not only to myself and to our family what was done, but how he had let us down.  This has all been one of the hardest things he has had to do, and still to this day, he continues to tell us all how sorry he is.  To see my husband, try

to explain to his nieces and nephews that he had done something wrong, that he made a big mistake, is heartbreaking. To see our mothers cry, wanting to do what mothers do and just hold us and protect us is very hard.

There has been a role reversal to our family, we always were the ones trying to help everyone and now was our turn to ask them for help. To ask them to support us, to pray for us and more importantly forgive Rob. The nearly three years have not been easy. The constant stress has taken a toll, I deal with anxiety more than I ever have in my entire life. The financial burdens have not been easy. His indictment has not only impacted his career but had made an impact on my work life as well. I had received harsh messages on social media. Our life has been filled with a lot more "what if's" and "maybes" and with a lot more things being placed on hold.

Your honor, I hope you please understand how the nearly past 3 years have had impacted us. Having gone thru a loss, I can somehow compare this to the 5 stages of grief. I will not lie in saying at first there was denial, anger, and bargaining and then came the depression and finally the acceptance. The acceptance not only of Rob being truly sincere in acknowledging his actions but realizing the impacts of his actions on our marriage, our family, friends and community. The acceptance that there are consequences, accept that one can learn to be patient and the acceptance that we must trust your judgement.

Your Honor, I need to let you know that over the nearly 3 years that this whole process has happened, my husband has almost on a daily basis been very much aware of his actions and their impact and is without a doubt regretful for what he has done. This past year especially has been a difficult one for everyone, yet I find that it has been a year that has given me time to reflect on things. I have learned that life is short, that we need to let everyone know how much we appreciate having them in our life. I have learned that it is okay to not be okay, and to admit that is okay. I have learned that asking for help does not make one weak, it makes them human. I have learned that I have been able forgive my husband for what he has done, and I will admit that has not been easy for a while. I can forgive him because I truly now how sorry he is for what has been done.

Your Honor, I spoke earlier how Rob and myself try to always be the strong one for each other when one of us cannot. We have had those times, but I feel I must let you know that we are both truly trying our best to be the strongest for each other and I genuinely hope you take my words into consideration as you make your judgement. My husband is my world, and I just want to let you know he is really one of the good ones. He is by no means perfect, he has his faults, he has his missteps, but he is a good person, a caring person, a selfless person.

Your Honor I thank you for taking this letter into consideration.

Respectfully,

*Elizabeth Walker*

Elizabeth Walker

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER
    2:18-cr-00087-JMA

Dear Judge Azrack,

I am Rose Marie Walker, Richard "Rob" Walker's mom. I am currently a Nassau County
Legislator, representing the 17th Legislative District. I have a BA in Education from Belmont
Abbey/Sacred Heart College in North Carolina. I taught, raised our family, was elected to a
Councilwoman in Oyster Bay in 2003 and a Legislator in 2010. I am also the proud grandma of 4.

Obviously, I have known "Rob" as we call him, his entire life. Rob has always been a kind,
compassionate, caring and giving person. Throughout his school years he worked very hard in
and out of the classroom and helped his peers, teammates, teachers, coaches and
administrators every opportunity he had. He volunteered with community organizations and
activities, some of them running himself and always included all those who wanted to help and
be a part of it. From the time he was a young child he was very much a leader, but always led in
a wonderful way, ensuring all those who wanted to help had an active part. Rob was the
captain of three Varsity teams and President of Student Council. Many of the programs he
started are still a part of our school community today. He was a mentor to the younger
students and athletes and they always looked up to him and still do to this day.

Rob is the oldest of four children. He was 24 when his dad passed away (21 years ago). At that
time I had two children in college and one in high school. I worked full time but certainly did not
make enough to pay our bills and care for our children. Although John had 30-plus years in the
system he was still working, so there was no pension. If it was not for Rob, I would not be
where I am today. He never pretended to be the dad, but he took on the role and tried to fill
the shoes that were no longer there. Rob helped me pay the mortgage and bills and together
the five us moved forward. He was the glue that held our family together. He stood by my side
as I battled Stage 3 Colorectal Cancer.  He was and still is the go to guy for me, his siblings, and
all our family, giving advice and helping us out in any way he can.

Rob did the same for his colleagues at work and in government, he was always there to help
everyone, giving them direction and offering assistance in any way he could. He always had
time to answer everyone's questions and explain things over an over if that's what it took for
them to understand. He never made them feel uncomfortable or rushed, he always had time
for them.

Rob was and still is the man people reach out to when they need help or guidance, putting them in touch with the right person or department to have their question answered or assisting them when they lost a loved one in combat. He continues his kind, caring, compassionate way always.

Rob is truly remorseful and regrets that he has put us through this. Knowing that he has caused us this pain is something he has to deal with forever. Through it all,  his true character continues to shine. I couldn't be prouder to be his Mom.

Sincerely,

*Rose Marie Walker*

Rose Marie Walker

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Re: UNITED STATES v. Richard "Rob" Walker
    2:18-cr-00087-JMA


Dear Your Honor,

   I am writing you today on behalf of Richard Walker, whom I have had the privilege of having as my older brother and hero for the past 42 years.  Robbie has been someone who I have admired, respected, and looked up to for my entire life.  He is a true family man who always puts the needs of his family and friends before his own. Twenty-one (21) years ago we lost our father unexpectedly and Robbie single handedly was the glue that kept our family together. Being the oldest sibling, he immediately went into protector mode, making sure that myself and our two younger siblings had everything we needed. He looked after our mom and helped to make all mortgage payments until she could get back on her own two feet. People might say this is admirable and something most 24 year olds wouldn't be able to take on, but truthfully this is who my brother is, a person who can't help but to always take care of everyone around him.  Robbie's generosity and huge heart is a trait that all those close to him cannot help but see.  A few years ago, I told Robbie about a young child in my sons elementary school who was battling cancer and how the family was in need of help. Within days Robbie reached out and personally organized a fundraiser that raised much needed money for this family. Some people standby and watch from the sidelines, but not Robbie, he will help in any way he can.
   In typical Robbie fashion, when he came to speak to me about the mistakes that he made that landed him in this courthouse,  his first concern was making sure I was okay, and that our family would forgive him.  Watching the pain as he spoke, seeing the tears run down his face, the sorrow, sadness and regret in his voice was truly heartbreaking.  The past few years have given all of us, but especially Robbie, time to reflect on the poor decisions that he made and I know he is fully aware of his wrongdoing. I would be remiss to say that seeing Robbie handle this situation in the manner that he has, taking full responsibility for his actions, has only made me respect him more.  As a mother of 4 young children, I tell them people make mistakes, but owning them is crucial to making sure they never happen again.  I can truly say Robbie has owned up, and in doing so has made sure that he will never make a mistake like this again.

In closing, I hope that you too can see the loving, caring, hardworking man Robbie is. The man who I am proud to call my brother, the uncle that my children love and admire just as much as I do, and the friend that everyone wishes they had.  I hope and pray that you can have mercy on Robbie and allow the pain, guilt, and embarrassment that he feels and will live with for the rest of his life to be his punishment.  Thank you for your time and consideration.

Respectfully Yours,

Jennifer Cromwell

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Re: UNITED STATES v. Richard "Rob" Walker
     2:18-cr-00087-JMA


Dear Judge Azrack,


        By way of introduction, my name is Keith Cromwell and I am writing to you on behalf of
my brother in law, Rob Walker. I have had the privilege of knowing Robbie for close to thirty
years and during that time he has not only been a positive influence to my wife and our four
children but to me personally. Rob has always been a man of high character and someone who
has constantly put others before himself. I have known Rob as a youth coach who I looked up
to, a loyal friend who I extremely admire, and a brother-in-law and uncle to my four children
who I love dearly.

        Lacrosse has been a huge part of my life as I played twelve years of professional
lacrosse, was a three time all American at Rutgers University and member of the Hicksville High
School Athletic Hall of Fame. I first got to know Robbie as a volunteer coach in our community
PAL Lacrosse system. With that being said, I have had many coaches at different levels who had
major influences on me, and Rob was one of my first. I believe I was in the fifth or sixth grade
at the time and Robbie was one of the first lacrosse coaches that I had played for in our
Hicksville program. His leadership, energy and commitment to our team is something I still
admire and will be forever grateful for. While the game days and practices are a little foggy, I
can clearly remember the events off the field that Rob would require us to do as our coach.
Mother's Day games in the Spring we would give our Mothers flowers after the game, he would
coordinate pizza parties with our teammates and an annual away tournament which all our
families would attend. Rob not only instilled a passion for the game in me at a young age, but
he taught us the value of being a good person, teammate, and leader off the field. He taught us
to be thankful for the opportunity to play and to most importantly have fun doing it. Robbie
was someone we all looked up to and just loved to be around.

        Rob has been a loyal friend to me for as long as I have known him. When I began dating
his sister Jen I got to know him even more on a personal side. Robs father, John Walker, passed

away at the young age of fifty-two.  Rob quickly became a father figure for his younger brother and two younger sisters and worked his tail off to help support his mom and keep everything as close to normal as possible.  I will never forget how he kept everyone together!

I will never forget when Rob told me of his mistake.  As always, I supported him as he has always supported our family.  I know he regrets his actions and would do anything to go back in time.  I ask for any leniency you might be able to give.  Rob is such a huge part of me and Jen's life, however, even more so to our four children.  The way my kids Aiden (12), Alexis (10), Lucas (8) and Brady (5)look up to him as an uncle truly cannot be put to paper.  Without Rob as our family leader, I am not sure how our family would function.  Whether its family lunches, dinners, summer barbecues, or holidays, Rob always make sure our family is together and our children live for those days.  The love that Robbie gives is the love that helps us all to support and help each other. It also allows us to realize the mistakes we make and discuss how to make sure they never happen again.  I hope that in some small way this letter will help you to see the real person Rob is, which is an amazing, kind, devoted friend and inspiration to us all.

Respectfully Yours,

Keith Cromwell

December 30, 2020

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: UNITED STATES v. RICHARD "ROB WALKER
    2:18-cr-00087-JMA

Dear Judge Azrack,

I am writing you this letter on behalf of my brother and role model, Richard "Rob" Walker, who I have had the privilege of knowing for the last 38 years. Rob is the oldest sibling, and I am the youngest of the four siblings in our family.

Rob for the last 38 years has always been someone I looked up too and admired. As my older brother, he was always there for my throughout my entire life. Whether it was to give me advice, help me with my schoolwork, a shoulder to cry on or just being there watching my swim meets or other school activities I was participating in. No matter what the reason, he was always there. Unfortunately, In August of 1999, our father unexpectedly passed away. From that moment on, Rob's role in our family household completely changed. Not only was Rob the older sibling that had to keep our family afloat during the hardest time of our lives, but he had to take over the family finances and mortgage payments to help our mother. I truly admired my brother's strength during this time, as he did all he could to help our family during this time when deep down his heart was broken. A year later, I was graduating High School and heading off to college and I never would have been able to do it without the love and support of my Big Brother. Rob's best quality is his gigantic heart and desire to help other, even those he does not know.

The past 2.5 years have been an extremely difficult time, but also allowed time to reflect on the decisions that Rob has made. He is well aware of his mistakes and wrongdoing and is ready to accept responsibility for his actions. As we move forward, I believe that Rob will come out of this a better & stronger person.

If there is anyone that deserves a second chance, it is my brother.

I thank you for the time and consideration.

Regards,

Kristi Blessinger

December 31, 2020

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y 11722

Re: UNITED STATES vs. RICHARD "ROB" WALKER

Dear Judge Azrack,

I am writing you this letter on behalf of my bother-in-law Richard "Rob" Walker, who I have had the privilege of knowing for the past 10 years.

During the past 10 years, I have had the pleasure of seeing him always go above and beyond for his constituents, while putting their needs ahead of his own.

After hurricane Sandy, I truly am unable to count how many times, while with Rob, that he would drop everything to help out his constituents.

I do now have the privilege of calling him my brother- in- law and admire the fact that he always puts other people's needs ahead of his own, whether it be a family member or a complete stranger. I think the trait that I most admire about Rob is the fact that he does all this and never expects or looks for any type of recognition.

If there is anyone that deserves another opportunity, it is Rob.

Thank you in advance for your time and consideration in this matter.

Regards,

Lawrence Blessinger Jr.

From: Jacqueline Gaynor
51 Tiptop Lane
Hicksville, NY 11801

June 3, 2019

To: The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
RE: United States v. RICHARD "ROB" WALKER 2:18-cr-00087-JMA

Dear Your Honor,

I first met Rob about 16 years ago when he was dating my husband's sister, Liz. Although Rob
and I were around the same age, we were in two different stages of our lives. I had already
been married a few years and was pregnant with my second daughter when we met.  My
husband and I enjoyed Rob's company right from the start and we quickly welcomed him into
our family. Rob even visited us in the hospital after the birth of our daughter and he became an
automatic uncle to both our daughters.

Right from the start we were able to depend on Rob.  For example, when our daughters were
younger I was in the beginning years of my now 17 year career as an insurance professional. At
times, my husband and my work schedules overlapped. We knew we could rely on Rob for
emergent childcare. Our girls were always safe with Rob and came home smiling.  Rob is not
only loving and caring but is our family's problem solver.  Years ago when we moved, Rob was
right there helping.  He even helped my husband move a couch out of an upstairs window
because I wanted to bring it to our new home and there was no other way to get it out of the
house.

Rob also takes his uncle title very seriously. Every Easter Rob helps hide all of the Easter eggs in
our house for the girls to find on Easter morning.  He takes pride in finding the best hiding
spots.  We sometimes can't find them for months. Here is another example of what an
excellent uncle Rob is: Last summer, my daughter told Rob that she had been accepted to the
School of Visual Arts to attend college, Rob quickly volunteered to drive her in for move in
day.  He was also right there for her at the end of this school year moving her belongings out of
her dorm room as she finished her freshman year of college.

Rob is also very dependable.  When I was diagnosed with cancer in 2013, Rob was one of the
first people to know.  I knew I could confide in him and that he would be by my side as a pillar

of strength.  He was just that.  At times he drove his wife and I to the train station and she would accompany me for treatment dates.  Throughout these months while I was undergoing chemotherapy, our family was invited to his house for game nights and family dinners.  These gatherings brought me great joy and kept a sense of normalcy for my family during the many months of treatment that I went through. When my mother passed away during the same year, I texted Rob in the middle of the night to let him know. We communicated often throughout the night and weeks to come. He was again a pillar of strength for me and helped me through this most difficult time.  He was able to relate to what I was going through since he had already suffered the loss of a parent.

Anytime my family and I needed Rob, he helped in any way he could before he was even asked to help. This letter includes just some examples of how dependable, caring and loving Rob is with our family.  I have always been proud that Rob has been the brother that I never had.  Throughout the years I have known Rob, whether Rob was in the height of his career or more recently going through troubled times, some things have remained constant. Rob is giving, is extremely generous with his time and truly lives his life serving others. I have the utmost respect for Rob that he recognized his serious wrong doing and has owned what he did wrong. Rob is not trying to hide this from our family. Rob put his pride aside and sat down and talked about his wrong doing and legal issues with myself, my husband, and our daughters. Rob has expressed his regret and shame to us and has explained how sorry he is for the stress and pain he has caused his family. After all that has occurred in the last year or so, we are still proud that Rob is a huge part of our family.   Your honor, please take mercy on Rob and consider leniency while determining sentencing.

Thank you for your time.

Sincerely,

Jacqueline R. Gaynor

From: Matthew Gaynor
51 Tiptop Lane
Hicksville, NY 11801

June 7, 2019

To: The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
RE: United States v. Richard "Rob" Walker 2:18-cr-00087-JMA

Dear Your Honor,

I am writing on behalf of my brother in law, Richard "Rob" Walker. I have known Rob for almost 17 years and actually consider him my brother. He has always been there for my family and I.

Rob was there when my Dad had a brain aneurysm and had to take the most dreadful ride of his life in the ambulance with him; my Dad later passed away. He was there when I hurt my back while working during Super Storm Sandy for the Town of Oyster Bay. Rob drove me many times to and from epidural appointments and eventually from the Hospital for Special Surgery when I had back surgery. During this same period of time, my wife was going through chemotherapy for lymphoma. Rob would make sure his nieces (my daughters) were fed and taken care of.

Rob has always been the greatest uncle, son, and brother anyone could haver ask for, a true family man. His love for our country is second to none. Unfortunately, Rob made a mistake and as a man, he owned up to that mistake. I am very proud of him for taking responsibility for his mistake. Rob knew by owning up to his mistake it would be tough on his family and friends but he knew it was the right thing to do.

As I conclude this letter, I ask that if you can, please show leniency and mercy on your sentencing for Rob as he still has much to offer his family, friends, and country.

Thank you,

Matthew Gaynor

From: Jacqueline P. Gaynor
51 Tiptop Ln.
Hicksville, New York 11801

June 10, 2019

To: The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Your Honor,

I have known my Uncle Rob since I was three years old. When he and my Aunt Liz were still dating and had to watch me and/or my sister, they would take us to the movies. I went with my Aunt Liz and Uncle Rob to see movies that helped mold my mind and helped me eventually decide that I would one day attend Film School.

When I was accepted to the School of Visual Arts' Film School last December, my Aunt and Uncle were a couple of the first people to know. They were so happy and wouldn't stress to remind me just how proud I made them. My Uncle Rob even volunteered himself to drive me into the city to help me move into school. He also came and helped me and my roommates pack up the dorm to return back home for the summer.

My Uncle Rob wasn't just there for me and my family during all of our ups, but he was also there for all of our downs. When I was 13 my mom was diagnosed with Lymphoma; while she had to attend chemotherapy in Manhattan daily, she also had to be a mom, go to work, take care of her mother whose cancer had relapsed, and had to take care of her Aunt who was going through cancer as well as memory loss. With my mom going through all of that at one time and with my dad working, my Uncle Rob helped our family once again. He would help my mom get to her appointments, pick my sister and I up from school and extracurricular activities, and would have my sister and I over for dinner.

When my grandmother and great aunt both died within a few days of each other, my Uncle Rob and Aunt Liz did all they could do to relieve my mother of all the stress of all our relatives from New Jersey staying at our house for the funerals, and the loss of the two most important people in her life.

Uncle Rob showed his loyalty and love for my family again when only two years later, my dad suffered from several deadly heart attacks. We got very lucky, but life still got harder; but, no matter what, my Uncle Rob was always there.

I can't imagine life without my Uncle Rob and I can't imagine what would have happened to me if he wasn't there for all those ups and downs throughout the years. I'm quite different than the rest of my family and my beliefs are very different (whether those beliefs are about politics or people) but, my Uncle Rob has always been someone who listens to and respects what I have to say even though our beliefs are very different.

He knows and has admitted to doing something wrong, something that most people in his place probably wouldn't do. It would mean so much to me and my family if you approached sentencing with a full heart and considered leniency while determining the length of his sentence.

Thank you for your time, consideration, and for all you do for our government and nation.

Sincerely,

Jacqueline P. Gaynor

# REDACTED LETTER

Your Honor,

I AM WRITING REGARDING MY SON IN LAW ROB WALKER.

I FIRST MET ROB IN 2001 WHEN HE STARTED DATING MY DAUGHTER ELIZABETH. HE SPENT MANY HOURS AT OUR HOME AS THEIR RELATIONSHIP GREW. HE WAS ALWAYS A GENTLE MAN, RESPECTFUL AND ALWAYS READY TO LEND A HELPING HAND. HE SOON BECAME PART OF OUR FAMILY AND WAS AS COMFORTABLE WITH US AS WE WERE WITH HIM. WE LEARNED HE HAD BECOME A FATHER FIGURE TO HIS SISTERS JEN & KRISTI & HIS BROTHER BRYAN AFTER HIS FATHER PASSED AWAY. HE WAS THE ROCK HIS MOTHER ROSE WAS FORTUNATE TO HAVE BESIDE HER. HE WAS A YOUNG MAN WHO MATURED QUICKLY TO HELP KEEP THE WALKER FAMILY COHESIVE.

MY HUSBAND PASSED AWAY ONE MONTH AFTER ELIZABETH & ROB'S WEDDING. ROB RODE IN THE AMBULANCE WITH ME AND MY HUSBAND, GIVING BOTH OF US LOVING SUPPORT AT SUCH A CRUCIAL TIME. AFTER MY HUSBANDS DEATH HE ALWAYS CHECKED ON ME BUT I'M MOST THANKFUL FOR HIS LOVING ARMS THAT HELPED CONSOLE ELIZABETH.

ROB IS ALWAYS THE FIRST ONE THERE IN DIFFICULT TIMES. IN THE PAST SEVEN YEARS HE HAS BEEN THE THERE FOR MY DAUGHTER IN LAW, HIS MOTHER ROSE AND MYSELF AS ONE AFTER THE OTHER OF US BATTLED CANCER. HE TOOK US TO CHEMO AND DOCTER APPOINTMENTS AND HIS SENSE OF HUMOR DURING THESE STRESSFUL TIMES MADE A TOUGH SITUATIONS BEARABLE.

ROB IS AN EXTREMELY INTELLIGENT, COMPASSIONATE, CONSCIENTIOUS, DEDICATED MAN. HIS LOYALTY TO FAMILY AND FRIENDS KNOWS NO BOUNDS. THIS IS THE ROB WALKER I KNOW + LOVE AND AM PROUD TO CALL HIM MY SON.

I ASK YOU TO LOOK UPON ROB WITH LENIENCY I KNOW THE REMORSE HE FEELS AND I AM CERTAIN, GIVEN THE OPPORTUNITY, HE WILL USE THIS

SECOND CHANCE TO BE A BETTER MAN
WHO HAS SO MUCH GOOD TO CONTRIBUTE
TO SOCIETY.
THANK YOU FOR YOUR CONSIDERATION.

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:    UNITED STATES v. RICHARD "ROB" WALKER
       2:18-cr-00087-JMA

Dear Judge Azrack,

I would like to begin by introducing myself and giving you a little bit of my background. My name is Mary Studdert, friend and former colleague of Rob Walker. I am a Public Relations specialist and I recently began a new position at Long Island University as the Associate Director of Communications, working directly for the President of the University. I come to LIU after just under 10 years as an Assistant Press Secretary to the County Executive of Nassau County, in which I served the previous administration and the current administration.

I met Rob the first day I started at the County, in fact Rob was the one who hired me. My mom was working as Executive Assistant to former County Executive Edward Mangano right after he was elected to his first term and CE Mangano's right hand, Chief Deputy County Executive, Rob Walker, was looking for a part time assistant and my mom recommended me for the position. At the time I was a full-time student at Nassau Community College pursuing an Associate Degree in Liberal Arts and was looking for a new job to help pay for my school. I met with Rob and after we discussed my schooling and future plans, he hired me on the spot. While Rob was interviewing me, I told Rob I planned to transfer to Stony Brook University once I graduated NCC and pursue a Degree in English; I had a plan to follow in my mentor's footsteps and become a high school English teacher. We talked about how Rob had also attended school to become a teacher but after his father passed away when he was just 24 years old, his life completely changed. He was the oldest of four children, his mother was working part-time and now the oldest male figure in his family, he knew he needed to take charge and help his family in any way that he could. As he was already involved in his local Republican club and had a background working for the Town of Oyster Bay, it made sense for him to launch his career in politics and he ran for Assemblyman of the 15ᵗʰ District in New York.

Rob and I quickly bonded and became friends; he became a mentor and a confidant. I graduated from NCC just a few months after I started working for Rob and coincidently, County Executive Mangano's Press Secretary was looking to hire and Assistant Press Secretary; Rob immediately recommended me for the job. He knew I was a writer and thought I would be a great fit as I was familiar with all of the projects and events going on in the County. He had confidence in my abilities and never second guessed my judgement; and so began my change in career path from a teacher to public relations.

Rob has always been one of my biggest supporters; when I accepted the full-time position as Assistant Press Secretary, I put off finishing college. At first, I attempted to go to Stony Brook part-time after working a full day, commuting the hour each way every night to attend classes, but it eventually became too much. I took a semester off, then two. But Rob was always encouraging me to go back to school. He told me that even though I would now have experience under my belt, it is more valuable to have a degree. So, with Rob's encouragement and years of going to school

part-time, I recently graduated from SUNY Empire State College with a bachelor's degree in Communications and Literature this past spring. All because Rob told me it is never too late; your education will last you a lifetime. I credit Rob with encouraging me to finish my degree.

I also have the unique position to not only know Rob as a boss, but a friend and also part of my family. Rob introduced me to his brother Bryan, we quickly fell into a relationship and the Walker family immediately welcomed me with open arms. I have spent many holidays, barbeques, family outings and vacations with the Walker family. I got to see first-hand just how dedicated Rob was to his brother, sisters, mom, niece and nephews and really the community as a whole. Rob always puts everyone before himself without even a second thought and that was clear the first day I met him. While Bryan and I are no longer in a relationship, I have remained friends with not only him but the entire Walker family and Rob especially. That is just how Rob and his family are, who they were raised to be; kind, loyal and loving people.

Over the last 10 years, I learned of Rob's time as a young man learning to become the leader of a family who lost their father at a young age, to becoming an Assemblyman, witnessed him help run Nassau County and I have spent time with him as a family man. Rob has always been fighting to give back to the community, whether it was fighting for more funding, working 20 plus hours a day to clean up Nassau County and get people back in their homes after Superstorm Sandy, to cleaning up and beautifying parks that had been neglected for years; all so that families in our community can experience all Nassau County has to offer because to Rob, family always comes first.

Rob has a history of helping and teaching children as he was a lacrosse coach for years. One of the most special things I witnessed Rob do was to secure funding to build an accessible playground and baseball field in Eisenhower Park for disabled children and adults. The County partnered with the YES League for the ballfield and Let All the Children Play for the playground. I played a part in organizing the grand opening ceremonies and to see the faces of the children and adults who aren't always included and didn't have a space dedicated just to them, was an emotional yet happy experience. I was so proud of all Rob did to bring joy and fun into these people's lives. Because to us those are just everyday activities but to them it can often prove to be a hardship to even enjoy those simple activities.

Knowing Rob, the way I do, I can tell you first-hand how much he regrets his poor decisions that have led to this outcome. He made a decision that let down his family, his community and mostly himself. He is embarrassed and remorseful for letting down those who count on him the most. However, in my humble opinion, to punish Rob by taking away his freedom would also be punishing the community that looks to him for support. Rob's talents would go to waste if he was incarcerated. Instead his talents should be put to use to serve those that need it most in the community. There are countless underserved communities that could benefit from his knowledge, prowess, dedication, activism and fundraising abilities. With that, I respectfully ask that you take this into consideration and find a more meaningful alternative than incarceration.

I sincerely thank you for taking the time to read my letter.

Respectfully submitted,

*Mary Studdert*

Mary Studdert

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722


RE: UNITED STATES v. RICHARD "ROB" WALKER

2:18-cr-00087-JMA


Dear Judge Azrack,

My name is Mary Johnson and truth is I have never written a more important letter, however I felt compelled to share with you my version of who I believe Rob Walker to be. Most people just know Rob as a politician, many people are lucky enough to call Rob a friend, but if you were truly blessed you get to call all the Walkers including Rob "family." The Walker family has never ended with their bloodline, instead it extends with their hearts, and that is where I fit in.


Rob Walker has been a constant present during my entire 35 years of life. My father and Robs father, "Uncle" John were best friends. They met through work and had many common interests. Like many friends they raised their families together, they confided in each other for advice and they installed similar morals and values in all 7 of us. They raised us with dignity, loyalty and respect. They installed a sense of community and pride for where we come from. They taught us to help others and care for the less fortunate. They didn't just preach these values they showed us through actions, they showed us what it meant to be a good human and a great neighbor.


After the tragic loss of "Uncle" John, the Walker children and their mother Rose didn't loss their way, instead they rose to the challenge and choose to make their father proud and live up to what it meant to be a Walker. Being a Walker holds a lot of responsibility, simply because between John, Rose, Rob, Jennifer, Bryan, and Kristi they have all contributed countless hours to their community, neighbors, friends and family. All of them would take the shirt off their backs to keep another person warm at night. Its been 20 years since we loss Uncle John, but we still talk about him constantly, mostly because of the impact he has had on many, but mainly because the Walkers have done tremendous things though the last 20 years to make him proud and keep his memory alive.

Rob has stepped into his father's shoes and never missed a beat; he has done everything his father was striving to do and hoped to accomplish.  He has helped countless people through his years as a public servant.  He has made our community a better place to live.  He has worked effortlessly to build programs for children and the less fortunate.  Rob never needed to be the face of any operation, he never needed a thank-you or credit for his work, he did it because of his heart.

My town, my friends and  my life have been better and blessed because Rob Walker is in it.  He has never swayed from his character, he has never disregarded his morals, he has always put others before himself.  He will continue to do so far into the future, because it is simply who he is.  All the letters that have been submitted in support of Rob have taken each writer countless hours to draft.  Each author wanted to make them perfect, but its extremely hard to express the magnitude of respect and love we have for Rob.  It is difficult to describe the heart of one person on a piece of paper, but Rob would move mountains for each one of us, and we simply want to return the favor.

Please take the time to see through the paper, see through the letters, and understand the core of who we are talking about.  Rob has always and will always be better in his community, in the one place he has always called home.  Please allow Rob to continue to do what he does best and make each and every person in his life a better.

Thank you for your time.

Mary Dwyer-Johnson

Michael Leahy

45 Crescent Lane

Levittown, NY 11756

June 29, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

*RE: UNITED STATES v. RICHARD "ROB" WALKER*

Dear the Honorable Joan M. Azrack,

My name is Michael and I am writing this character letter on behalf of my close friend Rob Walker. Rob and I have been friends for well over 25 years. When moving into the community all those years ago, Rob was the first person to welcome me with open arms. It was at that moment I came to know Rob as a good-hearted human being.

Rob is very hard-working, intelligent, extremely generous good person. I had lost my life partner about 3 years ago. It was an extremely difficult time for me. Losing someone that close to you leaves a major void. I went into a deep depression and didn't even want to get up and even go to work daily. But Rob was there for me. He took the time to make sure he came to my house everyday and get me going. Not to mention, I was invited to every single family get together at his house and invited to every holiday that he or his family hosted. I'll never forget what Rob did for me. I was in a rough place and he helped me get through that difficult time.

Rob is the most unselfish person I have ever had the pleasure of knowing. I understand what Rob is being convicted of. I can also say that I know just how much he regrets his decisions. Rob is very remorseful for what he has put his family through and is very ashamed of his actions. He has lost some credibility in his community, and that is very upsetting to him, yet he understands why. I feel as if Rob

has been punished enough for the decisions he has made. I hope you will take this letter into consideration.

Thank you.


Sincerely,

Michael Leahy

Brian J. Hoesl
107 Summers Street
Oyster By, NY 11771
Phone:516-967-5657
Email: bhoesl@verizon.net
10 June 2019

The Honorable Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**RE: UNITED STATES v. RICHARD "ROB" WALKER**
**2:18-cr-00087-JMA**

Dear Judge Azrack,

My name is Brian Hoesl and I write to you today in order to share my personal opinion of a defendant that will stand before you for sentencing, one Rob Walker, former Deputy County Executive of Nassau County. My interactions with Rob, and many of the members of his family, came about because of my position as a union official with the Nassau County Police Department. I was employed as a police officer for 44 years (1973-2017), retiring from the Nassau County Police Department in 2017. At the time of my retirement I held the rank of Police Captain and was serving as the President of the Nassau County Police Superior Officers Association (referenced in this letter as the SOA), a labor union representing approximately 400 supervisors in the Nassau County Police Department from the ranks of Sergeant through Assistant Chief of Police. I served on the Board of Governors and later the Executive Board of the SOA for 21 years (1996-2017). Prior to this I had previously served as a Delegate on the NCPD PBA board before my promotion to Sergeant in 1987.

I first met Rob in 2005 when he was elected as a NYS Assemblyman from the 15th District. At that time I was serving as 1st Vice President of the SOA in Albany as our union's lobbyist. As a member of the Legislative Committee of the NYS Association of PBA's, a state-wide lobbying group representing 45,000 Police Officers throughout New York State, we all had daily interactions with many of our State Legislators. As Rob represented Nassau County I sought him out to introduce myself and ask him for help on our legislative issues. I immediately took a liking to Rob as he impressed me as a knowledgeable, informed, and dedicated Assemblyman, and always had a very open and friendly demeanor about him. In short, he was easy to get along with and seemed to take an interest in the causes that members of the police caucus where pushing in the Legislature. During the four years that Rob served in the Assembly I had numerous interactions with him. I can honestly say that I never had anything but a favorable opinion of him and his dedication to his constituents.

In 2010, following the election of Ed Mangano as Nassau County Executive, Rob served as the Nassau County Deputy County Executive in Mineola. Again, as legislative representative for the SOA, I found myself spending a lot of time in negotiations with Rob, as well as his mother Rose Walker, who by that time was serving as a Nassau County Legislator from the 17th District. During this time, I found Rob to be a very approachable and dedicated public servant who again showed a great deal of interest in the well being of my members. Rob could be a tough negotiator, but I found him to be very fair, which is a word very often lacking in labor relations. He was willing to compromise on some issues and when he

Page 2

couldn't he would take the time to explain the reasons why.  I greatly respected his ability to balance what was good for the County with the needs of their employees.  He was, in my opinion, a very different type of politician who seemed to enjoy the building of friendships along with that of business relationships.  My interactions with Rob were even more frequent when I took over the Presidency of the SOA in 2012, and during the succeeding five years until my retirement, my interactions with Rob greatly increased, as well as my opinion of him as a representative of Nassau County.  He, on numerous occasions, helped out members of our Union in difficult times, all without asking anything for himself. He genuinely seemed to enjoy helping people in need.  I, as well as members of the SOA, were grateful for his friendship.

I can honestly say that over the course of the nearly 15 years I have known Rob our relationship has developed into a friendship.  I have been to Rob's house on many occasions for holiday parties and know many of the members of his family including his wife Liz, brother Brian, mother Rose, brother in law Keith, etc.  The entire Walker family are all very nice people and I truly enjoyed their company.

As a prior law enforcement professional, a job I truly loved, I take the matter of writing a letter of recommendation for a defendant at sentencing very seriously.   I realize that Rob has admitted guilt to a felony charge under Federal Laws and I realize this is no minor matter.  I have spoken to Rob several times about the case and I truly believe that Rob has realized he made a mistake and is very remorseful as to his involvement.  But I also believe it is a mistake that he would never make again.  He wishes to move on with his life and is willing to do whatever the Court decides in order to start fresh, without this cloud hanging over his head.  I can assure you, Your Honor, that in the many years that I spent on the Police Department I have had encounters with numerous persons accused of breaking the law.  Many of them I truly believed deserved incarceration, but I also dealt with some people who made one bad choice in life and were paying the price, but did not deserve jail.  Rob Walker, a man who has previously lived an exemplary life in service to his community, is one of those people whom I believe deserves a second chance and should be offered some form of punishment other than incarceration.  I would ask that you show compassion to Rob as his willingness to step forward and admit his wrongdoing reflects his sense of honor and his remorse over this entire affair. I would implore you to refrain from remanding him to jail, for his and his family's sake.

Respectfully submitted,

Brian J. Hoesl

July 19, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

Re:  United States vs. Richard "Rob" Walker

2:18-cr-00087-JMA


Dear Judge Azrack,

My name is Kevin Black. I am a Detective Captain in the Nassau County Police Department with 36 plus years of experience in law enforcement. I am also presently the president of the Superior Officers Association. Our organization represents Sergeants to 2 Star Chiefs in the Department in matters pertaining to salary, benefits and disciplinary matters. I write you today in regarding the sentencing of Richard "Rob" Walker in the above referenced matter before you.

I would like to start by saying I am aware of the fact that Mr. Walker has plead guilty to criminal conduct in the matter before you. In pleading guilty before you and in my conversations with "Rob" afterwards i have seen and heard his regret for his actions. It is the sincerity of his words for the decision he made and the pain and embarrassment he has caused family, friends and supporters that shows how truly remorseful he is.

 I have known "Rob" for approximately eleven years. My interactions with him began when he became Chief Deputy County Executive in Nassau County. I was then a union Trustee and I would occasionally be involved in meetings that included "Rob". Our relationship at that time was very business oriented and many times adversarial. Over these past eleven years as I have moved up through the ranks of both the Police Department

and the Superior Officers Association our relationship has evolved from adversarial to cordial and even friendly. This is based in no small part on the fact that I have come to admire "Rob" for his dedication to the people of Nassau County and his fairness in dealing with labor. His ability to see both sides of the argument while strongly disagreeing with me led to many compromises which were beneficial to both the residents of Nassau County and my membership.  Over the years "Rob" has shown me that he is a dedicated civil servant who will fight for what he believes to be right and in the best interest of his constituents. As a negotiator I have sat across the table from him many times and had no worries about the truthfulness of what he was saying. Always seeking a fair deal for all those involved with an eye on the County's bottom line was something I came to expect from "Rob".

"Rob" comes from a family of service. His parents have been heavily involved in Hicksville and surrounding communities as volunteers with the Police Athletic League and school activities. His mother Rose Walker serves as a County Legislator in the Legislature and has served as a Council Person on the Town of Oyster Bay Town Board. His late father served as Commissioner of Parks at the Town of Oyster Bay and for Nassau County. This background is where "Rob" got his interest in public service. The example was there for him to emulate and he followed.  "Rob" has been an assistant to the Supervisor of the Town of Oyster as well as being the Commissioner of Parks in the Town of Oyster Bay. He then served in the New York State Assembly before becoming the Chief deputy County Executive of Nassau County. Through all of these offices he has been a constituents first civil servant with an unblemished record.

 In closing I would ask that Mr. Walker's past record of exemplary service to the citizens of Nassau County and New York State be taken into account when you make decision on how Mr. Walker will be held accountable for his actions.

Sincerely,

Kevin E. Black

Salvatore Carrillo Jr

61 Swing Lane

Levittown NY 11756

July 10, 2020


The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of NY

100 Federal Plaza

Central Islip NY 11722


Re: UNITES STATES v Richard Rob Walker

My name is Sal Carrillo Jr. and I am employed with the Plumber Union Local 200. It is a genuine honor to write this letter in favor of Mr. Walker. As a friend of Rob, I have known him for about 20 years now. In that time, we have quickly become friends. Rob has always struck me as an intelligent human being of good nature and good character. I have the upmost respect for Mr. Walker. He has always been there when I needed a friend to talk to.

From the beginning, Rob expressed great remorse for his actions. He showed genuine regret, not merely for the criminal or civil liabilities he faced, but for the wrong to which he contributed. Rob confined in me that he had a sincere understanding that is actions were immoral and wrong. In our many conversations about his troubles, he has never once tried to defend, minimize or explain away his actions. Nor did he try to shift blame on others. Rob knew he was above such behavior and was and remains ashamed that he fallen so far below his own standards.

Rob is a good person. Since I've known him, I truly believe his wrongful actions represent an aberration that he will never repeat. He has demonstrated honesty, integrity and fairness in more ways than can count.

Karyn Datteo

111 River Road

Great River, NY 11739

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Judge Joan M. Azrack,

It is a genuine pleasure and honor to write this character reference letter on behalf of my close friend Mr. Rob Walker. I have known Rob for about twenty plus years now. Mr. Walker is a man with one of the biggest hearts. He is always doing for others. Rob makes everyone else a priority over himself. Rob is a family man and loves them dearly.

Rob and I have had multiple discussions recently, and he feels nothing less than great remorse and terribly regrets and is ashamed of his actions. He confided in me and has a complete understanding that his actions were wrong. Rob never tried to shift blame unto others nor did he try to justify what he has done.

Rob is a great person with an amazing heart. I know that If given a second chance, he will not repeat the same mistake, nor will he ever again break the law. Rob was an upstanding citizen prior to his conviction, and I know that he will continue to work on being that again. People make mistakes, its human nature. I just hope you can see that he did make a terrible mistake and he has already paid for his actions. He lost credibility in the public eye, as well as with his friends and family.

It is my hope that you take time to read this letter and take it into consideration as you make your decision. This one mistake shouldn't be what makes up Rob's character. His good intentions and his good nature should be what defies him.

Sincerely,

Karyn Dattero 6/4/2019

*Norma L. Gonsalves*

*1901 Merion Street*
*East Meadow, New York 11554*

September 23, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

      **RE:**   **United States v. Richard "Rob" Walker**
             **2:18-cr-00087-JMA**

Dear Your Honor:

Please allow me to introduce myself and explain the reason for this letter.  I am Norma L. Gonsalves and I had the privilege of representing the residents of the 13th Legislative District for 20 years, the last five of which were as Presiding Officer of the Nassau County Legislature. Before that time I was a community activist for the East Meadow community while working as a teacher in the New York City Schools for 25 years.  Throughout that time, I have interacted with many elected officials and members of Nassau County government.  In my opinion, very few if any can compare to Rob Walker.

During his time in the New York State Assembly, I reached out many times to Rob on behalf of my constituents and I always found him to be attentive to their needs.  He was always willing to work together on behalf of our joint constituents and they were always the better for that cooperative effort.

However, I must say I never really understood the depth of Rob's abilities until he came to work at Nassau County in his role as Deputy County Executive.  Throughout his tenure at the county, Rob was the go to person for just about every aspect of government operations.  There was virtually no area of Nassau County's operations that Rob did not come to know about and fully comprehend.

I know first-hand that Rob worked with members of both the Majority Delegation to the Nassau Count Legislature and those of the Minority Delegation.  Rob would insure that capital projects were undertaken, parks were improved and materials purchased.  More importantly, Rob was instrumental in insuring that major improvements were made throughout the length and breadth of Nassau County.

Projects to protect the Western Bays near Long Beach and Island Park, rebuilding parks and sewer plants destroyed by Super Storm Sandy and numerous other projects were undertaken with the leadership of Rob Walker.  The benefits to the people of Nassau County, both current and future,

September 23, 2019
Page 2

from his actions are enormous.  Whenever a project needed to get a jump start, I would go to Rob and he would make sure action was taken.  He would never really take the credit for what he did, telling me that as long as it got done it doesn't matter who gets the credit.  He and I shared that philosophy, that so long as we did what was best for our residents that was all that mattered.

It is my hope that in considering what sentence to impose on Rob for the actions he has taken responsibility, you will consider all the good he has done for the residents of his Assembly District at first, and later for all Nassau County residents.  Rob can certainly be an asset going forward, as he has in the past.  To not use his talents to improve the lives of others would be a shame.

I am sure the burden of passing sentence on someone is a heavy one.  It is my hope that you will consider the opinions of people who have dealt with Rob on a regular basis and know what he can add to society going forward.  I am certain that if you do so, you will also see that to prevent the use of those talents would not be helpful to society.

Sincerely,

Norma L. Gonsalves

*Daniel J. McCloy*

*Attorney at Law*

*2239 Beech Street*

*Wantagh, New York 11793*

September 20, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

      RE:    United States v Richard "Rob" Walker
                2:18-cr-00087-JMA

Dear Judge Azrack:

I write this letter to be considered by the court when the court determines the sentence to be imposed on Rob Walker in the above captioned action.  I came to know Mr. Walker when he began his position as Chief Deputy County Executive of Nassau County in 2010.  I had worked for Nassau County in various departments with increasing responsibilities since 1986.  When Mr. Walker began his work with the county I can honestly say I had never met anyone quite like him.

As someone who was a Deputy County Attorney, a Deputy Treasurer, Nassau County Treasurer and Chief of Staff to the Legislature, I have had the privilege of working with many individuals of both political parties.  I have had good relationships with virtually all of those individuals and have worked directly with the County Executive's staffs of four County Executives.  Without exception, I can state that Mr. Walker's work on behalf of the residents of Nassau County during his tenure with that office was unparalleled.

Mr. Walker in a very short time mastered the operations of Nassau County and was conversant in virtually all areas of county government.  In particular, his efforts to rebuild the sewer system were vital to eliminating the dangerous conditions the sewer plants were left in prior to his arrival.  The turnaround was remarkable and was recognized by outside agencies.  Imagine the impact that was felt after undertaking this turnaround, for which he was largely responsible, when all that work was undone by Super Storm Sandy.

That storm wreaked havoc on Nassau County and particularly the county's sewer system.  Mr. Walker's tireless efforts on behalf of the people of Nassau County resulted in amazing progress as well as Federal reimbursement for much, if not all, the work required to get the sewer system operating, not as good but better than before.

Those efforts were not limited to the sewer system but all the county infrastructure and operations. Mr. Walker worked around the clock from the minute Super Storm Sandy hit to insure that the residents of Nassau County could get back to a normal way of life quickly and with minimal financial hardship. His work in this regard cannot be overstated. That effort really was not fully appreciated by people outside the governmental structure because Mr. Walker just did what was necessary without seeking accolades. However, as an individual with extensive knowledge of how Nassau County works, I can say with certainty that without Mr. Walker, the people of our county would have suffered far more and longer than they did as a result of that storm.

To those who got to know him over his tenure with Nassau County, they were not surprised by his "get the job done" efforts during that storm. This is because his work ethic began immediately upon his arrival at the county and continued to the last day on the job. Even when his personal issues made headlines, which resulted in his accepting responsibility before this court, Mr. Walker continued working tirelessly on behalf of the residents of Nassau County and those in government who served them. His efforts could be seen and are still seen in the county's parks, public works infrastructure and too many other areas to go into here.

This letter is written in the hopes that in your deliberations with regard to this matter, you will look to the totality of Mr. Walker's life and career not this single period of time. Mr. Walker amazed everyone in Nassau County government with his ability to grasp issues, get people together and resolve those issues. He worked equally well with both sides of the political aisle, sometimes angering members of his own party by doing what he thought was right for members of the party opposite.

To not allow him to use his vast talents for the betterment of others rather than imposing any punishment that would not allow him to do so would seem to me to be both counter-productive to our judicial system and against the best interests of the people in Nassau County.

I thank you for taking the time to consider this letter. I truly hope that any sentence imposed upon Mr. Walker will serve to allow his talents be used for the betterment of all.

Very truly yours,

Daniel J. McCloy

# Carnell T. Foskey
226 Erie Road
West Hempstead, NY 11552


September 19, 2019


The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER
2:18-cr-00087-JMA


Dear Judge Azrack,

I first met Rob in 2005 while I was supervising Judge of the Nassau County Family Court.
In 2010 I became acquainted with Rob on a business level when I was appointed Commissioner of the Nassau County Department of Parks and Recreation. In that role I worked with Rob daily.  Additionally, I continued to work with Rob on a daily basis  after being appointed Nassau County  Attorney in 2014.

I am aware of Rob's guilty plea in federal court  and this letter in no way is written to minimize the significance of his wrongdoing, but I also want to share my experience with Rob.  During the 8 years I worked with Rob I found him to be an extremely dedicated public servant and he worked tirelessly to improve the quality of life for Nassau residents.  Rob took an interest in making sure that county parks were improved and under his leadership a state of the art multi million dollar indoor hockey ice skating rink was built at Eisenhower Park without any cost to the taxpayers of Nassau County.  Additionally, under his leadership the county entered into a public private partnership with Molloy College to construct and build an athletic turf field that can be used by Molloy College and Nassau Community College at no cost but can also be used by Nassau residents.

I think one of Rob's most important contribution to the residents was his post Sandy storm  work.  The county's major sewer plant was offline, certain communities were cut off from the rest of the county due to washed out bridges and roads, our parks and infrastructure were decimated by this storm. Under Rob's leadership he was able to work with state, local and federal officials not only to get the Bay Park sewer plant back online but he was instrumental in securing funding to provide much needed upgrades for that plant.

I also had the opportunity to watch Rob interact with employees of the county including laborers and commissioners and in each instance he treated them with respect and compassion.

In closing, it was a pleasure to have the opportunity to work with Rob his vision was always inspiring.

Sincerely,

Carnell T. Foskey