EXHIBIT C

Ellen M. Muller
5 Ivy Lane
Levittown, New York 11756
516-658-6175

June 17, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: UNITED STATES v. RICHARD "ROB" WALKER

Dear Judge Azrack:

I have known Rob Walk for more than 20 years. We met through my job at the Nassau County Republican Committee. I know that Rob has always been very diligent in everything he does.

Rob and I have had many conversations about our families and how close we are to ours and the importance of family. Rob has an extremely strong sense of the importance of family that was instilled by both his mother and father. His mother and I are both members of Holy Family Church in Hicksville.

While Rob has made mistakes, he is taking full responsibility for his actions. My parents bought me up with the quote from scripture, "Be kind and compassionate to one another, forgiving each other, just as in Christ God forgave you." I truly believe that Rob is penitent about his actions and will come through this a better person.

A quick story of the kind of person I know Rob to be. A few years ago, on a Sunday, my mother had to be taken to the hospital by ambulance and I didn't know if she was going to survive. I called Rob in a panic to let him know that we were going to the hospital and I wasn't sure what to do, and if he knew anyone at the hospital to call them. My brother and sister were away at the time and I was by myself. We got to the hospital and I was told that they weren't sure if she was going to make it. Before I could call someone in my family other than my siblings so they could come down to the hospital, I turned around and there was Rob and his mother coming into the curtained room to see what they could do. They were covered in

paint because they were painting a room in his mother's house.  But he came because he knew I was alone.  Who in the world wants to go to a hospital on a Sunday afternoon for a woman who they have met on a couple of occasions?  But Rob knew that my brother Billy was away and he wanted to make sure I was okay.   I am lucky that my mother did survive but having them there made the wait easier.

In 2010 my brother was diagnosed with cancer and we were going to have a long road ahead of us with chemo and radiation.  Rob always texted me and my brother for updates and funny antidotes to keep his spirits up.  That is the kind of person I know Rob to be.

Rob is the type of person who will always be there for you.  I have noticed that whenever he does something nice for someone or helps them in some way it has always been behind the scene.  I have never seen him look for any accolades for things that he has done.

I hope that this letter shows you the good and kind person I believe that Rob Walker is and that while he has made mistakes and is taking responsibility I am asking that you take into consideration the fact that he is the patriarch of his family and they depend on him and I ask that you show him leniency in his sentencing.

Please do not hesitate to contact me to discuss this further.

Sincerely,

Ellen M. Muller

Ellen M. Muller

# BRIAN R. NEVIN

*2 Columbia Place • Merrick, New York 11566 • Telephone: (518) 225-6668 • e-mail: BrianNevin@aol.com*

December 10, 2020

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

My name is Brian Nevin and I have worked on behalf of taxpayers as a public servant for nearly 20 years while employed by State, County and Town governments. I had the distinct pleasure to work directly with Rob Walker for more than 10 years and have known him as a compassionate, generous, good-willed, and honest man who worked tirelessly to help others and make Nassau County and New York State a better place for all. The accusations made against him over the past two years do not describe the man I know.

As Chief Deputy County Executive of a county larger than nine states in the nation, Rob served as a daily administrator who sought to address problems head-on each and every day. When police officers and firefighters died in the line of duty, he comforted their loved ones and ensured proper arrangements were made for their sacrifice. When disadvantaged residents needed food and clothing to survive winter months, he found them meals, housing and clothing. When disabled athletes lost State funding, Rob Walker personally helped raise the charitable contributions needed to keep the Games for the Physically Challenged alive. When local veterans faced homelessness, Rob helped launch a housing initiative to end the crisis. When seniors couldn't afford dental care, he sought a program to help. When fire departments faced a shortage of volunteers, he directed the County to help raise awareness to attract recruits. When Superstorm Sandy devastated homes and communities throughout Nassau County, he worked around the clock for weeks to help people recover and rebuild their lives. As heroin and opioids destroyed families, Rob Walker directed an all-out war against addiction through awareness, education, enforcement and treatment initiatives. As a State Assemblyman, Rob also worked in similar ways to help his constituents and deliver important government services. It's clear to me that Rob Walker always used his positions to help others, never seeking anything in return, and sought to follow in the footsteps of his parents by serving the community he loves.

The man I know, Rob Walker, respects the letter of the law, those in law enforcement and our judiciary who perform their duties. While I understand that Rob Walker has plead guilty to lying to law enforcement, I also remain hopeful that you will consider his real-life record of compassion, generosity, belief in the law of our land and work ethic when determining his sentence. I humbly request leniency for Rob Walker and ask that you take advantage of his ability to help others rather than punish this non-violent, first-time offender with jailtime. We - the taxpayer - should benefit from his continued service to our community rather than be punished by paying a prison bill for someone who can be more productive inside our community rather than in a jailcell.

Yours truly,

Brian R. Nevin

Teresa Lupo
26 Thorngrove Lane
Dix Hills, NY, 11746

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

October 5, 2020

RE: UNITED STATES v. RICHARD "ROB" WALKER
    2:18-cr-00087-JMA

Dear Judge Azrack,

My name is Teresa Lupo, and I am writing to you about my friend Rob Walker. I have known Rob for probably about seventeen years or more when he began dating my dear friend and college roommate, Elizabeth Walker. I am honored to have shared in their special day as a bridesmaid in their wedding and I am lucky to have remained close in their lives for such a long time. I have witnessed Rob in many lights over the years and can speak with honesty to his character.

Rob is the type of person who everyone loves almost instantly upon meeting him because of his charismatic, friendly, and outgoing demeanor. His fun, life-of-the-party energy draws people to him, but it is Rob's other qualities that keeps his friends sticking around. Rob is a loyal friend. He is a supportive friend. He is the friend who is willing to take the shirt off his back to help you. He is the friend that many can count on time after time without question, without judgement. For me personally, Rob has been all of these things and more. In earlier years he was always protective and looked out for me. He has been kind and welcoming to my husband. And more recently he was jumping in the pool with my kids and playing lifeguard.

Rob is a caretaker by nature. He genuinely wants to help others. He has a big heart and is a good person. He is also human. Sometimes humans make regrettable decisions. Poor decisions that we wish we could undo; that we are truly sorry for should not define us. Mistakes should not override all the good we have done, but rather help us learn so we can continue to grow as a person and do better. Rob deserves this chance to grow from his wrongdoing. I write to you today, Your Honor, to ask for your mercy and give Rob this chance. Thank you for your time.

Sincerely,

*Teresa Lupo*

Teresa Lupo

12/30/20

Dear Your Honor,

My name is Nicole Perullo. I am employed by the New York City Department of Education as a Dean of Students in IS126Q, a middle school in Long Island City, Queens. As a dean of students, it is my job to asses behavior problems and address issues that arise between teachers and students.

I am a good friend of Richard Walker. I met Robbie (as we call him) through his sister Jennifer Cromwell about 5 years ago.  Through the years we have become very close. Robbie has been a pillar of our community for many years.  He has donated time and money towards our baseball team the Hicksville Hurricanes.  He has been a constant fixture at our games and tournaments, including the one named after his father, John Walker, for his many years of dedication to sports in Hicksville.

After knowing Robbie for about a year, he invited us to go on vacation with his family for his wife's birthday.  Being that this was a family trip, some of the people going questioned Robbie's decision to invite my husband and myself. Without hesitation Robbie told them "I don't care, I invited them, I want them there."  We went on the trip and had the most fantastic vacation.  Since that trip we have been more like family spending birthdays and holidays together.

I have discussed Robbie's current situation with him several times. He fully acknowledges his wrong doing and understands that he needs to take responsibility for his mistakes.  Even in these horrible times he continues to worry about everyone else.  He has expressed his concern for his mother and his wife who will both be left alone in his absence. This is a perfect example of his character and the type of person I have come to know and love so much.  He is always worried about what he can do to help others and make our lives better. Robbie has done so much for our community, our family, and our friends.  It would be a shame to judge him negatively on the basis of one lapse in judgement which is so grossly out of character for the type of person Robbie really is.  Robbie is a family man.  He is the guy who dresses up as the Easter Bunny and drives around to take pictures with our children.  He is the guy who will stop what he is doing to help you plan a party or a fund raiser.  He is the first one to text you "happy birthday".  Robbie is one of the most kind, considerate, and genuine people I know.  It is my hope that you will keep in mind the Richard Walker I know when sentencing, that you see him for the person he is and has been.  Please look at all the good he has done and realize this one situation does not reflect the type of person Richard Walker is. I know that he understands the magnitude of his actions and he regrets deeply what happened. Mark Twain once said "Good judgement is the result of experience and experience the result of bad judgement."

Thank you for your time and consideration,

Nicole Perullo
7 Field Ct
Hicksville, NY 11801
(516)551-0216

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER 2:18-cr-00087-JMA

Dear Your Honor:

My name is Ernest Lentini, and I'm writing a plea for leniency for a man who, despite admitted misconduct, is known to me as a caring, kind, fair and upstanding individual.

I am a retired Law Enforcement Officer, Director of Security for a Private School, Father and Coach. I came to know Mr. Walker, over 20 years ago, while a Little League Baseball coach and President of the boys 10 year old Little League Division, in Bethpage NY.

Mr. Walker was the first to respond when a Little League colleague and I requested help to maintain and upgrade our Little League Baseball and Softball fields.

I was a stranger to the town of Bethpage, simply endeavoring to upgrade our children's little league experience. Mr. Walker answered our call and selflessly assisted all Bethpage Little Leaguers, who, to this very day, benefit from the assistance and dedication Mr. Walker gave of himself.

I recall one opening day, when invited to speak and receive accolades for his assistance to our Little League, Mr. Walker humbly declined as he felt the day should be and is about the children.

Your Honor, please consider leniency for a man who has not only helped communities, but most important, has gone above and beyond for the children of those communities.

Sincerely,

Ernest Lentini

9/22/2020

Re: United States vs. Richard (Rob) Walker 2:18-cr-00087-JMA                    October 2, 2020

Dear Judge, Joan Azrack,

My name is Colleen Gardner along with my partner Eugene Goodrich, and we are writing this letter in support of Richard (Rob) Walker.

Eugene and I have personally known Rob for over 30 years. Rob's wife Liz and I have been family friends since we were in grade school and Eugene has been family friends with Rob's family since they were in middle school. Eugene and Rob grew up playing football and lacrosse together. Since Rob and Liz married 16 years ago, we have been very close friends, that have become family. We spend holiday's and weekends together. Since our boys were born, they consider Liz and Rob their aunt and uncle and they treat James (15) and Thomas (12) like their nephews. Rob would do anything for these boys and the boys love him for that. Rob is always making them laugh, feeling loved and protected.

Rob is a true role model for all his nieces and nephews, being a polite and courteous man, always there for his friends and family.

Rob is a hard and diligent worker for the community. Rob has been a Parks Commissioner, NY State Assemblyman, and Deputy County Executive. Eugene and I have personally seen how hard Rob has worked for individual people and his community. He has been a tireless worker for the people he has represented.

In closing, we are aware of Rob's guilty plea and we are proud of the fact that he took responsibility for his actions. We would just ask the court for all the good Rob has done over the years, that it take this into account and show Rob some mercy.

Sincerely,

Colleen C. Gardner

Eugene Goodrich

# REDACTED LETTER

Leslie Rothschild
56 Griffing Avenue
Amityvile NY 11701


The Honorable Joan M. Azrack

Dear Judge Azrack,

I take this opportunity to write you as a single mother of two daughters, a woman who was diagnosed with ovarian cancer in 2018; still fighting the reoccurrences and challenges associated with Cancer that can be terrifying and overwhelming, and as a former Chief of Staff to New York State Assemblyman Brian Curran.

Throughout my career in government, I have been blessed to have partnered with, and worked with a few people that truly, day in and day out help make a difference in the lives of others. Rob Walker is one of those people. I have reminded myself throughout the years to see the totality of a human being, to see what is in their heart and soul, to see firsthand, who moves forward, takes swift immediate action, who cares, and unfortunately remember the polar opposite of those individuals, those that do not act, do not care, do not step in and shine a bright light in the lives of others to make things better. Layers of government can impede urgent action, or simply impede required action. There were two individuals with whom I partnered in Nassau County government that not only met all expectations, but exceeded them, and again, Rob Walker was one of those two people. I can honestly say the same about the Town of Hempstead government, in all my years of public service, there were two people in the Town of Hempstead that I put on par with the same excellence, immediacy, and care for constituents that I relied on my County partners in government for.

As a Chief of Staff, I did it all. I did the scheduling, helped write and seek out legislation that mattered, ran events that were community minded and community mattered. The one thing in addition to a myriad of things I was responsible for daily was constituent service. I am proud to this day of the remarkable constituent services our office was known for throughout Long Island. We never turned away a case whether they lived in the district or not. If someone called for help, it was our job to help. The honor and responsibility to help people, and bring forth results was paramount and my partner in Nassau County government to bring about those results was Rob.

Superstorm Sandy was a game changer. In one moment in time, everything as we knew it, as a County and as public servants had changed. There was urgency, there was immediacy, and there were life and death situations. Because of Rob, lives were saved in countless ways. Rob helped tackle raw sewage coming up on Barnes Avenue in Baldwin and jumped into action to protect families. Rob Walker; the evening of Superstorm Sandy helped me call in the National Guard and have them set up a National Guard headquarters in Baldwin supplying food, blankets and water for our residents. Rob again, with immediacy addressed what was becoming an even more dire situation, Mold! Due to the devastation of "Sandy" and the high waters overtaking people's

homes, Rob Walker moved mountains to start the process of mold remediation assuring the health and safety of our residents was being addressed. The situation I will never forget that I have shared with countless people through out the years took place on the first night of Superstorm Sandy. There was a mandatory evacuation in waterfront and low-lying areas. Power was lost across Long Island, and I had to charge my cell phone while attempting to get to the car in torrential wind and rain, just to stay in communication with our office, our district, and our residents. It was approximately 11pm, the night of "Sandy" and I received a call from a Colleague that there was an emergency, and could we help? I called a gentleman at 11pm that evening who was in sheer panic that his grandmother and her sister were trapped in an attic in Long Beach and could not get out. The water in Long Beach had almost overtaken the home, which was in the West End of Long Beach, close to being washed away by the storm and wind. 11 PM, the initial night of Sandy, an evacuation in place, roads and bridges closed, and a 95, and 97-year-old senior citizen were trapped, terrified, and could have died in that attic. In that moment, I had no time to think. I called Rob Walker on his cell phone in tears, told him as much of the story as I could manage, but over and over I kept saying, please help. That was Rob Walker. From a beautification of a Park, to saving lives, the call went out, please help, make it better, and he did. Help came. Rob conferenced called me with the Office of Emergency Management and stayed on the phone with me, the office of OEM, the Nassau County Police Department, Fire Departments across Long Beach and Nassau County, and a boat, were sent in to the West End of Long Beach putting their own safety in danger, to save these senior citizens. They were boated to safety.

I can tell you about our "Kids Health Day" events that helped children with fun and nutrition that were made possible with Rob's help, I can tell you about countless constituents that needed help from the County, and Rob sent it to the proper department for help. I can share countless stories about how honored I was to have a partner in County government who cared, and made a difference.

At the end of the day, I am most proud of two things. I am proud of my daughters, their kindness, their understanding of caring for others, paying it forward, and giving back.  The other I am most proud of is my work in helping constituents. Going the extra mile, never quitting on a case, always being there to listen, making a difference, getting results, helping seniors and veterans, helping children, and having people who thought they called their last phone call,  hopeless, and giving them hope restored. Rob Walker was my partner in county government and his help, dedication, and care allowed me to serve and deliver. As a County, a community, and a Country, in these uncertain times, serve we must. It has been one of the greatest honors of my life to help and serve our residents. It has been an honor to have had the partnership of Rob Walker. Again, it is in understanding the totality of someone, that you see their heart and soul.  Thank you in advance for your time and attention to my letter.

Sincerely,

Leslie Rothschild

Gina Nicole Varricchio
171 Broadway
Bethpage, New York 11714
(516) 732-7216
ginavarricchio@gmail.com

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11772

RE:   UNITED STATES v. RICHARD "ROB" WALKER
      2:18-cr-00087-JMA

Dear Judge Azrack,

Thank you for taking time to read this letter. My name is Gina Varricchio. I work as an Information Technology Professional and hold a degree in Business Management from Farmingdale State College. I write to you today on behalf of Rob Walker, a man I am fortunate to call not only my friend but also family. Rob and I met about ten years ago through a member of my family and mutual friends. A few years later, separately, I was introduced to Rob's brother Bryan, who I have now been in a relationship with for about three years. This has allowed me the opportunity to get to know Rob on a personal level. I cannot think of another reference where I feel as strongly about a person's character.

Rob and his three siblings lost their father suddenly twenty one years ago. Although I didn't know Rob or his family at the time, spending time with them in recent years has allowed me to understand the difficulties they experienced following their father's passing. At twenty-four years old, without hesitation, Rob supported his family both emotionally and financially at a time when they were not only grieving the loss of a loved one, but struggling with a mortgage and bills after losing an income. Rob's family is everything to him and this is just a glimpse into character, integrity, and reliability that he possesses.

Rob has treated me like a sister since the moment he welcomed me into his family three years ago. In September of 2018, I broke my elbow, requiring me to attend physical therapy with a specialist two-three times a week. Knowing I was uncomfortable driving with limited mobility

in my left arm, Rob offered to drive me the hour and a half round trip and also wait for me during the hour session every week for over a month.

At the height of the COVID-19 pandemic, my grandmother turned eighty-two years old and was having a difficult time being isolated. My family and I organized a drive-by "birthday parade" to celebrate, and Rob not only agreed to join in himself, but surprised us by inviting a number of friends to join in as well just to make the parade that much more exciting for her; a woman he hadn't spent much time with, but knew it would put a permanent smile on her face and give a story to tell for the days and weeks to follow. As you know, this pandemic has also been particularly difficult on small businesses. Rob, being a true supporter of our community, volunteered hours of his time helping some of our local restaurants understand the dining restrictions recently set forth, and strategize on how to remain operational while maintaining a compliant, and more importantly, safe, environment for both patrons and employees. Many of these business owners were at the brink of closure, and Rob's dedication afforded many people the opportunity to sustain their income. These are just a few of Rob's many unsolicited, kind, selfless acts that have had such an impact on my life, and the lives of so many others. Simply put: Rob is the type of person that gives without expecting anything in return or asking for recognition.

Of particular note is that most of my time knowing and witnessing Rob's generosity was following his indictment. Rob has not only accepted and owned his actions, but he has spent this time making a difference in other people's lives and I truly believe he has emerged as a better person. I can't think of a more respectable and admirable way to right his wrongdoing.

Rob is one of the most decent individuals I've ever had the privilege of knowing, and I hope despite Rob's mistakes, this letter affords a glance into the type of man Rob really is. I can state without trepidation that the guilt and remorse he now lives with, along with the embarrassment it has inflicted upon him and his family, forever serves as his retribution. Rob is an indispensable member to our society and I plead that the court have mercy on him. I sincerely thank you for your time and consideration into this letter and to Rob's future.


Respectfully,


Gina Varricchio

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:   UNITED STATES v. RICHARD "ROB" WALKER
      2:18-cr-00087-JMA

Dear Judge Azrack,

My name is Robert Dwyer and I am a life-long resident of Hicksville, New York. I have worked
for the Town of Oyster Bay for 37 years and I also worked for Nassau County for 3 years as Chief
Deputy Commissioner for the Parks Department. Additionally, I am a 46-year member of the
Hicksville Fire District, in which I served 22 years as Commissioner and I still currently serve in
that capacity today.

I am writing this letter of behalf of Richard Robinson Walker. I have known Rob for about 35
years. I was best friends with his father, John, and I have watched Rob grow into the man he is
today; a caring individual who would do anything for anyone in need. Rob was forced to grow up
quickly as his father passed away when Rob was at a very young age. His one brother and sister
were both in college and his youngest sister was still in high school at the time. Rob quickly
became the proverbial man of the house, helping his mother with some financial issues they had
and making sure his brother and sisters fulfilled their fathers dream of continuing their education
and graduating from college. I have been there for all of the milestones in the family, I even served
as an usher in the wedding party when Rob married his wife Liz.

While helping his family get back on their feet after his father's passing, Rob continued to pursue
his passion for politics. He was a genius at campaign management and designing literature that
needed to be handed out to constituents. Whatever task was asked of him, he put his heart and soul
into it.

I would like to give you a little more insight into Rob's background. At the age of about 16, while
still in high school, Rob worked as a seasonal employee for the Town of Oyster Bay. His father
was Deputy Commissioner of the Parks Department for TOB at the time and Rob worked with the
recreation department to create programs and oversee various projects within the department; he
was a natural at it. Every job Rob had, he plunged right into it and gave it his all. When Rob was
asked to run for the 15th Assembly District of New York, all of his friends, family and members
of the community volunteered to hand out literature to get him elected because they knew he was
the right man for the job and had the community's best interest at heart. That part was great, it was
a lot of fun for us to help him. He worked tirelessly for his district; he worked with veterans, the
disabled, senior citizens and anyone who needed help with local and state government. Rob was
able to secure state funding to help veterans, to help the Town and County so that they could better
their parks facilities and assist all those groups to help them with various programs.

When Rob took on the campaign to elect Ed Mangano as Nassau County Executive, everyone said he was fighting a losing battle. But he didn't care what everyone else said; he worked 16 hours a day, 7 days a week, sent out literature, walked literature and set up fundraisers. As I said, he was a genius at campaigning. After Ed Mangano was elected as County Executive, he asked Rob to be his Chief Deputy County Executive and as was Rob's nature, he took on the job with his usual spirit and enthusiasm. He worked tirelessly with division heads, all the various department commissioners, and many political figures across the state and he did it all with a passion.

I have been with Rob every step of the way through this process, at every court hearing and every probationary reporting. I know that Rob has taken this extremely hard. The fact that he embarrassed his family, his friends and his constituents has broken his heart and weighed heavily on him. I was there the day that Rob pled guilty, the thirty-minute car ride to the court house felt like an eternity. The only one Rob wanted there that day was his wife, he asked his family to please stay home, but I would have no part of that. I was there for him from the beginning and I will be there until the end. As soon as we were in the elevator, after his guilty plea, he called his mother and you could see the embarrassment and remorse on his face as he told her it was over. It has now been a few months since that day and Rob has been busy putting his affairs in order.

I hope and pray that you can see I tried to show you the type of individual Rob really is. He is a compassionate person who would help anyone in need, to incarcerate an individual with his heart and talents for helping others would, in my humble opinion, be a terrible waste. I would hope the court can instead make him continue to use his talents to help others.

Thank you for your time.

Sincerely,

Robert Dwyer

PATRICIA L. ACAMPORA
500 Wavecrest Lane
Mattituck, N.Y. 11952

Cell #516-527-8346

June 12, 2019

The Honorable Joan M. Azrack                Re: United States v. Richard "Rob" Walker
United States District Court                    2:18-cr-00087-JMA
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Dear Judge Azrack:

My name is Patricia Acampora and I have known Rob Walker for more than twenty years. I
have known Rob both on a personal and professional level. I have known his family for the
same amount of time.

I first met Rob and his wife, Liz when he came to Albany to be sworn in as a new member of the
New York State Assembly. I was a member of the Assembly representing the 1st AD in Suffolk
County. Rob sat behind me in the Assembly Chamber and I had firsthand knowledge of his
commitment to his constituents and the people of New York State until I left the Assembly to
assume the position of Commissioner of the Public Service Commission. I have attached my
business card. I also worked with Rob on issues that affected the County of Nassau when Rob
was serving as Deputy County Executive and I was at the Public Service Commission which
regulates all private utilities in the state. I worked in government for over thirty years and I
hold Public Service at the highest level. Upholding the public trust cannot be compromised.

Rob has plead guilty to his crime acknowledging his wrongdoing and accepting that he must pay
a debt to society. Yes, he made a mistake. Through all the years I have known Rob, I have
known him to work hard and for so many years using his positions to help others. He is a loyal
and loving family man. He grew up with great family values. His family was well recognized for
their involvement in the community and Rob carried on those values. Throughout all the years,
I always held Rob in high esteem knowing that he cared about his community and did what he
could to help make it better.

It is for all the reasons that I stated that Rob Walker is a good man, that I ask that your Honor to take into consideration all the good deeds and contributions he has make to society  over the years and hope that you will consider leniency for Rob.

Respectfully

Patricia L. Acampora

Attachment

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: United States v. Richard "Rob" Walker 2:18-cr-00087-JMA

Dear Judge Azrack,

My name is John Hommel, my wife Laura and I have known Rob Walker and the Walker family for approximately 29 years. I am retired from the Town of Oyster Bay for which I was employed as a Sanitation worker and later a Recycling Supervisor. My wife Laura is a retired United States Postal Service Clerk. We have resided in Hicksville for 29 years.

While we are deeply disappointed in Robs actions, we would like to tell you the type of person we have known Robbie to be and his character as a person.  Rob comes from one of the finest families we have ever known. His mother Rose Walker is the kindest, most caring person we have ever known. Rob and his wife Liz are very hardworking, kind, caring people and we are proud to be friends with them. Robs action has brought great shame to his wife Liz and the entire Walker family and has really taken a toll on them. There is no family that has done more for Nassau County, The Town of Oyster Bay and the Village of Hicksville then the Walker Family.

The Rob we know is truly selfless and always eager to help everyone. Even as a young summer worker for the town of Oyster Bay parks department he always gave his best and worked harder than anyone. Robbie always strived to be the best he could.   Just a few examples of the type of person Rob is: When he was a New York State Assemblymen at Christmas he would have an open house at his office

where everyone who would stop by was required to bring unwrapped toys or gloves for needy children. Even after he left the assembly, he would have a Christmas party in his own home for his friends and colleagues and continued the tradition of collecting for the needy. It's just who he is.  Additionally when one of the young men from our area who worked in the sanitation department was pinned between a garbage truck and a van, I called Rob and his immediate response was "Is he ok?, Where is he? And Let's go!" and within 15 minutes he was at my house to pick me up and we went to NUMC to see how that worker was. As busy as Robbie was, he dropped everything and visited this young man for over 2 hours in the emergency room.  Another instance is when one of our Town of Oyster Bay recycling workers was diagnosed with cancer, Rob did everything he could to help the family and played a large part in the fundraiser for the family and made sure it was successful.

We have always witnessed Robbie helping people no matter what their situation or affiliation. Robbie like his mom has a deep caring for kids and a love for animals.  Robbie and the entire Walker family have always been involved with Hicksville athletics and the community. He never said no. He worked tirelessly to help people. I can assure you that this foolish act he committed was an anomaly. Rob has shown great remorse for his actions .

We would like to take this time to plead with you, Your Honor, to show compassion and mercy in your sentencing. Robbie is an exceptional person who made a mistake. This mistake is not who he is. He has spent his entire adult life helping people and our community.  Robbie is a good kindhearted person who still has a lot to offer our community.  Please show leniency Your Honor in your sentencing.

We appreciate you taking your time to read this.  Thank you for your kindness and understanding Your Honor.

Sincerely,

John & Laura Hommel

Paul Desimone JR

6 REDWOOD DRIVE

PLAINVIEW NY 11803

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

<u>RE: UNITED STATES v. Richard Walker</u>

Dear Judge Joan M. Azrack,

I have known Rob for 20 plus years, and I can assure you that these recent circumstances are indicative of the kind of person he is. Rob made a terrible mistake, for which he is tremendously sorry, and I can only hope that will heavily on your mind when you make your decision.

Rob has been working to make amends for his infractions, which is evident by cooperating and by being there to lend a helping hand to the people of his community. He is deeply remorseful, and only wants to do what he can to at least try to make things better for everyone involved.

Rob is a wonderful uncle to his sister's children. He is a major role in their day to day lives. They are always over his house and have constant sleepovers.  With already a major change in their lives due to the pandemic, the children need him to be a part of their lives to have some normalcy. So, I ask that you please use your best judgment, but make it possible that Rob can return to his family as soon as possible

Sincerely,

*Paul Desimone JR*

Andre Dattero

111 River Road

Great River, New York 11739

June 4th, 2019


The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE. UNITED STATES v. RICHARD "ROB" WALKER


Dear Honorable Judge Joan M. Azrack,

     I am writing this letter given my friend, Richard Walker, known to everyone as Rob. I want to bring to your light the kind of person that he is, despite the allegations that he has faced in recent times. I have known him for about ten years. He is a true gentleman and is always true to his words. His enthusiasm has led to many good works in his community.

     I met Rob through my wife Karyn. When introduced to Rob for the first time, I knew he was a decent human being. Only a year ago, I went in for a simple hip surgery. I experienced complications during the surgery.  I was in the hospital for months. My wife couldn't work because she basically lived at the hospital with our children and me. Rob called everyday to see if there was anything he and his wife could do. He offered to stay with me while my wife and kids went home to shower or just to get out of the hospital and get some fresh air. A fundraiser was conducted for my family and I since my wife and I couldn't work. Rob and his wife donated so much of their personal money to me and my family. He helped our friend start that fundraiser. That money came in handy in a big way.

     I am aware of the charges he is facing, and I know what he did was completely wrong and unjustified. With that said, I would like to plead for leniency. He is a well-mannered gentleman, and I know he has and will continue to learn from this experience and will not think of repeating it. I hope you read this letter and consider his character before passing on any verdict. Rob's character should not be defined by one mistake or wrong doing. It should be defined by the actions prior to that mistake and after. Rob is a good human being and I can honestly say he is one of a kind and I am pleased to call him my dear friend.

Sincerely,

Andre Dattero

Roslyn Gallipoli

43 Gardner Ave

Hicksville, New York 11801

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

June 18, 2019

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Honorable Judge Joan M. Azrack,

I am writing this letter on behalf of Mr. Rob Walker. Mr. Walker and I have known each other for about 2 years now. Rob has helped me a great deal in the time that I have known him. I hope that you decide to look at this letter before you decide, regarding Rob's actions.

My name is Roslyn Gallipoli, I am 74 years old and I had lost my husband a few years back. During this time, I was able to lean on Rob when it came to things I couldn't do myself. Whenever I needed a ride somewhere, such as a doctor's visit, he was there no questions asked. He would always be the first one out shoveling my driveway during a snow storm, so I didn't have to get someone or do it myself.

Rob is a very generous person. He is considered a good human-being and there isn't a thing he wouldn't do for the people he loves and the people in his community. I understand the charges that Rob is facing. I choose to believe that actions don't speak of the type of person he is. He made a bad decision and for that he deeply regrets. I know how hard it may be, making a decision about someone you don't personally know. But I hope that this letter, as well as many others, can have you see the person we all know and love.

Sincerely,

Roslyn Gallipoli

Joseph Gallipoli

43 Gardner Ave

Hicksville, New York 11801


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear your Honorable Judge: Joan M. Azrack,

I am writing this letter on behalf of Mr. Rob Walker. I know Rob to be an exceptional worker and a good person. I have known Rob for about 7 years now. I had come to befriend Rob when he stepped up to help me when I found myself in a difficult situation.

I needed help with moving my mother into senior housing. I didn't have any knowledge of even how to go about this. I had no clue as to where to begin. I mentioned to Rob how clueless I was about this. Instead of Rob handing me over phone numbers and address, he took it upon himself to get me the application and even helped me go through and fill it out correctly. He took the time out to sit down and go through each question with me. At the time, Rob and I had barely known each other. To me, that just shows how good of a person he is.

Through the years we had become closer friends and I have come to know Rob as a good human being. Someone who has always put others needs in front of his own. If there is something he can do to help you, he will. I understand the charges that Rob is facing and I do honestly believe he regrets the decision he made. I believe Rob had realized the seriousness of his situation, and I think Rob will come out of this a better person. Please consider this letter while you make your decision. I will say, I do not think Rob will ever make the same mistake twice and I believe he has already learned from his mistake.


Sincerely,

Joseph Gallipoli

6/10/19

Gary Pappas

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I'm sending this letter requesting leniency on behalf of Richard "Rob" Walker, who was convicted, I have been his good friend for many years now. He is very close to my wife "Scotty" and my two beautiful children.

I have had my ups and downs in life just like any other. I isolated myself and became depressed. No-one was able to get through to me, but Rob. He sat me down and gave me the "tough love" so to speak. He sat me down for hours and threw in my face what I would be losing if I gave up on my life. How many people really depended on me, my children, my wife, my grandchildren and my friends. He changed my thinking and I was able to make a change in my life and become a better man for everyone in my life.

Rob has introduced me to a new me, a better me. He was there when no one else could get through to me. In return, I now join him during his charity events. He is always doing something. Whether it be helping out the small business majorly effected by COVID, a toy drive for the under privileged children, food drive for the families out there in need, helping clean up our community or one closest to my heart- helping raise money and find good housing to the veterans. I myself have served for this country and I don't think there is enough help there for us. He is trying to make a change in that.

Even though I showed disappointment when Rob told me about his conviction, I do know it was just one mistake he will never make again going forward. He is truly an amazing man with so many abilities to make a change in this word for the greater good. He is extremely dedicated to his work and to his community. When he says he's going to do something; it will get done, no matter how long It may take. He will stop at nothing to help someone in need. I hope you read this letter, as well as many others before making your decision. I know you don't know the man standing in front of you, but I hope with these letters from friends and family, you will see just a little glimpse of who he is and just how many people rely and count on him each and every day.

Sincerely,



# GREATER LONG ISLAND RUNNING CLUB

101 Dupont Street • Suite 24 • Plainview, New York 11803 • Email: info@glirc.org • www.glirc.org
Phone: 516.349.7646 • Fax: 516.349.7647 • Marcum Workplace Challenge: 516.349.7649

**President**
*Michael Polansky*

**Executive Director**
*Sue Fitzpatrick*

**Vice President**
*Mindy Davidson*

**Vice President**
*Carl Grossbard*

**Treasurer**
*Melissa Altschuler*

**Secretary**
*Jaime Pita*

**Coordinator of Development**
*Ken Carmel*

**Social Media Coordinator**
*Suzanne Nelson*

**Director of Logistics**
*Christopher Acord*

**Creative Directors**
*Susan Cook, Karen Conkling*

**Senior Feet Chair**
*Bert Jablon*

**Director**
*Lazer, Aptheker, Rosella & Yedid*
*Kings Park 15K*
*Steven Toto*

**Director**
*Jonas Chiropractic*
*Sports Injury Care ASPIRE 10K*
*Heart & Sole 5K Run*
*Karen Schackner*

**Director, Long Island**
*Greenbelt 50K & 25K*
*Nick Palazzo*

**Director, Runner's Edge**
*Long Island Women's Run*
*Jaime Pita*

**Director**
*Marcum Workplace Challenge*
*Mindy Davidson*

**Co-Directors**
*Runner's Edge - TOBAY Triathlon*
*Mindy Davidson, Ray Farrell*

**Director**
*Ocean to Sound Relay*
*Bob Sherman*

**Director**
*TOB Town Supervisor's Run*
*Michael Polansky*

**Co-Directors, Lynn Gartner,**
*Dunne Rob's Run 5K*
*James Murray, Sue Fitzpatrick*

**Director**
*Steel Equities / Gold Coast*
*Ho Ho Ho Holiday Run*
*SRC 10 Mile Run to the Blue Point Brewery*
*Great South Bay Brewery Runs*
*15K Run to the Port Jeff Brewing Co.*
*Ric DiVeglio*

**Director**
*Fred von der Heydt Memorial*
*6 Hour, 60th Birthday Run*
*Myron Bellovin*

**Club Coach**
*Ed Melnik*

**Blood Drive Director**
*Gina Gelman*

**Scholarship Program Director**
*Erica Gassen*

**Membership Director**
*Sherry Bellovin*

**Trustees-at-Large**
*Alan Baisch*
*Scott Fairgrieve*
*Paul Fetscher*
*Amy Goldstein*
*Saniyyah Greene*
*Lou LaFleur*
*Jossi Fritz-Mauer*
*Rebecca McDonald*
*Glenn Morse*
*Robert Tollin*

October 12, 2020

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: UNITED STATES v. RICHARD "ROB" WALKER
2:18-cr-00087-JMA

Dear Judge Azrack

As the President of the largest running-related organization on Long Island, I have worked with Rob Walker for more than two decades, in his role as Deputy County Executive of Nassau County and, earlier in his career, as a New York State Assemblyman and before that as the Deputy Parks Commissioner for the Town of Oyster Bay.

Rob has always shared our enthusiasm for promoting running, fitness and good health habits generally here on Long Island. He has gone out of his way to be a friend and dedicated supporter of the Long Island running community, both in his public role and privately. Although not a runner himself, he recognized the importance of what we are doing and actively supported and promoted that work.

Rob is someone who has a good heart and a passion for doing good things. His support for our organization has resulted in many, many people living happier – and healthier! – lives.

I recognize that Rob has pled guilty to criminal conduct, but I know all too well how sincerely and deeply he regrets the conduct that has brought him to his present circumstances. Despite the conduct for which he has pled guilty, Rob is basically a good man, who has done good things for any number of people and for our community generally.

I urge you to show him mercy and, more to the point, leniency in the sentencing process.

Best regards,

Michael Polansky, President
Greater Long Island Running Club

**Brian Nugent**                                                                   **September 20,2020**

2888 Walter Rd
Wantagh, NY 11793

**The Honorable Joan M. Azrack**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE: United States v. Richard "Rob" Walker**
        **2:18-cr-00087-JMA**

Dear Your Honor,

My name is Brian Nugent and I am both a good friend and co-worker of Rob Walker. I am writing
this letter in hopes of the court granting leniency in his upcoming sentencing.

I met Rob around 14 years ago when he was a New York State Legislator and I was hired as a
legislative aide. This working relationship continued as I followed him to Nassau County
Government where I held various positions from Director of Governmental Operations to Acting
Commissioner of Parks, Recreation & Museum.. A strong friendship emerged as our passion for
the NY Yankees , NY Giants and other similar interests led us to attend  many games and social
events. As both a friend and co-worker I was able to see a unique side of Rob, a side that many
employees may not have known existed, a person who genuinely cared about the County and
more importantly the people both residents and workers.  His greatest strength is he has always
been there for the resident, always there to help those in need. While representing the 15th
Assembly District it wasn't uncommon for Rob to donate groceries to a New Cassel woman that
cooked Thanksgiving dinner for her neighbors or securing and delivering a lift chair to a blind
homebound Hicksville woman. Those , and numerous other, acts were commonplace and led
me to enjoy our work in public service. When Rob moved to his position of Chief Deputy County
Executive those acts continued county wide. While having a tough exterior personna Rob would
regularly meet and assist those in need. The Youth Board, Veterans & senior citizens all
benefited from his compassion and understanding.

I can tell that undoubtedly Rob understands his guilt and is remorseful. I can also tell you that
the effect on his personal and professional life cannot be underestimated and those struggles
will continue as he tries to move on..

Please take into consideration the above mentioned information when determining his
sentence.

Sincerely,


Brian Nugent

William Schutt

8 Wood Crest Road

Hicksville, New York 11801

May 31, 2019

The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

**RE. UNITED STATES v. RICHARD "ROB" WALKER**

Dear Judge Joan M. Azrack,

I am writing this letter regarding Mr. Rob Walker's character.

I would like to introduce myself as Willie Schutt and I am retired and live down the block from Mr. Walker and his wife Liz. I am a widower with no children or grandchildren. I am getting older, and there come times where I need things done around the yard that I simply cannot do anymore. Rob has always been there to help with those daily chores. Each snow storm, Rob has his friend come by my house and plow it. He makes sure my house is plowed and shoveled before his own. It is difficult for me to walk up the stoop in my front yard, so going through the back of my house, Rob makes sure that it is all cleared of the snow and salted so I don't slip and fall. He is always inviting me over for a BBQ or just to enjoy another person's company.

I have seen him at work with many charities. He has a very big heart and is always wanting to help someone in need. He is a very hard-working individual and everyone in our community has immense amount of respect for him. He is always helping everyone in our neighborhood. There hasn't been a single incident where there was a complaint against him. He is very cheerful and is always donating to charities or helping form them.

I do know about his recent charge and even though I am shocked by this, I do think that he will do whatever is needed of him to fix what has been done. I do believe that he has changed since this incident and I do believe he will emerge a better person. I hope you take this letter into consideration upon making your decision.

Respectfully,

William Schutt   5/31/2019

Robert McLaughlin

138 Merrits Road

Farmingdale, NY

August 1st, 2019

The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE. UNITED STATES v. RICHARD "ROB" WALKER

Honorable Judge Joan M. Azrack,

I am writing on behalf of Rob Walker. I have known Rob for 5 years. In this time, he has proven to be of a fine and responsible character. In general, Mr. Walker, a former employee of Nassau County, is known to be an extremely hard worker and a dedicated husband. As a reliable member of the Hicksville community, his crime was quite unexpected. Rob has always been one to uphold the law.

Mr. Walker confessed to me his serious lack of judgement he exhibited and expressed both remorse and a strong desire to address the manner. I believe Mr. Walker has every intention of improving himself and fixing what he has done wrong. Regardless of the challenges he will face, I have every confidence that Mr. Walker will develop the new skills needed to avoid making such a poor decision again. I have no doubt that he will become the upstanding figure in his community again.

Mr. Walker has thus far shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. It is my hope this letter regarding Rob Walker and his case will act as a positive and contributing factor when the court considers this matter.

Respectfully,

*Robert McLaughlin*

Lena Squillacioti

24 Honved Street

Hicksville, New York 11801

June 30, 2019

*The Honorable Judge Joan M. Azrack*

*United States District Court*

*Eastern District of New York*

*100 Federal Plaza*

*Central Islip, New York 11722*

*RE: UNITED STATES v. RICHARD "ROB" WALKER*

Dear Honorable Judge Joan M. Azrack,

I have known Rob for 3 years and I have seen Rob have his ups and downs like any other human being. But at the end of the day, he has come across as a person with good morals and good character, although it may be hard for you to see that with his current situation.

I know what Rob is facing and I was extremely shocked by his behavior. I do know that Rob is extremely remorseful for his actions and wishes he could take them back. He is willing to do whatever it takes to make amends.

I can confirm that in the time that I have known him, Rob Walker has been reliable, trust worthy and a decent person. I just hope that you will give an opportunity for a second chance to Mr. Walker when you make your decision.

Sincerely,

Lena Squillacioti 6/30/19



Joseph Ingino

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Judge Joan M. Azrack,

My name is Joseph Ingino, I belong to Vietnam Veterans Association Chapter 82 and it is a genuine honor to write this letter on behalf of my great friend and colleague, Mr. Richard "Rob" Walker. I have known Rob personally and professionally for about twenty-five years now and there isn't anyone I have more respect for.

As a friend, Rob is very loyal, considerate, and a supportive individual who can see things and understand from another persons' perspective. He loves to make sure everyone is having fun and he is probably the funniest person I know. As for professionally, he is an excellent direct communicator and knows how to raise and discuss common issues and problems in a non-threatening manner. Like I stated before, he always tries to see everybody's' "side" of things in any given situation.

Rob is one of our biggest supporters of all our Veterans programs. We help Veterans and their families who are enduring a crisis. Such as; Veterans who were wounded in combat in need of medical care, disabled Veterans who are unable to work, suicidal Veterans or homeless Veterans in need of housing and counseling. He has provided funding to keep our organization going. He believed in our organization and is always asking what more he can do. Rob has also donated to many charities, as well hosted Toys for Tots in our organization. On a less serious note, my co-workers and I were traveling back from Albany and were stranded. I called up Rob and with no questions asked, he let us use his office as our own and let us stay the night.

Rob has a great heart and is always putting others before himself and is always doing the right thing by everyone. He is well respected in his community and I don't think I have ever heard a negative thing said about him. I know firsthand just how regretful he is of his actions and wishes he can take them back. But unfortunately, he made a mistake and he is very remorseful for it. We are all human and humans make mistakes. This mistake should not define who this man is as a person. What should define him is all the good he has done and continues to still do. I only hope you can read this letter and get just a small idea of who he really is. I am extremely proud to call him my close friend.

7/10/19

Anthony Squillacioti

24 Honved Street

Hicksville, NY 11801

June 30, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER


Dear the Honorable Joan M. Azrack,

My name is Anthony and I am proud to offer my recommendation of Richard "Rob" Walker to whom I have personally known for 15 years as my friend.

During my relationship with Mr. Walker, I have experienced an individual who shows up earlier then asked, works hard, and carries himself in a polite, respectable manner. In addition, Rob is a family-person who has always presented himself with levelheadedness and grace.  Mr. Walker has done a lot for the people in our community and I know him to be extremely well liked.

Mr. Walker is ashamed of what he has done and is prepared to deal with his consequences of his actions. He deeply regrets breaking the law and disappointing his colleagues, friends and family.  Rob is someone who I truly believe, possesses the character and judgment for the betterment of our community. I believe that Rob will not go against the law in the future and I believe that he has learned his lesson.

Thank you for taking the time to read this letter and carefully considering it upon making your decision.


Sincerely,

Anthony Squillacioti

Petrina Pascullo

8 Grape Lane

Hicksville, NY 11801

June 17, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

Dear Honorable Judge Joan M. Azrack,

My name is Petrina Pascullo and I am pleased to write this character reference letter on behalf of my friend Rob Walker. Mr. Walker and I have known each other for about 5 years now and I know him to be an important part in the community. He and his family have done a lot in our community and I come to know him as a generous person.

I remember a few times where he really came through for me. I have a child with autism, and he loves just about every sport there is. Rob has either given my son and I his own tickets to games or he went out and personally bought them for us himself. He has always shown his generosity towards us.

I understand the charges that Rob is being charged with and I do believe from the bottom of my heart that Rob is regretful and remorseful of his actions. I believe that Rob has suffered dearly from the consequences. Therefore, I do not believe that Rob will repeat any of these actions again. I hope you can take this letter into consideration while making your decision your Honor. I think Rob will come out of this a better human being.

 Sincerely,

Petrina Pascullo

Colleen Marie Pascullo

40 Scholar lane

Levittown, New York 11756

June 12, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

*2:18-cr-00087- JMA*

Dear Your Honor Joan M. Azrack,

I am pleased to have known Rob for quite some time now. I know Rob to be honest, hardworking and well liked in his community.  While I do understand that Rob is pleading guilty to a charge, I do not believe that it determines the kind of person he is.

I know that Rob regrets and understands what he did was wrong. He has suffered for his actions and I believe he is very remorseful for what he has put his family through. With that being said, Rob is truly a great individual. Whenever myself or my family needed help, I knew I could always count on him. He would go above and beyond to lend a hand.

Because of the significant difficulties that will be faced by his family, who themselves are blameless in this crime, I would ask your honor to grant a lesser sentence. I believe that the loss of his credentials and creditability in the public eye have taken a big effect. Rob is a good human being that wouldn't take a second thought to help anyone in need. I hope you take this letter into consideration when making your decision your honor.

Sincerely,

Colleen Marie Pascullo

*Pascue* 6/12/2019

Lawrence C . Pascullo

40 Scholar lane

Levittown, New York 11756

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

Tuesday June 11, 2019

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Honorable Judge Joan M. Azrack,


     I, Lawrence Pascullo am writing this letter to provide a character reference about Mr. Rob Walker, who I known as a friend for a period of 7 years. I provide this reference letter in full knowledge of the charge Mr. Walker is facing.

     I can say with total confidence that few men have contributed to society in the way that Mr. Walker has. He has impacted many people in his community in a positive way. I have seen firsthand Rob helping people in need. I am happy to say that I am one of those people. I have a nephew with autism. My brother and I were at a loss on getting him get into the working field.

Rob took the time to sit and discuss options for my nephew and helped us figure out a starting point.

I do understand the charge that Rob has been found guilty of. But I do not think that defines him as a person. Rob has shown remorse for his actions. He has shown regret for what he did and what he has put his family through. I hope you consider this letter when making your decision.

Thank you,

Lawrence Pascullo

6/11/19

Nat DiGesu

2436 Amherst Street

East Meadow, New York 11554

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

       RE: UNITED STATES v. RICHARD "ROB" WALKER


       Dear the Honorable Joan M. Azrack,


       The aim of this letter is to present the good character of Rob Walker. We have worked together for the past 10 years. And have known him for about 20 years. I can confirm that he is careful, considerate, efficient and dedicated to the well-being of others. Rob was a blessing to work along side with. He is an intelligent man with a great work ethic.

       Rob is known as a considerate and all-around great person in his community. Rob is well known for putting everyone else's needs before his own. He is always trying to lend a helping hand, wherever needed. I have a relative that has special needs and all he wanted for his birthday was to attend a New York Giant game. Not being able to afford the tickets for myself and my nephew; Rob had given me his tickets for that game. I never saw my nephew so happy. His enjoyment that day made a big impact on just what kind of person Rob is.

       Rob has shown me that he has great remorse of his actions. I do believe that Rob has truly learned from his actions. I think he has suffered from them greatly. I hope this letter will give you an idea of his good character and help him get a second chance to prove this was an unusual occurrence.

Sincerely,

Nat DiGesu

Brian Grill

The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of NY

100 Federal Plaza

Central Islip NY 11722

8/1/2019


Re: UNITES STATES v Richard Rob Walker

Dear Judge Joan M. Azrack,

I am delighted to write this letter of good moral character on behalf of Mr. Rob Walker. It is hard to believe that I have known Rob for nine years now. He is a great source of support over the years when I was going through a difficult time. He was always a dedicated and extremely hard worker and was always impressing everyone around him with his goals and accomplishments.

Our friendship has deepened over the years. He is warm, thoughtful, dependable person, the type to always remember you, no matter how hectic his own life is. No matter how busy he is, Mr. Walker always balanced his career and professional life with his personal life with his wife and family.

With that being said, I do understand what he is being charged with. I do not think that should define him as a person. People make mistakes in life, every walk of life makes a mistake. Some worse than others. I do know he is deeply upset and regrets the decision he had made. If he could go back in time and change it, he would. He has lost the credibility with his peers, family and friends. Please read this letter of character before you make your decision. He is a good man with a lot to give and love.



Joseph Goldstein

135 Garfield Street

Massapequa Park

July 10, 2019


The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of NY

100 Federal Plaza

Central Islip NY 11722


Re: UNITES STATES v Richard Rob Walker

I am a retired police officer from New York City. I am writing on behalf of Rob Walker. I had met Rob about seven years ago and quickly became friends. From the moment I had been introduced to him I knew he was a good man.

I was both troubled and surprised when I heard about Mr. Walker's case, as he was always someone who had great respect for the law and what it stood for. Regardless, I was willing and happy to write this letter for my dear friend. I understand the seriousness of this matter however, I do hope the court will show some leniency.

He has always been an upright character in his community. During our friendship, he has been there for me during the difficult times in my life. He always made it a point to show a significant amount of support.

Please take this letter into consideration when making your decision.


Respectfully,

Salvatore Carrillo

61 Swing Lane

Levittown NY 11756

July 10, 2020


The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of NY

100 Federal Plaza

Central Islip NY 11722


Re: UNITES STATES v Richard Rob Walker

Dear Honorable Judge Joan M. Azrack,

My name is Salvatore Carrillo and I own the bar/restaurant Sal's Place and I am writing on behalf of my friend Rob Walker. I have known Rob for about fifteen years. I consider Rob to be a wonderful friend. I know him as someone who has great integrity, hard-working and wants to do what is best for his family, friends and community; for which he has lived in all his life. While I understand what Mr. Walker is being charged with, I do believe it was completely out of character for him.

Mr. Walker has consistently proven himself to be a loyal and dedicated person both in his personal life and professional life. He is a great leader and a team player. During the pandemic of Covid-19, Rob helped me a lot. He helped me clean and get my restaurant put back together. He also helped me get the necessary forms signed for me to get my outdoor seating. I had no clue what I was doing and he stepped up and helped me regarding that.

Although it may seem hard to believe, Mr. Walker is a good person and has always had morality in his actions. I can assure you that even though he had some up and downs in his life recently, his friends and family are convinced that he is a good human being with a huge heart.



Maria DiGesu

2436 Amherst Street

East Meadow, New York 11554


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

### RE: UNITED STATES v. RICHARD "ROB" WALKER\

Dear Judge Joan M. Azrack,

I am writing to plead for your leniency when sentencing Rob Walker, who is a close friend of mine. I have known Rob about 5 years now, and I can assure you that these recent circumstances are indicative of the kind of person he is. Rob made a terrible mistake, for which he is tremendously sorry for, and I can only hope that it will heavily on your mind when you make your decision. Rob has been working to make amends for his infractions. He is deeply remorseful, and only wants to do what he can to at least try to make things better for everyone involved.

I had gone through a terrible situation in my life that made life for my son and I very difficult. Rob, whom I did not know well at the time, came to me and asked what he could do to help me out in my situation. Rob not only helped me through my issue but was also some sort of emotional support. I then had realized that he was a friend I could lean on and count on. I will never forget what Rob has done for me. I will never come to forget how he was there when I couldn't count on anyone else.

Rob has expressed to me numerous of times the amount of regret and remorse of his recent events. I truly believe that Rob has realized the wrong of his actions and I do believe he will never repeat them. Rob has demonstrated to me; honesty, integrity and an all around intelligent human being with great character.  So, with this I ask you please use your best judgment but make it possible that Rob can return to his family as soon as possible.


Sincerely,

Maria DiGesu

04/4/19

Donna Nonna

916 North Central Avenue

Massapequa, New York 11758

*June 4, 2019*

**The Honorable Joan M. Azrack**

**United States District Court**

**Eastern District of New York**

**100 Federal Plaza**

**Central Islip, New York 11722**

**RE: UNITED STATES v. RICHARD "ROB" WALKER**

**2:18-cr-00087- JMA**

Dear Your Honor Joan M. Azrack,

I have had the opportunity to know Rob Walker for 8 years.  I consider him a very close friend of mine and can speak to you with authority about the moral condition of Rob, and I hope you will consider this brief letter in making your decision.

I remember recently I had needed to move. Rob helped me search for a good home for my family. He went to every open house with me, looking to see if the house was a good fit for my children and me. It was a difficult time for me, having to move my children to a new location. Rob helped make that experience much easier. He knew all the right questions to ask and what to look for, where I did not.

In summary, Mr. Walker is a great person and an excellent friend. Since I met him, he has shown to have a generous, kind and devoted character towards others. He is a person with a lot of integrity and really makes a great effort to make sure that he always acts correctly. His colleagues and friends know that he is a person who has a great sense of duty, that has always been shown to members of his community, his family and his friends.

I truly believe that Rob has already suffered for his actions. I have seen firsthand just how remorseful he is.  I can truly understand how difficult it is for you to have to decide of this type and under these circumstances, without really knowing the person in front of you, but I trust that you can look at this letter and feel all the love and support that the family and friends of Rob are trying to provide you.


Respectfully yours,

Donna Nonna

Colleen Pascullo

329 Broadway

Bethpage, New York 11714

June 3rd, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

2:18-cr-00087- JMA

Dear Your Honor Joan M. Azrack,

I am writing today to submit this character letter on behalf of my good friend, Richard "Rob" Walker. Rob and I have been close friends for over 15 years. I know Rob to be extremely industrious and a family man who is community minded. In our friendship, he has always made it a point to be there for me and show a significant amount of loving support during difficult times. Mr. Walker is known in the community for lending a helping hand to elderly neighbors to making people feel like part of his "family", especially on a holiday where otherwise they may not have had anywhere else to go. He opens his home and makes everyone feel welcomed. He is a very generous human being. There isn't anything he wouldn't do to help someone in need.

I truly believe that Mr. Walker has already suffered extensively for his actions. He has lost credibility in the public eye and I believe that he is truly despondent regarding what he has put his family through. He is usually an upstanding member in the community and while it is unfortunate, he has made some bad decisions thus resulting in this case.

It has come to no surprise to me that he is ready to accept responsibility for his actions. I believe as we move forward, he will emerge a better person. In short, Rob Walker has expressed a deep sense of remorse in making a serious mistake. It is in my sincere hope that you take this letter into consideration at

the time of sentencing. Despite the current case, I still believe Mr. Walker to be an honorable individual member of my community and a good human being.

Sincerely,

Colleen Pascullo

Frank Tuozzo

6 Elbormar Drive

Huntington, NY 11743

July 2, 2019


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722


RE: UNITED STATES v. Richard "Rob" Walker


Dear Judge Joan M. Azrack,

My name is Frank Tuozzo and I am writing a letter on behalf of case number 2:18-cr-00087-JMA, regarding Mr. Richard "Rob" Walker.

I have known Rob for twenty-five years. Mr. Walker is a close friend to my family and I. Rob is very well respected in his community. While I understand what Mr. Walker is being charged with, I do believe it was completely out of character fir him. Rob is always someone who upholds the law.

Mr. Walker has consistently proven himself to me to be an extremely loyal friend and member of his community. I have dealt with Rob both personally and professionally and he carries himself very well. He is always making sure he is taking the time to see the other persons' view on a situation. Rob has donated both time and money to multiple charities each year. He loves to give back and help create a voice for those who cannot.

I understand it must be difficult to decide on someone you don't know. But I can only hope that when you read this letter, you will understand that he is a good person with great morals.

Certainly, Mr. Walker has had lack of judgment and made a mistake. But I do know he is remorseful and fully regrets his actions. He wishes more than anything that he can take them back. Mr. Walker understands what he did was wrong and unlawful and is ready to do what he needs to do to repair the damage that he has done.


Respectfully,

Frank Tuozzo

James Casey

989 Aberdeen Lane

Bay Shore, NY 11706

January 12, 2020

The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

*RE: United States v. Richard "Rob" Walker*

Dear Judge Joan M. Azrack,

Rob is a man that shows great integrity and courage. He has always been very dedicated to his friends, family and career. Rob is always trying to do the right thing by everyone and is always putting himself and his wants and needs last.

I haven't known Rob for as long as others have, but from what I have seen, he really is a people person and is always asking for what he can do for others. No gesture is too small, from helping his elderly neighbors with their daily chores or always making sure someone has a place to go to for the holidays. I understand what he is being convicted of, but it shouldn't be the person people view him as. Rob has a huge heart and would do anything for anyone, even a stranger. He made his fair share of mistakes, but I know he is completely regretful for his actions. He is remorseful for what he has done to the people in his community, family and friends.

I hope you will read this letter, as well as many others before making your decision, I know it is difficult to make a decision without really knowing and understanding the person in front of you, but I hope you can gain a little sense of just who this man is to all of us.

Respectfully,

James Casey

Barbara Casey

989 Aberdeen Road

Bayshore, NY


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


<u>RE: UNITED STATES v. Richard Walker</u>

Dear Judge Joan M. Azrack,

My name is Barbara Casey and I have known Mr. Walker for over 20 years. During that time, Rob has done nothing but show me his integrity and honesty. He is a community minded individual who regularly puts the needs of others before his own – best evidenced through his substantial community work, both professional and voluntary. The life of someone working in the public interest can often be demanding. But Mr. Walker met such challenges with grace and without question – a testament to his placement of others' needs above his own.

During my years of knowing Rob, I have never known him to break the law. Therefore, I do understand that Rob has pleaded guilty to a charge, I would like to vouch and say that Rob is very remorseful and does understand that what he was wrong. I maintain that he is an extremyl responsible inviduval, a good human being, which is why I believe that this one mistake should be forgiven.

Please consider this letter upon making your decision. Mr. Walker has great character and is an important figure in his family and in the community.

*Barbara Casey*

Kenny Goldstein

135 Garfield Street

Massapequa Park

NY 11762

December 15, 2019

The Honorable Judge Joan M. Azrack

U.S. District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: United States v. Richard Robert Walker

Dear Judge Joan M. Azrack,

I am writing a reference letter for Mr. Richard Walker who is due to appear in court.

I was planning on writing this reference letter because I feel strongly about Mr. Walker's future and strongly about his character and with hopes that after reading this letter, you feel the same way.

Mr. Walker is a person of good moral character. I realize that it might seem hard to believe, given the circumstances, but it's true, nonetheless. I have known Mr. Walker for over 6 years, and in that time, I have seen him go through his ups and downs, but all the while I have been convinced that he is a decent person to the core. He just needs more people to believe in him so that he can become the person I and others know him to be. In all the years that I have known Mr. Walker, I have seen him do a great amount of charity work. His greatest joy is helping people.

I know he has made mistakes, but I also know how incredibly remorseful he is. He is willing to do whatever it takes to make reparations, financially and emotionally. But to do that, he needs an opportunity to get a second chance. I recognize he broke the law, but that should not define him as a person. The community sees how good this man is day in and day out with a simple gesture or a charity event. Please read this letter upon making your decision. Please make a fair decision.

Thank you,

Kenny Goldstein

Paul Desimone

6 Redwood Drive

Plainview NY 11803

9/1/2020

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

The aim of this letter is to present the good character of Rob Walker, I have known Rob for the last twenty years. I work for the town of Oyster Bay and I have worked alongside Rob on a few events regarding the town. I also am a lacrosse coach and do an event every year called "Shootout for Soldiers". It is a two-day event and all the proceeds go to charity. Rob has been there for every event with me from set up to set down. He is there by my side helping collect donations. Rob has an enjoyment of helping people. He really does whatever it takes to be there for the people he cares about and the people in his community.

Rob confided in me that he had a sincere understanding that his actions were immoral and wrong. In our many conversations about his troubles, he has never once tried to defend, minimize, or explain away his activities. Nor did he ever try to shift moral blame on others. As surprised as I was that Rob had engaged in behavior that was completely out of character for the man I knew him to be, the one who I believe was more surprised than me was Rob himself. Rob knew he was above such behavior and was, and remains, ashamed that he had fallen so far below his own standards for himself.

While what he did was wrong, I do not believe that this makes him up as a person. This one mistake shouldn't label Rob or have him looked upon in a negative light. He is human just like anyone else and he made a wrong decision. He is punishing himself every day. He let down his family, friends, community and himself. Please consider this letter, as well as many others upon making your decision.


Thank you,

Paul Desimone

Paul Desimone

Daniel Price

7 Hawthrone Street

Farmingdale 11735

8/30/2020


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

My name is Daniel Price. I am over the age of 18 years old. I am not related by birth or marriage to the petitioner. I have known Rob Walker for quite sometime now. I met him through working at my second job. I am a bartender at a restaurant in Bethpage. Before COVID-19 hit, the bar used to do busses for all the football games on Sundays. I would be the one to work the busses. But when it became too much to handle, Rob noticed and stepped in to help. That quickly became every Sunday thing for us. I just thought he was helping me out that one time, but he made a point no matter what was going on in his life, to make sure he was at the restaurant on Sunday morning helping me load the busses and make sure everyone had a spot.

I have not seen Rob use illicit drugs, become intoxicated, or engage in dangerous or improper behavior. To my knowledge, he has not engaged in criminal activity before the case of which he is being charged for.

I am familiar with his general behavior, character and reputation.  Rob exhibits and otherwise is of good behavior and character in the community. He has a good reputation in the community.


Respectfully Submitted,

Daniel Price

John Coumatos

29 Thomas Ave

Bethpage NY

11714


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

My name is John and I am part owner of a bar/grill in Bethpage. I hope you allow me to write to you a brief reference which involves Richard Walker, who goes by Rob to his friends, family and the community. I am aware of what Rob is being charged with and I want to say that I know just how much he wishes he can take back what has happened. I have had the opportunity to meet Ron many years ago and have become close friends. I can speak to you with authority about the moral condition of Rob Walker, and I hope your good faith will consider this brief letter when you must make your wise decision.

Rob was there for me when I thought I was losing my business because of the world pandemic COVID-19. He lent a helping hand, offered kinds words of encouragement and made me feel that I was going to be able to get through this. Because of COVID and to ensure we all do our part in keeping everyone safe took a major toll on my business and my finances; as it did for many others in this world. When we were shut down and we were able to file and get some money to help us small business owners, Rob acted. I really didn't know what I was doing with the form or what even to fill out or how to even go about such a thing. He sat with me filled it out with me. I also at this time decided it would be a good time to spruce up my place and do a much-needed spring cleaning. Rob was there with me, wearing his mask and social distancing and helped me clean up and get my place together. Rob not only helped me physically but mentally also; letting me know everyone is in the same situation and that we will get through this together.

In summary, Rob is a great person and an excellent friend. At all times, since I met him, he has shown to have a generous, kind, and devoted character towards others. He is a person with a lot of integrity and really makes a great effort to make sure that he always acts correctly. He is a person who has a great sense of duty that has always been shown to the other members of his community, family, and friends.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust that you can look at this letter and feel all the support that the family and friends of Rob are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

Sincerely,

John Coumatos

Gary Pappas

Bethpage NY 11714


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I am writing a character reference letter for my dear friend Richard Walker.

My entire family as well as everyone in our community was taken back at the news of Mr. Walker being charged. He has never been the type of person to go ahead and break the law like that, and I have known him for decades and decades. He has always led a positive life style; majoring in education in college, playing lacrosse and finally becoming very interested in politics. He and his family have earned major respect in our neighborhood.

Mr. Walker is a very devoted husband, brother, uncle, son and friend. His nieces and nephews absolutely adore him and look forward to their weekly visit and sleep overs. Mr. Walker deeply regrets his actions and is very displeased with himself. He is very upset that he has not been a very good role model to these kids and wants to do better.

He made it clear to me in our many conversations that he doesn't make excuses for his behavior, he made the wrong decision and made a huge mistake. He is paying for that mistake every day. I am confident that if given the chance, Mr. Walker will prove just how good of a person he truly is and will show everyone just how deeply he regrets his actions.


Respectfully

Mr. Pappas

Christopher Deladri

East Marie Street

Hicksville 11801

7/8/2020

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I am writing this letter given my dear friend, Richard Robert Walker. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent time. I have known him for the past fifteen years. He is a true gentleman and is always true to his words. His enthusiasm has led to many good works in his community and society.

I am very aware of the charges that he is facing and the consequences of those but looking at the current situation I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it.

I hope you investigate this matter and consider this letter before passing on any verdict. Rakesh will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again

Sincerely, 8/27/2020

Chris Delardi *Chris Delardi*

Alyssa Ambrosio

Bethpage NY 11714

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I am writing this letter on behalf of Richard Walker. Also known to many of his close relatives and friends as Rob. I share a close bond of friendship for more than 10 years. He has always been responsible and focused. Mr. Walker worked for Nassau County for many years. To my opinion, he served this county well. He was always there on the front line talking to the people in our community during major storms keeping us calm. Mr. Walker is well-respected husband of Mrs. Elizabeth Walker, a loyal brother to Brian, Jen and Kristy, wonderful dedicated son of Mrs. Rose Walker and lovable fun uncle to amazing nieces and nephews.

Mr. Walker conveyed to me about his decisions and the shortfall of judgement and assured me that he will be addressing this issue from its bottom. Although I was disappointed and in disbelief upon hearing about what transpired, I do believe Mr. Walker when he says he is willing to do whatever it takes to make amends. He is embarrassed and completely ashamed of himself and his actions. He feels he has let his family, friends and the people of his community, to which he loves and has dedicated his life and work to down.

Mr. Walker is happiest when he is needed and helping people in need. That's why you will always see him at events for charity or involved in making those events happen. The staggering situation has really taken a toll on him but, has since shown a keen interest in developing his character. With Mr. Walker exhibiting positive attitude and tenacious behavior, it is not a doubt in my mind that he will excel in correcting his mistake in a constructive way. I really hope that this letter corresponding to Mr. Richard Walker and his case acts as an effective and helpful aspect during the court's decision about this case.

Sincerely and Regards,

Alyssa Ambrosio

Daniel Desimone JR

6 REDWOOD DRIVE

PLAINVIEW NY 11803

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,

I'm and I'm an acquaintance of Rob Walker for quite a long period of time, as we have been living as the neighborhood friends. Recently I have come across the criminal charges which have been charged against him and this news literally came to my surprise of shock.

I know him from a long period of time, and we have spent time together in almost all kinds of the scenario, therefore, I feel that I'm an appropriate person to make his character reference. He has worked for Nassau County and has completely dedicated himself to the well-being of the society by his will and profession as well.

He has always been a man of high principles and has driven his life in the same direction. I can vouch his character against all such criminal allegations that he has always done the right thing regarding the law. Which is why I was shocked to hear about his recent charge against him.

With this character reference letter, I believe that I'm being able to put his overall character in the light and I hope that his character will be taken into consideration while making the final decision in the context of allegations raised against him.


Regards,

*Daniel Desimone*

Catherine Deladri

East Marie Street

Hicksville 11801

7/8/2020

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


<u>RE: UNITED STATES v. Richard Walker</u>

Dear Judge Joan M. Azrack,

My name is Catherine Delardi and I have had the opportunity to know Rob Walker for 20-25 years and we are good friends. I can speak to you with authority about the moral condition of Rob, and I hope your good faith will consider this brief letter when you have to make your wise decision.

I first met Rob when I worked at a restaurant that he frequented with his wife Liz since it was around the block from his house. We took a liking to each other and became fast friends. I ended up joining him in Republican Club. So, I have known Rob both personally and professionally. I don't know any other that has the heart and the dedication of his community than he does.

In summary, Rob is a great person and an excellent friend. He always, since I met him, he has shown to have a generous, kind, and devoted character towards others. He is a person with a lot of integrity and really makes a great effort to make sure that he always acts correctly. His colleagues, community and friends know that he is a person who has a great sense of duty that has always been shown to the other members of the community.

Please consider this letter when making your fair decision. Rob has a lot of people that rely on him and count on him. I feel that he is extremely remorseful and deeply regrets the decision he made and would do anything given the chance to take that back. He knows what he did was wrong. I do stand by that he will never respect such actions in the future and has learned from his mistakes.


Respectfully,

Mrs. Delardi

**Kaylee Agostinello**

33 Bridle Lane, Hicksville NY

(516)727-1970

May 30th, 2019

To Whom It May Concern:

I am writing this letter in support of Rob Walker and to attest to his good merit and character. I have known Robbie since I was a young girl. Robbie has always been kind to me and looked after me. Some of my fondest memories when I was younger were going to the Republican Party Christmas parties he hosted. He was always very friendly and had a warm and welcoming presence. He always made sure all the kids and guests were having a good time. Robbie has, and will always be, one of the kindest people I have ever met. Him and his whole family have always shown great care for my family and others. He has a big heart and I see him more as family than a friend.

Sincerely,

Kaylee Agostinello

Re: United States vs. Richard (Rob) Walker 2:18-cr-00087-JMA                    June 18, 2019

Dear Judge, Joan Azrack,

My name is Robert J. Gardner. I am a Marine Corps. Vietnam Combat Veteran. I served in the Marine
Corps. From November 1965 to December 1968. I am a retired Nassau County Police Office. I served as a
Delegate, Trustee and Recording Secretary on the Executive Board of the Police Benevolent Association.
I am writing this letter in support of Richard (Rob) Walker.

I have known Rob personally for about 20 years. Before that, my children went to school with Rob,
where my eldest son played football and lacrosse with Rob. Rob was always a polite and courteous
young man. When he started to date his now wife Liz, we got to know Rob a lot better as his wife Liz was
and continues to be a very close friend of my daughters and our families are very close friends.

In the years that I have become close to Rob, I have known him to be a hard and diligent worker for the
community. I have known him as the Parks Commissioner, NY State Assemblyman, and Deputy County
Executive. I have seen personally how hard he has worked for individual people who have had a
problem, and that he took their problems personally and did all in his power to help fix them. He has
been a tireless worker for the people he has represented.

In closing, I am aware of Rob's guilty plea and I am proud of the fact he took responsibility for his
actions. I would just ask the court for all the good Rob has done over the years, that the court take this
into account and show Rob some mercy.

Sincerely,

Robert J. Gardner

June 10th, 2019

The Honorable Joan M. Azback
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: United States VS Richard "Rob" Walker

Dear Judge Azback

My name is Richard J. Peters. I have been an employee for the Town of Oyster
Bay for thirty two years. I have known Rob for twenty years, fifteen of which I have
worked with him, He's been an excellent organizer and helps with everyones needs.  He
has helped people solve problems. He also has been a good personal friend. We have
done many political events together and he has shown great will and attitude to support
our political beliefs.

If he has made a rare mistake, I'm sure he's sorry and does not deserve a harsh
punishment. He's been punished politically and financially all ready. He has been an
active and good member of our community. I support him.

Sincerely,

Richard J. Peters
1 Windsor Street
Hicksville, NY 11801

June 5, 2019


The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:     UNITED STATES v. Richard "Rob" Walker
        2:18-cr-00087-JMA

Dear Your Honor:

My name is Michael Tedesco.  I have been a financial consultant for over 30 years serving clients in both Nassau and Suffolk counties.  Prior to that, I worked on the Institutional Block Trading desk for Dean Witter Reynolds at 2 World Trade Center in New York City.

I have known Rob Walker for over 10 years during which time he had always proven to be an honorable and personable civil servant.  On many occasions a client of mine would ask where they could get information regarding applying for permits, or similar questions, and each time I gave them Rob Walkers number to contact.  He consistently answered their calls and pointed them in the right direction in addition to helping them understand the process.  As a result, my clients would call me and thank me for referring them to Rob as he was always prompt, courteous and understanding with whatever issues or questions they had.

I know the media and news print has painted a picture of this man which does not reflect his true character.  While it is unfortunate that he made what appears to be a poor decision, it in no way reflects the civic minded, hard-working official he really is.  I am sure going forward he will emerge a better person than he already has proven to be.

He has expressed a deep sense of remorse and a willingness to do whatever it takes to correct this mistake.  It is my sincere hope that the Court takes this letter into consideration and despite his transgression, views him as the honorable and valuable member of our community that I have always known him to be.  Thank you.

Sincerely,

Michael A. Tedesco
INVEST Long Island
171 Deer Park Ave
Babylon, New York  11702

# DYNAMIC ENERGY SOLUTIONS

*Professional consulting*

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack

Re: United States v. Richard "Rob" Walker 2:18-cr-00087-jma

My name is Mark F. Boylan and my wife and I are former residents of Bethpage.  As Bethpage residents we enjoyed a community relationship with the Bethpage Republican club and became acquainted with Rob Walker. I always found him to be a man of impeccable and enjoyable character. He has always a champion for community pride and service.  As an engineer I have discussed some of my projects with him; he is an incredibly smart man who has provided me with guidance and ideas. I have never done any work for him and or for any governmental agency. My primary client is St John's University in Queens. My wife Eileen is a nurse at Winthrop hospital.

I understand through reading the newspaper that he made an unfortunate decision in his life that he has sincere regret and significant remorse for. I have not had the opportunity to discuss this matter with him but I do firmly believe such to be true.

My plea to you your Honor is to take these facts into consideration during his pending sentencing, and to extend mercy and leniency to a good man whom I have had the privilege of knowing.

Respectfully

Mark F. Boylan
37 Curtis Path
East Northport NY 11731

3563 Silverton Ave
Wantagh, NY 11793-2936
June 3, 2019

The Honorable Joan M. Azrack
United Stated District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722

Dear Judge Azrack,

My name is Edward Restivo.  I have been a business owner in Nassau County since 1976 when I opened the White Whale Restaurant in Seaford Harbor.  In 1983 I opened Peppercorn's Restaurant in Hicksville. I have been a member of the Hicksville community, hosting the Chamber of Commerce meetings at my establishment for over 35 years. During that time period I also opened another restaurant, Hemingway's in Wantagh in 1994, almost 25 years ago.

In 1984, I had the pleasure of meeting the Walker Family, Rose & John Walker frequented my establishment, and that is when I met Richard "Rob" Walker.  I have watched Rob evolve from a young man into the man he is today.

Over the years, as Rob Walker entered the political arena, I got to know him as his own man.  I was very impressed with his ability to shape the community and help people along the way.  He always amazed me with his public speaking ability and his genuine concern for both the town and the county. I consider Rob and his wife and family to be close and dear friends.

As I understand these are serious and tough times for Rob and his family I still hold him in high regard as a man of his word.  Please take this into account.  Thank you for your time in this matter.

Regards,


Edward F. Restivo

James Peck

5/24/2020


The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


RE: UNITED STATES v. Richard Walker

Dear Judge Joan M. Azrack,


Rob is a man that frequently volunteers and strives to contribute to our community. I am forever grateful to Tom for inviting me to accompany him one Saturday for an afternoon of fun. He didn't tell me his plans or where we were going, so I was somewhat surprised to drive to Eisenhower Park. When Rob was in office at Nassau County, he had a handicapped baseball field put in for children with disabilities. He had brought me to a game to watch the children play. It was magical seeing their faces light up. They were having so much fun. After the game we walked around the park and was explaining everything that was there and the reason behind it. He was so proud, and he was totally in his element. He is such a dedicated worker and you can just see the love he has for his community.

Rob is a very kindhearted soul and would stop at nothing to do for others. He is a dedicated worker and he has shown just how upset he was by his actions. He is very disappointed with himself and he knows he let his family, friends and community down. He is embarrassed and it really has affected his life. It is something that will never happen again, and I think that he has proven to strive himself and show the world that he isn't the type of man that breaks the law.

Please consider this letter upon your decision.

Thank you, your Honor,

Mr. Peck

Thomas Campolettano
20 Gardner Avenue
Hicksville NY 11801

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: UNITED STATES v Richard Walker

Dear Judge Joan M. Azrack,

My name is Thomas Campolettano, I am currently a teacher for the NYC Department of Education a
position I have held for 31 years. In addition I have been employed by Molloy College as their Head
Women's Lacrosse Coach for the past 15 years. I sit on the executive board as a past president of the
Long Island Metropolitan Lacrosse Foundation a chapter of US Lacrosse. I have known Richard (Rob)
Walker for the past 35 years. I met him when he was in high school and playing lacrosse.

In all the years that I have known Rob, he has always been kind and considerate. Each year we run a 24
hour lacrosse game called Shootout for Soldiers which is a national event and Rob has always been
instrumental in getting us the fields to hold this fund raising event to help our soldiers. Whenever I need
field space to run a free clinic he is always the first one to step forward and ask me what can he do and
where would I like to run this clinic. These free clinics have helped to grow the game in our poorer
communities and also with special needs children and young adults. His generosity of time is something
that I cannot put a dollar amount on. When my mom worked for the Board of Elections and they
decided to make changes and remove some of the Election Day staff. It was Rob who came forward to
make sure these senior citizens stayed in their positions and left on their own terms. He is a good man
and has done so many good things for not only our community but many other areas of Nassau County
as well.

When I heard the news and read the allegations it was very difficult for me to process. Rob is not that
kind of guy.  He is more than sorry and would do anything to rectify the situation. He comes from a great
family and he has the support of so many around him. If Rob is given the opportunity to atone for this
blemish on an otherwise stellar career. He will do so and with remorse in his heart.

If there is anything further that you would like for me on his behalf, I will gladly do it.

Sincerely,


Thomas Campolettano

June 12, 2019
390 Kingsberry Road
Seaford, NY  11783

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re: United States vs Richard "Rob" Walker
    2:18-cr-00087-JMA

My name is Gary Pappas, I am a retired professional planner with a graduate degree in Urban Planning from Hunter College.  I have had the privilege and honor of knowing the Walker Family and Rob in particular for over 25 years

I first met Rob through my strong friendship with his dad, John Walker, now deceased. Rob was 16 years old at the time and graduated from Hicksville High School at the same time my son Jonathan graduated Plainedge High School.  Rob and Jonathan wanted to form a Summer Lacrosse team prior to their embarking on their college experience at C.W. Post and Amherst College respectively.

Even then at a young age Rob displayed not only leadership qualities but more importantly a willingness to take the time to guide those teammates somewhat less talented than others building their confidence displaying a maturity beyond his years.  I was impressed with his willingness to continue to help others throughout his career in government.

There was a brief time where Rob, before embarking on his political career when he coached and taught at Syosset High School where my brother John was the Athletic Director. John conveyed to me his admiration for Rob's sensitivity to those he encountered at his brief tenure at Syosset. It was only his father's untimely death that lead Rob to leave academia and continue in his father's footsteps as the Executive Leader of the Hicksville Republican Club where he helped countless others, most notably young men and women to obtain summer jobs assist them in paying for college and otherwise pursue a career in local government.

As I noted earlier I have known the Walkers for a long time.  I have witnessed the values of community service and compassion for others bestowed upon him by his mother Rose and father John which has characterized the bulk of Rob's life irrespective of recent conduct to the contrary. In that year he has expressed to me in numerous occasions his regret and remorse for his conduct that has led him to his present situation emphasizing his sorrow for the pain he has caused for his family and friends.

Rob is a good man.  I sincerely believe he is worthy of any mercy and/or leniency your Honor may deem appropriate.

Sincerely,

Gary Pappas

GP/bv

The HONORABLE JOAN M. AZRACK
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: United States v. Richard "Rob" Walker
2:18-CR-00087-JMA

FRANK YACOVONE
309 Van Buren St.
W. Babylon, N.Y. 11704

DEAR Judge Azrack

Your HONOR MY NAME is FRANK YACOVONE
I AM A Business owner in Westbury for the past
39 years. I served in U.S. Army from 1967 to 1970. I meet
Robbie several years ago through a friend at a function.
I sell wood pallets in Westbury and MY LANDLORD WAS
Selling the property. It was a very stressful situation
for me at my age. Robbie found out about it, and
helped me to find a piece of property that was
suitable for my pallet Buisness. It came to be that
I didn't have to move after all, the owner changed his
mind. The fact that this man was so willing to help me at
A really trying time in my life, and the time and affort
he put into helping me was beyond anything I had ever
experienced.
                I'm aware of guilty plea to certain criminal
charges of wrongdoings, which was probably a temporary
lack of good judgement on his part. I feel His exceptional
qualities outweigh his actions. Anyone who cares to help
people the way he does is deservent of any leniency you
CAN give him in this case.
                I thank you, your honor, for taking the time
to read this letter.
                                        thank you
                                        Frank Yacovone

Gregory Skupinsky
24 Ceil Place
Bethpage, NY 11714
(516) 519-2862
gskup16@gmail.com
July 15, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: United States v. Richard "Rob" Walker
2:18-cr-00087-JMA

Dear Judge Azrack:

My name is Gregory Skupinsky. I am a graduate of St. John University 92'. I am currently employed by the Town of Oyster Bay in the position of Parks Department, Deputy Commissioner. I have held this position for about two years and worked for the Town for over 25 years. I have known Rob Walker and his family for about 35 years. Our dads were close friends and although both have passed, our families are still very close today.

I'm writing you today to discuss the good qualities that I have witnessed in Rob from my many years of knowing him. Rob is all about helping people. Family and friends are most important to him. The town of Hicksville is also very dear to his heart. He was the driving force behind many improvements in Hicksville including but not limited to creating two parks that many residents and sports groups use today. He has spent his whole career in the public sector working for people. He was able to accomplish a great deal as the Deputy Commissioner of Parks in the Town of Oyster Bay and even more when he ran for the position in the New York State Assembly. I personally witnessed his selflessness when he ran for the Assembly. It was a very tough decision for him to run when he was asked to. He was comfortable and enjoyed his time in Oyster Bay. He knew the position would put a strain on his family but in the end, the deciding factor was he could do more for people in Albany than he could do in Oyster Bay.

I understand that Rob has pleaded guilty to a crime. He has expressed to me the embarrassment he feels it has caused to not only himself but his family and friends who care so much about him. He is ready to take responsibility for his actions. It is my hope that you will consider his many good qualities he has shown throughout his life when you are deciding his sentence. I want to thank you for taking the time out of your busy day to read my letter.

Respectfully,

Gregory Skupinsky

Robert P. Beni Jr
2971 Wynsum Ave
Merrick, NY 11566

June 10, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Richard "Rob" Walker
2:18-cr-00087-JMA

Dear Judge Azrack,

My name is Robert Beni and I've been a Nassau County resident my whole life. Having grown up in East Meadow and residing now in Merrick the last 30+ years. I'm an independent sales rep in the medical field serving Hospitals and Nursing Homes in the tristate area. I met Rob Walker a few different times at various functions and had the pleasure to sit and chat with him about everything from local politics to NY sports. I've read about Rob over the years and all the good he's done for Nassau County. It seems to me Rob has been an asset to those he served.

I am aware of Rob's recent admission of wrong doing but despite that I have great respect for him and the qualities he shown since I've known him. I'm sure this was a lapse in judgement for him but I feel he has taken responsibility and shown remorse for his actions. Your Honor Rob is a good, decent Family man and I write this letter to plea for mercy. Thank you for taking the time to read my letter.

Sincerely,

Robert P. Beni Jr.

August 1, 2019

Dear Honorable Judge Joan Azrack,

We are writing on behalf of Rob Walker. We have lived in this neighborhood over 30 plus years and have known Rob as a youngster. Although we are not intimate friends we have always maintained a very friendly neighborhood relationship. In fact as a young man he would go door to door collecting signatures for various projects and was at our house many times.

Rob was a very nice and respectful child and a very civic minded and sincere young adult working tirelessly for the neighborhood. He was very influenced by his parents who have always given so much to the community.

When Rob entered into politics he always gave so much energy and really listened to the people he represented. He accomplished so much for the area and implemented badly needed improvements.

We would implore you to consider his outstanding accomplishments and all the good he has done for our community when making your decision. We have always found him to be an honorable gentleman.

We know that if he is given another chance he will accomplish much more for our community.

Sincerely,

Elaine & Robert Aaron
11 Bobwhite Lane
Hicksville, New York 11801

June 10, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: UNITED STATES v. RICHARD "ROB" WALKER
2:18-cr-000-JMA

Dear Judge Azrack,

My name is Matthew Russo and I am a friend of Richard "Rob" Walker.  Rob and I have known each other for many years.  We met initially through various events throughout the community.  It didn't take very long to see that Rob was a genuine guy and we quickly became fast friends.  I'm sure you will hear repeatedly that Rob is kind, thoughtful and cares about everyone but I would like to further express that those are not merely words on the page of this letter, it is truth.

About 4 years ago my family was hit with a devastating tragedy that almost took my 18 year old nephews life.  My nephew, Nico Fiorello, was at Jones Beach with friends and dove into a wave and hit a sandbar and broke his neck.  Instantly he was paralyzed but luckily he was still alive thanks to the quick actions of passerby's.  The news of this heartbreaking story quickly made its way around town, and just as quickly Rob reached out.  His kind, helpful and thoughtful ways were so very appreciated by me and my family.  He was able to give us great advice and direction on some of the "what next" moments as well as just to be there if I needed someone to listen.  It takes a very special person to help in times of crisis.  Many people mean well but fall short, not Rob.  He is true friend, a kind hearted person that I am thankful to have met so many years ago.

I am aware that Rob has admitted wrongdoing and is accepting the consequences of that admission.  However, this does not persuade my view on Rob.  Rob has conveyed his sincere regret to me.  He has expressed remorse for the pain that he has caused by his actions.

I would like to thank you for allowing me the opportunity to tell you that Rob is not only a great friend to many but he is also a very good soul.  I hope that you are able to see what I see and be lenient.  Again, thank you for your time.

Sincerely,

Matthew Russo

Michael D'Ambrosio
3432 Westminster Road
Oceanside, NY 11572
Mdambrosio1209@gmail.com

July 10, 2019

The Honorable Joan M. Azrack
United States District Court Eastern District of New York
100 Federal Plaza Central Islip
New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER
2:18-cr-00087-JMA

Dear Your Honor,

My name is Michael D'Ambrosio. I'm what you would call a local community activist. I have lived in
Oceanside NY for approximately 39 years.

I'm a member of the Oceanside Board of Education, VP of Oceanside Kiwanis, Board Member of
Oceanside Community Service, Oceanside Knights of Columbus 4th Degree, St Anthony's Pastoral
Council and more so my involvement in my community is extensive. Outside my community, I'm VP
of Long Island Junior Soccer League (65,000 Children) and Executive Board member of Eastern NY
Youth Soccer (110,000 Children).

During Hurricane Superstorm Sandy, our community got hit pretty hard like most South Shore
Communities. I was contacted by Rob Walker thru a local Legislator If I could help coordinate local
relief to our area including Churches, Temples and Homeowners. I became the liaison from the
County and starting getting emergency supplies to the much needed families. I coordinated with
LIPA, National Grid and Cable to restore services. I got to know Rob speaking to him on a daily basis
and seeing how caring and listening to Quality of Life issues. I never met a man who didn't know the
meaning of helping people in the worst possible scenario.  Getting skids of water, food and fuel was
paramount to a community knocked down to their knees.

I have appreciated the fact that Rob is admitting his wrongdoings and accepting what he did. I trust
in the legal system and have respect for your decisions regarding his faith. I have had a few
discussions with Rob and the expression "If I had the chance to do it all over again, I would have
made better choices". He loves his family and most of all, loved Public Service.

The Honorable Joan M. Azrack
United States District Court Eastern District of New York
100 Federal Plaza Central Islip
New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER
2:18-cr-00087-JMA
Date
Page 2

I would respectfully ask you to speak to as many people as possible and get to know who Rob really
is. He came to help families upon families in Oceanside and that's something that I will never forget
nor the 32,000 residents.

Sincerely,

Michael D'Ambrosio

Elizabeth Muller
5 Ivy Lane
Levittown, New York 11756
516-808-7572

June 25, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: UNITED STATES v. RICHARD "ROB" WALKER

Dear Judge Azrack:

I asked my daughter if it would be acceptable for me to write a letter on behalf of
Rob Walker since I do not know him personally. I have met him on a couple of
occasions and I have met his mother Rose at various Republican functions and we are
both members of the same Parish, Holy Family Church in Hicksville.

I wanted to tell you that a couple of years ago I was taken to NUMC where I did
not know what was happening to me and was totally incoherent. When I finally was
conscious and could notice my surroundings, other than seeing my daughter, Ellen, I saw
Rob Walker and his mother were there so my daughter wouldn't be alone. As a parent,
one of my biggest fears is to have your children see you sick and unable to take care of
yourself. My poor daughter was by herself since my other children were away, and on
their way back to Long Island.

I have to consider that this comes from an upbringing that instills the importance
of helping others. I have always tried to teach my children to take responsibility for their
actions, I can see that Rob was also brought up with the same values. I believe that
actions speak louder than words and for someone to give up time on a Sunday afternoon
for a person they don't really know shows they know and understand the importance of
family and friendship.

I am hoping that you take into consideration his good deeds thorough out his life
and the good that he has done in the community and show him leniency. I am sure that
while he has a hard road ahead of him, I know that his family and friends will be there for
him as he has been there for them. I know my myself and my children will be there for
him and his family to show and give whatever support the Walker family needs.

Please do not hesitate to contact me to discuss this further.

Sincerely,

Elizabeth A. Muller

Elizabeth A. Muller

3563 Silverton Ave
Wantagh, NY 11793-2936
June 3, 2019

The Honorable Joan M. Azrack
United Stated District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722

Dear Judge Azrack,

My name is Edward Restivo.  I have been a business owner in Nassau County since 1976 when I opened
the White Whale Restaurant in Seaford Harbor.  In 1983 I opened Peppercorn's Restaurant in Hicksville.
I have been a member of the Hicksville community, hosting the Chamber of Commerce meetings at my
establishment for over 35 years. During that time period I also opened another restaurant, Hemingway's
in Wantagh in 1994, almost 25 years ago.

In 1984, I had the pleasure of meeting the Walker Family, Rose & John Walker frequented my
establishment, and that is when I met Richard "Rob" Walker.  I have watched Rob evolve from a young
man into the man he is today.

Over the years, as Rob Walker entered the political arena, I got to know him as his own man.  I was very
impressed with his ability to shape the community and help people along the way.  He always amazed
me with his public speaking ability and his genuine concern for both the town and the county. I consider
Rob and his wife and family to be close and dear friends.

As I understand these are serious and tough times for Rob and his family I still hold him in high regard as
a man of his word.  Please take this into account.  Thank you for your time in this matter.

Regards,

Edward F. Restivo

**ALAN J. CROCE**
500 Wavecrest Lane
Mattituck, N.Y.  11952
Cell No. 631-902-4689

June 12, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y.  11722

Re: United States v. Richard "Rob" Walker
2:18-cr-00087-JMA

Dear Judge Azrack:

I have known Rob Walker for the past ten years both on a personal and official level.  This
friendship includes his wife, Liz, and his entire family.  This association enables me to speak of
his character and family values and personal behavior.  These values stand at a high level of
integrity for family, friends and most important, to society as a whole.

Yes, Rob has plead guilty for his crime and must accept proper punishment and his
acknowledgment of guilt to society.

My judgement of Rob is based on almost forty years in Law Enforcement holding a high rank in
Police, Corrections and Parole.  Under Sheriff Suffolk County Sheriff's Office, Chairman,
Commissioner New York State Commission of Correction and New York State Parole
Commissioner.  Education and training; Bachelor's Degree, Suffolk County Police Academy
(number 1 rank), Detective School, N.Y. City Internal Affairs School, F.B.I. National Academy
(Class 123), National Correctional Academy, Boulder Colorado and many more too numerous to
mention. (see attached business card)

My responsibilities in these positions was chief administrator to the correctional facilities in Suffolk County and for ten years (Governor nominated and Senate confirmed) as the regulatory agency governing all New York State correctional facilities, all New York State county facilities and all Police lockups in New York State ending my long career as a New York State Parole Commissioner.

Your Honor, an age old "Question", is corrections "Punishment" or "Rehabilitation"? I believe it is both.

Rob has to accept punishment, but also accept knowledge of his wrongful act, your Honor, he has!

Please accept my knowledge of Rob's good character and his personal values to insure his place in society as an honorable citizen.

I thank your Honor for any consideration you may give to Rob Walker.

Respectfully submitted,

Alan J. Croce

John Brunetti Jr.
2 St. Marks Place
Massapequa, NY 11758

June 3, 2019

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     Unites States v. Richard "Rob" Walker
        2:18-cr-00087-JMA

Dear Honorable Azrack,

        Thank you in advance for taking time and reading my letter. I am John Brunetti Jr. a resident of
Nassau County for 6 decades, being raised in East Meadow and later settling in Massapequa. Having been
involved in Community Affairs as well as State Issues for over thirty years. I am also the Co-Founder of
Parkway Car Stereo in 1981, and also serve as the Director of the New York State Troopers PBA Signal
30 Fund since its inception.  Also being second generation coming from a very diverse family background
Italian, Irish and Jewish. I am the melting pot. My family has served in the Armed Forces and my son currently
away with the US Navy.

        I have come to know Robbie and his family over the years as people with genuine concern for his
fellow man. We met at a Official or Social function, but we just seem to became good friends over the
years. He has shown to be an asset to our great state in these very confusing times and hopefully will be
able to pick up where he left off. It is just like Robbie to always do the right thing including his disclosure
of his wrongful doing. His admission to all is the first step to his atonement process.

        Despite all of which occurred, my feelings for his character have been moved but not to the point
where there is no coming back. Holding the highest regard for him has not changed and some cases
events like this can change him to be better than ever before. At this point his amends have already began
for him as well as his family, between the media and all other embarrassments that come along with this
perhaps it might be possible for you to find an alternative way other than imprisonment for Robbie to
finish his atonement process.

Sincerely,

John Brunetti Jr.

Nicholas Nonna

916 North Central Avenue

Massapequa, New York 11758

June 24, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear the Honorable Joan M. Azrack,

I am writing this letter with hopes that you see the kind of person Rob Walker is, despite his past transgressions that led him to this point.

I have known Rob as a friend for only a short time, but in that time, I have been able to see the kind of person Rob is to his friends, family, and community. He is strong, intelligent, kind-hearted and well regarded among his peers.

The crime that Rob committed shouldn't be the only thing you look at in his case.  I hope you will consider his efforts in becoming a better person for himself, his family and his community. He knows he made a mistake and wants to make amends for it.

I can tell you without a doubt that he is very remorseful, which he has expressed to me many of times. He deserves a second chance. I would hope that reading this letter, as well as many others, that you grant him his second chance to make things right.

Respectfully,

Nicholas Nonna

6/24/19

Amy Connely

34 Moore Drive

Hicksville, NY 11801

June 30, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. ROB WALKER

Dear Your Honor Joan M. Azrack,

I am writing this letter to refer Rob Walker regarding his character. My name is Amy Connely and I have known Rob for ten years.

I know Rob to be very hardworking and everyone in his community has immense respect for him. There was never a single incident where there was a complaint about him. He has done a lot of this community and has been a good friend to all. He is always lending out a helping hand. He is a very cheerful person and is always contributing to our communities' activities, charity and other social events.

I was shocked to have learned that Rob was being tried in court. Whatever the outcome of this case is, it will not make me look at Rob in a different light. People make mistakes and I know he is very remorseful for what he has done. I believe that Rob has learned from his mistakes and will not break the law in such a way again. He regrets his actions and is very upset on what this is doing to his family.

I hope you consider this letter while making your decision. As someone who has known him for a decade, I know this is not him. He made a terrible mistake, for which I know he wishes he could take back.

Thank you,

Amy Connely

Pj Cowan

91 Benjamin Lane

Hicksville, New York 11801

June 10,2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Judge Joan M. Azrack,

I am writing in reference to case number 2:18-cr-00087-JMA, which involves Mr. Richard Walker who is being sentenced.

I have known Rob for twenty plus years now and consider him a good friend. I believe I am in the position to speak on Rob's moral character. So, I do hope you take this letter into consideration while making your decision.

Rob, in short is a good person. He has always been kind and generous with others. He has a strong sense of duty, which he applies to his work, family and community. He possesses a great deal of integrity and always strives to do the right thing. Rob has done a great deal of charity work and is always working hard for the less fortunate.

It must be difficult for you to make a decision like this, when you don't know the person standing before you, so I hope you look at this letter as well as the countless others you're receiving and understand that Rob is the kind of person around whom people rally. That has to say something. So, please review this letter and others and let that be a factor in your decision.

Thank you, Your Honor.

Sincerely,

PJ Cowan

6-10-2019

Patricia Barnett

32 Garnet Lane

Plainview, New York 11803

June 20,2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Your Honor Judge Joan M. Azrack,

I have not known Rob for as long as most, but in the little time I have known Rob, I have come to see that he has come across as a person of good moral character.

I know what Rob is facing and I do see how it may be difficult for someone who doesn't know him personally to see that he does have good moral character. Rob has had ups and downs like every other human being and has made a terrible mistake, one of which he wishes he could take back. I know how deeply sorry he is and how much he regrets his actions.

I can confirm in the little time I have known him, Rob Walker has been reliable, trust worthy and a decent person. I hope that you give an opportunity for a second chance to Rob, as I know he won't take that lightly and will redeem himself.

Sincerely,

Patricia Barnett  6/20/2019

Bruce Barnett

32 Garnet Lane

Plainview, New York 11803

June 20,2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear Your Honor Judge Joan M. Azrack

The purpose of this letter is to provide a character reference for Mr. Richard Walker. Mr. Walker and I have been friends for a long period of time. I consider him one of my closest and dearest friend.

Having known Mr. Walker for a long period of time, I believe puts me in a position to provide you with an arcuate assessment of his character. I can confirm that he is a man of great integrity and extremely dedicated to his family and work.

Mr. Walker is extremely loyal, considerate, and a supportive individual, who has the ability to see and understand from another person's perspective. He is a great direct communicator, very sensitive and always considers how another person might feel in a typical situation.

To be honest, I don't have a negative thing to say about my friend Mr. Walker. He has always been someone I can depend on, always giving the best advice. I hope this letter gives a little insight on the type of person Mr. Walker is. It truly is an honor to call him my friend.

Sincerely,

Bruce Barnett 6/20/2019

Bruce Barnett   6/20/2019

Stephen O'Donnell

2436 Amherst Street

East Meadow, New York 11554

June 24, 2019

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER

Dear the Honorable Joan M. Azrack,

     I have known Rob Walker for many of years. He is known to be one to "wear many hats". He is efficient, detail-oriented, and extremely competent. I have always known Rob to be very successful and always completes a task before the deadline. He is very organized and never misses a deadline. Rob has always had a great amount of work ethic and a great compassion for his community.

     Rob has also an excellent rapport with people of all ages. His excellent communication skills (both written and verbal) allow him to connect to all kinds of people and to inspire them to put their best foot forward. Rob has taught me such skills as well.

     I understand what Rob is being convicted of and I truly do believe he regrets every aspect of his actions. He knows what he has done, and he knows how this has affected his family and his community. He has shown deep remorse and vows to never commit such a crime in the future. Please carefully consider this letter upon making your decision.

Thank you.

Sincerely,

Henry Connely

34 Moore Drive

Bethpage, NY 11714

The Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE: UNITED STATES v. RICHARD "ROB" WALKER


Dear the Honorable Joan M. Azrack,

I am writing this letter on behalf of Rob Walker and regarding his character. I know Rob for twenty years now. Rob is very hard working and is well known in the community. I can't count the times that I have needed Rob's help in all different types of situations and how he came through each time for my family and me.

I know Rob has broken the law and I know first hand just how remorseful he is. He is upset with his decision and actions. I was shocked to have learned of this case because it doesn't seem like the person I know. I do not believe that this should go against his character. Rob is still that generous man that would do anything for anyone no questions asked. He is the most unselfish person I know. He made a terrible mistake and is paying the consequences for that mistake. Rob regrets his decision and, in my option, has already been punished for it.

As humans we are all susceptible to making bad decisions, but we also have within us the power to change and redeem to the best of our abilities. Rob has done everything in his power to change. He made a huge mistake- but that should not define who he is as a person.  I hope you reflect on this letter and others when giving the chance upon making your decision.


Sincerely,

Henry Connely

Phillip Pascullo

989 Aberdeen Road

Bay Shore, New York

June 1st, 2019

The Honorable Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

RE. UNITED STATES v. RICHARD "ROB" WALKER

To Honorable Judge Joan M. Azrack,

RE: Richard Walker

I have known Rob for quite some time. I am retired from my own moving company business out of New York City called SonBar. I can vouch for him and say that he has been a person of morals and integrity over the time we have known each other.

I can further say that he has been immensely dedicated to his family and work, and a loving person towards friends and acquaintances.

He has been known to be helpful and extremely charitable and is a much-loved person in his community. I now live in Bay Shore, but I was a member of the Hicksville community for many decades. I had moved my family from the Bronx to Hicksville when my daughter met Rob in grade school. He and my daughter became life long friends. I never had to worry about my daughter going out or getting mixed up with the wrong crowd because of Rob's persuasions.

I have watched Rob grow up into an amazing human being. He is kind, generous, passionate and has great character. I was shocked to have learned about Rob's crime, but I know just how remorseful he is. Rob was never one to go against the law; he always upheld the law. But, Rob did make a major mistake. In my opinion, he has paid dearly for his actions. I know what he did was wrong, but I also know that it is not something he will repeat. He has learned from his mistakes and I feel that if given the chance, he will show to you and the community that he will be an upstanding citizen once again.

Respectfully,

Phillip Pascullo

10/1/19