# FOLEY GRIFFIN

## Attorneys at Law

Thomas J. Foley
Brian J. Griffin
Daniel W. Russo

Kelly A. Guthy
Chris McDonough, Special Counsel

666 Old Country Road, Suite 305
Garden City, New York 11530
Phone: (516) 741-1110
www.foleygriffin.com

Suffolk County Office
33 Main Street
Southampton, New York 11968
(631) 506-8170

November 15, 2021

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **RE: United States v. Richard (Rob) Walker**
      **Docket No.: 18 -CR-087 (JMA)**

Dear Judge Azrack,

      I write in response to the Government's letter of November 11, 2021.

      The defense stands by our position from our October 7, 2021 supplement to our sentencing memorandum, specifically relating to all reports by MCM Data Consulting. While every case in some way differs from another, the issue of sentencing parity is significant, and we are hopeful that our submission will assist the Court.

      In terms of Mr. Walker's guilt, the defense is not attempting to minimize or distance from his guilt. Mr. Walker has wholeheartedly accepted responsibility for his actions, stands by his guilty plea because he is in fact guilty and re-affirms same. The defense is in no way attempting to minimize the offense Mr. Walker committed however we do respectfully disagree with the Government's position on issues surrounding his guilt. We will be prepared to argue these positions to this Court on the day of sentencing.

      On the issue of relevant conduct, the defendant continues to deny same, reiterates its objection to same and asks that it not be considered by the Court. The government has not shown by a preponderance of the evidence that the additional conduct listed in its original sentencing submission and its November 11, 2021 letter is relevant to the charged conduct. As this Court is keenly aware, Section 1B1.3 of the U.S. Sentencing guidelines define "relevant conduct" in pertinent part to mean conduct that was part of the same course of conduct or common scheme or plan as the offense of the conviction. If there is no connection among the participants and occasions, then it cannot be said that there was a "scheme" or plan" at issue, much less one that

is "common". United States v. Dixon, 175 F.App'x 384, 385 (2d Cir. 2006). Herein, these allegations are in no way part of the charge that Mr. Walker pled guilty to.

If the Court disagrees with the above, the defendant continues his request for an opportunity to be heard on these issues. As we have alerted the Government, Mr. Walker did not have a campaign credit card, so he put all campaign expenses on his personal credit card and submitted the bills to the campaign treasurer for reimbursement. He was not reimbursed for personal expenses but instead was properly reimbursed for fundraisers, meetings, luncheons, conferences, election materials, supplies, postage, online marketing, and various other campaign expenses. All reimbursements were proper and fully disclosed and are available on the New York State Board of Election Campaign Finance website. Some examples include but are not limited to:

- $10,000.00 to Aqueduct Race Park for a Belmont Stakes fundraiser on 5/28/2014
- $6,468.08 for expenses for a Ed Mangano Thanksgiving fundraiser
- $28,850.00 and $1,818,40 for a Ed Mangano fundraiser in California
- $1,346.40 for Delta flights for Ed and Linda Mangano
- $14,300.00 for signs and magnets
- $1,752.00 for products for Mangano campaign (paid to Capital Promotions)
- $4,200.00 for Google Ads on 10/8/2013
- $5,000.00 for Google Ads on 10/15/2013
- $75.72 for breakfast with Minority Leader on 10/15/2013
- $1,023.00 for election day luncheon on 11/5/2013
- $1,769.00 for New York Mets tickets
- $995.00 for food/beverages at game (fundraiser) on 7/13/2012
- $3,940.33 for New York Yankee Ed Mangano fundraiser 6/24/2012
- $810.13 for Verizon on 5/31/2012
- $3,469.94 ($3,019.94 to Meadowlands and $450.00 for bus transportation) for Giants playoff fundraiser on 1/8/2014
- $2,984.59 to Yankee Stadium for fundraiser on 9/20/2014
- $934.16 for Verizon on 9/26/2014
- $470.86 for Facebook Ads on 9/11/2014
- $4,404.74 to Capital Grille for fundraiser on 9/20/2014
- $450.41 to Capital Grille lunch after wake
- $20,029.52 Florida Ed Mangano fundraiser 3/25/2014-3/27/2014

There are records for each and every one of these payments. Mr. Walker did not personally benefit from any of these payments as it is clear they are reimbursements as they relate to specific campaign expenses. As an example, attached as Exhibit A is group sales agreements for the hotel in Napa Valley which the Government raises in their November 11, 2021 letter as an illegitimate payment to Mr. Walker.

As it relates to Mr. Walker's former assistant's "suspicious" cash withdrawals from her bank accounts, records indicate the cash was deposited into a different bank account which did not have restrictive holding requirements. Mr. Walker had no control, ownership, or association with said account. Further, of the $70,000.00 of withdrawals $68,210.00 are accounted for as re-

<em>Case 2:18-cr-00087-JMA Document 62 Filed 11/15/21 Page 3 of 19 PageID #: 931</em>

deposited into another account owned by the former assistant. (See Exhibit B) Mr. Walker was not charged with any wrongdoing, and neither was his assistant.

Lastly, as it relates to Dan Debono and the $12,00.00 paid, while Mr. Walker did volunteer for Mr. Debono, his company did work for the CC Enterprises and was rightfully paid for said work. He provided services to four different campaign mailers. Attached as Exhibit C are emails between Mr. Walker and CC Enetrprises.

The undersigned has spoken to AUSA Artie McConnell in an effort to supply whatever underlying documentation may be helpful to clear these issues. It is the defenses' sincere hope that we can clear these issues with the Government prior to sentencing.

> Very truly yours,
>
> Foley Griffin, LLP.
> By: <u>Brian J. Griffin, Esq.</u>

cc: via ECF
United States Attorney's Office
Attn: AUSA Artie McConnell

Exhibit A



# THE CARNEROS INN
## A PLUMPJACK RESORT

**GROUP SALES AGREEMENT**

### DESCRIPTION OF GROUP AND EVENT
The following represents an agreement between The Carneros Inn, and Friends of County Executive Ed Mangano. This contract will outline specific conditions and services to be provided.

DATE: Tuesday, September 09, 2014

ORGANIZATION: Friends of County Executive Ed Mangano

CONTACT: Mr. Rob Walker
Friends of County Executive Ed Mangano
P.O. Box 337
Bethpage, NY 11714
516-351-9548 (direct)
robwalker1975@yahoo.com

NAME OF EVENT: Friends of County Executive Ed Mangano

OFFICIAL PROGRAM DATES: Thursday, November 27, 2014 - Monday, December 1, 2014

HOTEL CONTACT: Heather Kerstiens
Sales & Catering Manager
The Carneros Inn
4048 Sonoma Highway
Napa, CA 94559
707-299-4964 (direct)
707-299-4969 (fax)
hkerstiens@thecarnerosinn.com

Mr. Rob Walker Initial_____
Page 1 of 8

**GUEST ROOM COMMITMENT**
The Hotel agrees that it will provide, and Friends of County Executive Ed Mangano agrees that it will be responsible for utilizing 40 room nights ("Total Room Nights") as follows:

|  | Thu 11/27 | Fri 11/28 | Sat 11/29 | Sun 11/30 |
|---|---|---|---|---|
| Run of House (one king bed or two double beds) | 4 | 12 | 12 | 12 |

Check-in Time is 4:00pm; Check-out Time is 12:00noon

**GROUP ROOM RATES**
Based upon Friends of County Executive Ed Mangano's total program requirements as outlined in this agreement, Hotel confirms the following group rates (net of all taxes):

| Room | Rate |
|---|---|
| Run of House (one king bed or two double beds) | $385 |

The above rates are confirmed and are exclusive of hotel occupancy tax & fees. The occupancy rate is 14% and subject to change.

**PRE/POST**
We are pleased to extend the negotiated group rate(s) for Run of House Cottages three (3) days prior to and following the contracted group dates (exclusive of Friday and Saturday night stays, which will be offered at Best Available Rate at time of reservation). Additional accommodations during the shoulder night are based on availability and may be subject to a minimum length of stay requirement.

**CONCESSIONS**
1. Waived Resort Fee ($25.00 daily value per Cottage), which includes:
   ~ Complimentary wireless and indoor and outdoor internet access in all guest cottages
   ~ Complimentary wireless internet access in all meeting rooms
   ~ Complimentary Turndown Service
   ~ USA Today delivered daily at guest cottages
   ~ Complimentary in-cottage beverage bar
   ~ Complimentary 800 and local toll phone calls
   ~ Complimentary parking
   ~ Complimentary access to fitness center
   ~ Wine Welcome during Individual Guest Check-in
2. Group rate offered 3 days pre and 3 days post program for Run of House Cottages (for up to 10 rooms) based on availability (exclusive of Friday and Saturday night stays, which will be offered at Best Available Rate at time of reservation).
3. (1) VIP Welcome Amenity ($75.00 value each)
4. Reduced Meeting Space Rental

**COMMISSION**
The group room rates listed above are net non-commissionable. Friends of County Executive Ed Mangano will advise its designated agency(ies) of these rates and address any resulting agency compensation issues directly with the management of the appropriate agency.

**RESERVATION METHOD**
Rooming List: Friends of County Executive Ed Mangano's Rooming List must be received by **Tuesday, October 28, 2014** (the cut-off date) to ensure guestroom availability as outlined above. After the cut-off date, all unreserved rooms within the contracted group block will be immediately released without notice back to the Hotel for general sale. A Letter of Guarantee must be submitted by Friends of County Executive Ed Mangano in order to continue holding any unreserved rooms beyond the cut-off date. Additional rooms, date changes and the group rate will be accepted on a space and/or rate available basis only. While the Hotel cannot guarantee space and/or availability, every effort will be made to accommodate additional requests and will require an Addendum to this agreement. The check-in time is 4:00pm and check-out time is 12:00noon.

Mr. Rob Walker Initial_____

## BILLING ARRANGEMENTS
The following billing arrangements apply: Individuals may sign room, tax, porterage, and housekeeping service charges to the Master Account and will pay their own incidental charges. All Meeting Room Charges will be posted to the Master Account. Please note individual no-shows, cancellations and/or early departures will be charged to the Company's master account. In the event of default of payment by one of the group guests, Friends of County Executive Ed Mangano, will serve as guarantor for individual guest accounts.

## SPA MINIMUM
Spa minimum has been waived.

## BELLMAN AND HOUSEKEEPING SERVICE CHARGES
Friends of County Executive Ed Mangano agrees to be responsible for bellman porterage service charges and housekeeping service charges. Bellman service charge is $20.00 per stay, which includes roundtrip luggage assistance and internal property transportation. This fee is based on number of cottages on Friends of County Executive Ed Mangano's final rooming list not on specific services rendered per individual. Housekeeping service charge is $5.00 per room, per night. This charge is based on total utilized program room nights.

## ADVANCE DEPOSIT
A deposit of **$14,425.00**, equal to an estimated fifty percent (50%) of total estimated account, will be due and payable along with the signed contract on **Friday, September 12, 2014**. A second deposit of **$14,425.00**, equal to an estimated fifty percent (50%) of total estimated account, will be due and payable on **Tuesday, October 28, 2014**. Credit approval does not waive the deposit requirements.

| *Estimated Charges* | Extended to include applicable Service Charge(s) and Tax(es) |
|---|---|
| Guest Rooms - 40 Room Nights x $385.00 + 14% Room Tax | $17,556.00 |
| Meeting Room Rental - Based on Outlined Function Space + 8% Tax | $2,430.00 |
| A/V – Arranged directly with PSAV Audio/Visuals | $TBD |
| Banquet Labor Charge - applicable for Food functions under 15 guests @ $175+tax per full meal event | $TBD |
| Breakfast Buffet - Estimated $50.00++ x 26pp | $1,684.80 |
| Reception - Estimated $50.00++ x 26pp | $1,684.80 |
| Dinner - Estimated $150.00++ x 26pp | $5,054.40 |
| Bellman Service Charge - $20.00 per cottage Roundtrip | $240.00 |
| Housekeeping Service Charge - $5.00 per room, per night | $200.00 |
| Estimated Food & Beverage Spend – excluding service and tax | $6,500.00 |
| Spa Minimum – excluding suggested 20% gratuity | Waived |
| **Estimated Grand Total** | **$28,850.00** |

## MASTER ACCOUNT
Hotel must be notified in writing at least 30 days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

## CREDIT CARD PAYMENT
For payment by credit card, please complete the enclosed Credit Card Authorization Form and return it to the Hotel's Accounting Department by **Friday, September 12, 2014**. Any outstanding balance of the Master Account will be due and payable to the credit card at the conclusion of Event. If payment is not received within thirty (30) days, a finance charge of 1.5% per month will be added to the unpaid balance commencing on the invoice date.

Mr. Rob Walker Initial_____
Page 3 of 8

**ROOMS ATTRITION**
This agreement and the guestroom rate negotiated is based on the group using and paying for the entire number of room nights in the room block which the Hotel has agreed to hold for the exclusive use of the group. The Carneros Inn and Friends of County Executive Ed Mangano agree that in the event Friends of County Executive Ed Mangano does not achieve its contracted room nights, actual damages will be difficult to ascertain. Therefore, in such event, Friends of County Executive Ed Mangano agrees to pay The Carneros Inn as liquidated damages and not as a penalty the following:

1. From the confirmation date until **Tuesday, October 28, 2014** (the cut-off date), the group may reduce its contractual room night obligation by 10% without payment of liquidated damages.
2. Friends of County Executive Ed Mangano will be responsible for all room nights reserved at and after the cut-off date.
3. Friends of County Executive Ed Mangano will be charged as liquidated damages of $385.00+ tax for room nights which are not utilized outside the terms and conditions stated above.

**RESELL CLAUSE**
The Hotel will make its best efforts to resell rooms released or cancelled by Friends of County Executive Ed Mangano. The Carneros Inn will charge for all contracted rooms that are unused beyond the attrition level unless the Hotel is able to resell all canceled rooms, no-shows, or early departures. The Hotel must be at 100% occupancy, which includes all Cottages and Suites, in order for rooms to be considered resold.

**FUNCTION SPACE**
Based on the requirements outlined by Friends of County Executive Ed Mangano, the Hotel has reserved function space set forth as follows.

| Date | Start Time | End Time | Function | Room | Setup | Agr | Room Rental |
|---|---|---|---|---|---|---|---|
| Fri 11/28 | 6:00 PM | 7:00 PM | Reception | Hilltop Dining Room | Cocktail Rounds | 26 | N/A |
|  | 7:00 PM | 9:00 PM | Dinner | Hilltop Dining Room | King's Table | 26 | $1,500.00 |
| Sun 11/30 | 8:00 AM | 10:00 AM | Breakfast | FARM Dining Room | King's Table | 26 | $750.00 |

The Hotel agrees to provide adequate function space to accommodate this agenda. Should your group increase or decrease in numbers from the original contracted room block, the Hotel reserves the right to re-assign function rooms and reassess meeting room charges based upon the newly anticipated number of attendees. Please be advised that we will make every effort to assign your preferred rooms.

Should you desire additional food and beverage services and/or meeting space beyond that specified in the schedule of events above, please advise us as soon as possible so that we may attempt to secure such additional space for your use. Additional meeting room rental charges may apply.

Final agenda with the number of attendees is required thirty (30) days prior to the event date. Space held within thirty (30) days, not used by the group will be charged the entire contracted meeting room rental, unless resold to another group. All meeting space has been blocked for your group during listed times only. Please note that for any outdoor meal on the Carneros Courtyard, there is a charge of $4.00++ per chair and $80.00++ per umbrella.

Function/meeting room rental fees are assessed separately and are not in lieu of any liquidated damages for room revenues and food & beverage revenues set forth herein. Should a revision occur in your food and beverage arrangements and/or meeting space allocations, the meeting set-up charge and meeting room rental are subject to change.

**ADJUSTMENTS TO CONCESSIONS**
In the event of reductions in the Total Room Nights of more than 10%, the Hotel may adjust any concessions previously offered in this Agreement. This includes those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Total Room Nights.

## SHIPPING INSTRUCTIONS

When shipping packages to the Hotel, we will store them for a period no earlier than three (3) days prior to and three (3) days after a function. It is the sole responsibility for the Friends of County Executive Ed Mangano to ascertain that their packages have arrived. All packages must be addressed as follows:

> The Carneros Inn
> HOLD FOR: Friends of County Executive Ed Mangano, Thursday, November 27, 2014
> 4048 Sonoma Highway
> Napa, CA  94559
> (707) 299-4963 (phone)
> (707) 299-4950 (fax)
> Box # _of _Boxes

The Hotel reserves the right to refuse to accept packages that appear damaged and in the event of damage assumes no liability for the condition of the contents. There is a $100.00 per pallet charge for receiving, handling and transferring and all packages are subject to a box handling and storage fee of $4.00 per box, per day.

## MEETING AND FOOD & BEVERAGE SERVICING

Please note that all food and beverage needs at the Hotel will be handled by our Conference Service/Catering Manager prior to your event. Program details (i.e.: menu, set-up details, etc..) must be received at least thirty (30) days prior to your first event.

All food and beverage arrangements must be made through the Hotel.  Licensing restrictions require only hotel purchased food and beverage can be served on Hotel property.  Specific guidelines and pricing for menu options, bar/labor fees, corkage or additional services are outlined in the provided Hotel Private Event Dining Menus.

If Friends of County Executive Ed Mangano is planning on the service of alcoholic beverages, please be aware that the Hotel's liquor license requires that only Hotel employees and bartenders dispense beverages. Alcoholic Beverage Service may be denied to those guests who appear to be intoxicated or are underage. The Hotel reserves the right to cease service of alcoholic beverages in the event that persons under the mandated age limit are present at a function and attempt to receive service of alcoholic beverages.

Confirmation of the guaranteed number of attendees to be served at all meal functions must be received no later than 7 days prior to the function, by 10am PST. Any increase in guarantee will be accepted up to 72 hours prior to the function. The Hotel will bill the guaranteed or actual number of attendees; whichever are greater, plus applicable service charges, miscellaneous charges (i.e.: set-up fees, labor fees, ice carving, corkage, etc..) and sales tax.

## FOOD AND BEVERAGE MINIMUM

Upon signature of contract, Friends of County Executive Ed Mangano is liable for 100% of the Food & Beverage Minimum Spend, totaling $5,600.00++. These quotations do not include any applicable California State sales tax (currently at 8%) and a taxable service charge of 20%.

## IN-HOUSE EQUIPMENT

Hotel will provide, at no charge, a reasonable amount of meeting equipment (for example, chairs, tables, etc).  These complimentary arrangements do not include special setups or extraordinary formats that would deplete Hotel's present in-house equipment to the point of requiring rental of an additional supply to accommodate Friends of County Executive Ed Mangano's needs.  If such special setups or extraordinary formats are requested, Hotel will present Friends of County Executive Ed Mangano two (2) alternatives: (1) charging Friends of County Executive Ed Mangano the rental cost for additional equipment, or (2) changing the extraordinary setup to a standard format, avoiding the additional cost.

Mr. Rob Walker Initial_____

## AUDIO-VISUAL
The Carneros Inn is pleased to partner with PSAV Presentation Services to professionally coordinate all audio-visual needs. Upon execution of contract, the PSAV Presentation Services On-Site Representative will coordinate directly with Friends of County Executive Ed Mangano. All A/V charges will be billed through Friends of County Executive Ed Mangano's Carneros Inn master account. Should the group select an alternate company for audio-visual needs, a $500.00 liaison fee will be applied to the master account.

## CANCELLATION POLICY
Cancellation refers to the complete deletion of the meeting, not elimination of portions of the program or to individual room cancellations. Should there be a cancellation of the entire program, the cancellation policy overrides the attrition allowance of the contract. Therefore, the parties agree that in the event of cancellation of the entire program, actual damages will be difficult to ascertain and the following describes the computation of the liquidated damages to be applied in the event of a cancellation:

Guestroom Portion: Represents the total contracted room block multiplied by the negotiated room rate (40 room nights x $385.00 = $15,400.00) plus all applicable taxes & fees. For purposes of this contract the value of this portion is $15,400.00.

Meeting Room Rental: Represents all negotiated meeting/function space contracted during the entire program charged at the prevailing maximum room rental plus applicable taxes. For the purposes of the contract, the value of this portion is $2,250.00.

Food and Beverage: Represents the minimum food and beverage requirements or the guaranteed food and beverage (provided 7 days prior) whichever is greater plus all applicable taxes. For the purposes of the contract, the value of this portion is $5,600.00.

The liquidated damages applied due to the cancellation will be charged as follows:

If cancellation occurs:
Within 1 month prior to the first arrival date:     100% of rooms, meeting room rental, food & beverage
Upon signature of contract:                         80% of rooms, meeting room rental, food & beverage

All liquidated damages are due and payable upon receipt to invoice.

## INDEMNIFICATION AND HOLD HARMLESS
Each party hereby agrees to indemnify, defend and hold the other harmless from any loss, liability, costs or damages arising from actual or threatened claims or causes of action resulting from the negligence or intentional misconduct of the party indemnifying or its respective officers, directors, employees, agents, contractors, members or participants (as applicable), provided that with respect to officers, directors, employees and agents, such individuals are acting within the scope of their employment or agency, as applicable.

## AMERICANS WITH DISABILITY ACT
The Hotel agrees to use its good faith efforts to ensure the Hotel complies with the requirements for the Americans with Disabilities Act and its regulations and guidelines. The Hotel further agrees to indemnify and hold Friends of County Executive Ed Mangano harmless from and against any and all claims and expenses including attorney fees and litigation expenses, that may be incurred by or asserted against Friends of County Executive Ed Mangano or its officers trustees and employees on the basis of the Hotels own compliance with any provision of the Americans with Disability Act.

## ACTS OF GOD
The performance of this agreement by either party is subject to the Acts of God, war, terrorism, government regulations, disaster, civil disorder, and curtailment of transportation facilities or other emergencies, making it illegal or impossible to provide the facilities or to hold the meeting. It is provided that this agreement may be terminated for any one of the above reasons by written notice from one party to another. Should this group cancel for any other reason, please refer to the cancellation policies contained in this contract.

Mr. Rob Walker Initial_____
Page 6 of 8

**ACCEPTANCE**

By signing and returning the enclosed document by **Friday, September 12, 2014**, this Agreement will constitute a binding contract between The Carneros Inn and Friends of County Executive Ed Mangano. By executing below, each party warrants and represents that it is duly authorized and has the requisite approval to bind the entity, which it represents. In the event a fully-signed original of this Agreement is not received by the date above, all rooms and space referred to herein will be released, and neither party will have any further obligations under this Agreement.

Should all provisions be agreeable, please sign below and return the original contract to our office and credit card authorization form to our Accounting Department.

Any addendum, changes and/or modifications to this agreement will not be effective unless approved and signed off by the Director of Sales & Marketing.

Please note the following due dates:

| **Due Date** | **Cut-Off Date** | **Due Date** | **Due Date** | **Payment Date** |
|---|---|---|---|---|
| Signed Contract | Reservations Cut-Off | 50% Deposit | 50% Deposit | Net 30 Days Upon |
| 09/12/2014 | 10/28/2014 | 09/12/2014 | 10/28/2014 | Receipt of Invoice |

The Hotel and Friends of County Executive Ed Mangano have agreed to and have executed this agreement by their authorized representatives as dates indicate below:

For:   Friends of County Executive Ed Mangano

By:   _____

Name:   Mr. Rob Walker

Title:   _____

Date:   _____


For:   The Carneros Inn

By:   _____

Name:   Heather Kerstiens

Title:   Sales & Catering Manager

Date:   _____



# THE CARNEROS INN
## A PLUMPJACK RESORT

### Credit Card Authorization Form

I, _____ hereby authorize the use of my credit card for advance and final payment(s) for the following Group/Company at The Carneros Inn.

Company & Program Name: Friends of County Executive Ed Mangano

Event Date(s): Thursday, November 27, 2014 - Monday, December 1, 2014

Deposit Amount: **$14,425.00 on 9/12/14 and $14,425.00 on 10/28/14**    Account #: 10H5XS

Type of Credit Card:   Visa   MasterCard   Diners Club   Discover Card   AmEx

Credit Card #

Expiration Date:

Security Code (3 or 4 digits):

Card Holder Name (as listed on the card):

Billing Address:


Signature:

Date:                               Phone:

Advance Deposit Payments are charged as per the contract.
Final payments are charged within 10 business days of departure.

**\*\*Please attach a copy (front and back)
of the credit card for review.\*\***

Fax or mail this form to our **Accounting Department** with attachment to:

The Carneros Inn
Attn: Accounts Receivable
4048 Sonoma Highway
Napa, CA 94559
Phone: 707.299.4900
**Fax: 707.299.4999**


Mr. Rob Walker Initial_____
Page 8 of 8

Exhibit B

## KKL Deposits Jan 2015 - Oct 2015

| Month | Amount |
|---|---|
| January-15 | $12,500.00 |
| February-15 | $12,500.00 |
| March-15 | $12,500.00 |
| April-15 | $12,500.00 |
| May-15 | $12,500.00 |
| June-15 | $12,500.00 |
| July-15 | $12,500.00 |
| August-15 | $12,500.00 |
| September-15 | $12,500.00 |
| October-15 | $12,500.00 |
| **TOTAL** | **$134,000.00** |

## KKL Withdrawls Jan 2015 - Oct 2015

| Month | Amount |
|---|---|
| January-15 | $8,000.00 |
| February-15 | $6,000.00 |
| March-15 | $6,000.00 |
| April-15 | $6,000.00 |
| May-15 | $3,000.00 |
| June-15 | $9,000.00 |
| July-15 | $15,000.00 |
| August-15 | $5,000.00 |
| September-15 | $6,000.00 |
| October-15 | $6,000.00 |
| **TOTAL** | **$70,000.00** |

## Personal Checking Deposits Jan 2015 - Oct 2015

| Month | Amount |
|---|---|
| January-15 | $3,500.00 |
| February-15 | $4,100.00 |
| March-15 | $3,500.00 |
| April-15 | $4,600.00 |
| May-15 | $5,600.00 |
| June-15 | $6,900.00 |
| July-15 | $3,060.00 |
| August-15 | $1,000.00 |
| September-15 | $6,000.00 |
| October-15 | $5,950.00 |
| **TOTAL** | **$44,210.00** |

## Personal Savings Deposits Jan 2015 - Oct 2015

| Month | Amount |
|---|---|
| January-15 | $0.00 |
| February-15 | $0.00 |
| March-15 | $0.00 |
| April-15 | $0.00 |
| May-15 | $0.00 |
| June-15 | $6,000.00 |
| July-15 | $15,000.00 |
| August-15 | $3,000.00 |
| September-15 | $0.00 |
| October-15 | $0.00 |
| **TOTAL** | **$24,000.00** |

| | |
|---|---|
| KKL Withdrawls | $70,000.00 |
| Personal Deposits | $68,210.00 |
| Total not allocated for | $1,790.00 |

Exhibit C

# Brian J. Griffin Esq.

**From:** Rob Walker <robwalker1975@yahoo.com>
**Sent:** Friday, November 12, 2021 5:25 PM
**To:** Brian J. Griffin Esq.
**Subject:** Fwd: DeBono Vets Mailer Front_v3.pdf
**Attachments:** DeBono Vets Mailer Front_v3.pdf


Sent from my iPhone

Begin forwarded message:

> **From:** Chris Cianciulli <ccc5150@aol.com>
> **Date:** October 28, 2018 at 9:56:53 PM EDT
> **To:** robwalker1975@yahoo.com
> **Subject: Fwd: DeBono Vets Mailer Front_v3.pdf**
>
>
> From: drcpub <drcpub@aol.com>
> Date: Sunday, October 28, 2018
> Subject: DeBono Vets Mailer Front_v3.pdf
> To: ccc5150 <ccc5150@aol.com>
> Cc: Chris Cianciulli <ccc5150@gmail.com>

## Brian J. Griffin Esq.

**From:** Rob Walker <robwalker1975@yahoo.com>
**Sent:** Friday, November 12, 2021 5:25 PM
**To:** Brian J. Griffin Esq.
**Subject:** Fwd: DEBONO 3 PDF PROOF
**Attachments:** Debono 3.pdf

Sent from my iPhone

Begin forwarded message:

> **From:** Chris Cianciulli <ccc5150@aol.com>
> **Date:** October 25, 2018 at 12:40:22 PM EDT
> **To:** robwalker1975@yahoo.com
> **Subject: Fwd: DEBONO 3 PDF PROOF**
>
> please proof one more time   has union bug
>
> > From: jim@challengegraphics.com
> > To: ccc5150@gmail.com
> > Cc: ccc5150@aol.com
> > Sent: 10/25/2018 12:38:51 PM Eastern Standard Time
> > Subject: DEBONO 3 PDF PROOF

1

# Brian J. Griffin Esq.

**From:** Rob Walker <robwalker1975@yahoo.com>
**Sent:** Friday, November 12, 2021 5:26 PM
**To:** Brian J. Griffin Esq.
**Subject:** Fwd: Debono revised
**Attachments:** DeBono Mailer rev.pdf

Sent from my iPhone

Begin forwarded message:

> **From:** Rob Walker <robwalker1975@yahoo.com>
> **Date:** October 22, 2018 at 11:35:27 AM EDT
> **To:** Chris Cianciulli <ccc5150@aol.com>, Kristen DiCerbo <kristendicerbo@yahoo.com>
> **Subject: Re: Debono revised**
>
> Change top too - Who is Tom Suozzi?  (Same font top and bottom)
>
> Votes with Nancy Pelosi and Maxine Waters
> Raised taxes in every office he held on Long Island
> Wants major tax hikes to solve federal problems
> Advocates full amnesty for illegals
> Supports government take over of health care
> Advocates for climate tax
> Drove businesses and jobs out of the district
>
> Chang Bottom to A radical, career politican who needs to be retired November 6th.   (Same font as top)
>
> Replace bernie sanders with ChucK Schumer  Blend or move the font so you can see suozzi
>
> On Monday, October 22, 2018, 10:29:58 AM EDT, Chris Cianciulli <ccc5150@aol.com> wrote:
>
> From: Dennis <dennis@corporatecolor.com>
> Date: Monday, October 22, 2018
> Subject: Debono revised
> To: Chris Cianciulli <CCC5150@aol.com>
>
>
> Dennis Curry
> Challenge Graphics Inc.
> 22 Connor lane
> Deer Park N.Y 11729
> P-631-586-2800 Ext 140
> F-631-586-0174
> www.challengegraphics.com

1

dennis@corporatecolor.com

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and system manager by return email and delete all copies of the original communication. The opinions expressed within this email represent those of the individual and not necessarily of the company. The company accepts no liability for any damage caused by any virus transmitted by this email or its attachments.