

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2014R00337

*610 Federal Plaza*
*Central Islip, New York 11722*

December 7, 2021

<u>By ECF and Hand Delivery</u>

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Walker
                <u>Docket No. 18-CR-087 (JMA)</u>

Dear Judge Azrack:

      As ordered by Your Honor earlier today during the sentencing proceeding, attached please find a proposed order of forfeiture for the $5,000 cash seized from the defendant on September 20, 2017 in Hicksville, New York.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

      By:    /s/
                Artie McConnell
                Assistant U.S. Attorney

cc:    Brian Griffin, Esq. (by ECF)